# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, and JAMES H. LANGMEAD,<br><br>Defendants. | Case No. 1:19-cv-06873-LGS |

**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF MOTION OF ANTHONY CASSINELLI, AS TRUSTEE OF THE DANILEE CASSINELLI TRUST DTD 7-23-93, FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF LEAD COUNSEL</u>**

I, Lesley F. Portnoy, hereby declare as follows:

1.       I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for lead plaintiff movant Anthony Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93, ("Movant") and [proposed] lead counsel for the class in the above-captioned action. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published July 24, 2019 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein: *Stein v. Eagle Bancorp, Inc. et al.*, Case No. 1:19-cv-06873;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses as a result of transactions in Eagle Bancorp, Inc. securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 23rd day of September, 2019.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 23, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy