# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF

### EAGLE BANCORP, INC. SECURITIES LITIGATION

I, Anthony Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93, certify that:

1.  I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf. I am duly authorized to institute legal action against Eagle Bancorp, Inc., and other defendants.

2.  I did not purchase the Eagle Bancorp, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Eagle Bancorp, Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

9/20/2019
_____
Date

DocuSigned by:
Anthony Cassinelli
20F0702804D244F...
_____
Anthony Cassinelli, Trustee

**Anthony Cassinelli on behalf of the**
**Danilee Cassinelli Trust DTD 7-23-93's**
**Transactions in  Eagle Bancorp, Inc.**

**Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 08/28/2018 | Bought | 4,000 | $54.3359 |
| 04/23/2019 | Bought | 100 | $54.2750 |
| 04/23/2019 | Bought | 3,900 | $54.3000 |
| 05/17/2019 | Bought | 5,000 | $55.0000 |

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Unit Price |
|---|---|---|---|---|---|
| 11/27/2018 | Sold | Call | Dec 21, 2018 / $55.00 | -40 | $1.5000 |
| 12/21/2018 | Expired | Call | Dec 21, 2018 / $55.00 | 40 | $0.0000 |
| 02/19/2019 | Sold | Call | Jun 21, 2019 / $60.00 | -40 | $2.9000 |
| 02/21/2019 | Bought | Call | Jun 21, 2019 / $60.00 | 40 | $3.6500 |
| 02/21/2019 | Sold | Call | Sep 20, 2019 / $60.00 | -40 | $4.5500 |
| 03/14/2019 | Bought | Call | Sep 20, 2019 / $60.00 | 40 | $2.8000 |
| 05/03/2019 | Sold | Put | May 17, 2019 / $55.00 | -50 | $0.5800 |
| 05/06/2019 | Sold | Call | Sep 20, 2019 / $60.00 | -80 | $2.0000 |
| 05/17/2019 | Assigned | Put | May 17, 2019 / $55.00 | 50 | $0.0000 |
| 05/31/2019 | Bought | Call | Sep 20, 2019 / $60.00 | 80 | $1.1000 |