# EXHIBIT C

## Loss Chart

**Company Name:** Eagle Bancorp, Inc.
**Ticker:** EGBN
**Class Period:** Mar 2, 2015 to Jul 17, 2019
**Name:** Anthony Cassinelli on behalf of the Danilee Cassinelli Trust DTD 7-23-93

### Common Stock

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 08/28/2018 | 4,000 | $54.3359 | -$217,343.6000 | | $0.0000 | -$217,343.60 |
| 04/23/2019 | 100 | $54.2750 | -$5,427.5000 | | $0.0000 | -$5,427.50 |
| 04/23/2019 | 3,900 | $54.3000 | -$211,770.0000 | | $0.0000 | -$211,770.00 |
| 05/17/2019[1] | 5,000 | $55.0000 | -$275,000.0000 | | $0.0000 | -$275,000.00 |
| **Shares Remaining:** | **13,000** | | | | **Subtotal:** | **-$709,541.10** |
| | | | **90-Day Average Price[2]** | **Shares Remaining** | **90-Day Average:** | $530,258.70 |
| | | | $40.7891 | 13,000 | **Common Stock Total:** | **-$179,282.40** |

### Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 05/03/2019 | Sold | Put | May 17, 2019 / $55.00 | -50 | $0.5800 | $2,900.00 |
| 05/17/2019 | Assigned | Put | May 17, 2019 / $55.00 | 50 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$2,900.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 02/19/2019 | Sold | Call | Jun 21, 2019 / $60.00 | -40 | $2.9000 | $11,600.00 |
| 02/21/2019 | Bought | Call | Jun 21, 2019 / $60.00 | 40 | $3.6500 | -$14,600.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$3,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 02/21/2019 | Sold | Call | Sep 20, 2019 / $60.00 | -40 | $4.5500 | $18,200.00 |
| 03/14/2019 | Bought | Call | Sep 20, 2019 / $60.00 | 40 | $2.8000 | -$11,200.00 |
| 05/06/2019 | Sold | Call | Sep 20, 2019 / $60.00 | -80 | $2.0000 | $16,000.00 |
| 05/31/2019 | Bought | Call | Sep 20, 2019 / $60.00 | 80 | $1.1000 | -$8,800.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$14,200.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/27/2018 | Sold | Call | Dec 21, 2018 / $55.00 | -40 | $1.5000 | $6,000.00 |
| 12/21/2018 | Expired | Call | Dec 21, 2018 / $55.00 | 40 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$6,000.00** |

| | | | | | **Options Total:** | **$20,100.00** |

[1] Option assignment.

[2] Using the average closing price from Jul 18, 2019 to Sep 20, 2019.

| **Net Loss on Common Stock and Options:** | **-$159,182.40** |
|---|---|