**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHIVA STEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, and JAMES H. LANGMEAD,<br><br>Defendants. | No. 1:19-cv-06873-LGS<br><br>Judge Lorna G. Schofield<br><br>CLASS ACTION<br><br><br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF NORFOLK COUNTY RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am Of Counsel at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Norfolk County Retirement System ("Norfolk") for the entry of an Order: (i) appointing Norfolk as Lead Plaintiff on behalf of the Class of all persons other than Defendants who purchased or otherwise acquired Eagle Bancorp, Inc. securities between March 2, 2015 and July 17, 2019, both dates inclusive (the "Class Period"); (ii) approving Norfolk's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Norfolk, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss analysis for Norfolk;

EXHIBIT C:   Notice of pendency of *Stein v. Eagle Bancorp, Inc.*, No. 19-cv-06873 (S.D.N.Y.), published on July 24, 2019; and

EXHIBIT D:   Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  September 23, 2019                    Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON SUCHAROW LLP**
Francis P. McConville

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
fmcconville@labaton.com