**Exhibit A**

## CERTIFICATION

I, Kathleen Kiely-Becchetti, as Executive Director of Norfolk County Retirement System ("Norfolk County"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Norfolk County.  I have reviewed a complaint filed against Eagle Bancorp, Inc. ("Eagle Bancorp") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment;

2.      Norfolk County did not purchase securities of Eagle Bancorp at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Norfolk County is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4.      Norfolk County's transactions in Eagle Bancorp securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      Norfolk County sought to serve as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*Chew v. MoneyGram International, Inc.*, No. 1:18-cv-7537 (N.D. Ill.)

6.      Beyond its pro rata share of any recovery, Norfolk County will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 31st day of July, 2019.

Kathleen Kiely-Becchetti
*Executive Director*
*Norfolk County Retirement System*

## EXHIBIT A

### TRANSACTIONS IN EAGLE BANCORP, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 09/19/18 | 3,000.00 | $53.02 | ($159,045.00) |
| Purchase | 09/25/18 | 2,000.00 | $51.86 | ($103,729.80) |
| Purchase | 09/26/18 | 1,500.00 | $51.55 | ($77,325.00) |
| Purchase | 09/27/18 | 1,500.00 | $51.30 | ($76,950.00) |
| Purchase | 09/28/18 | 500.00 | $50.95 | ($25,475.00) |
| Purchase | 10/09/18 | 500.00 | $50.22 | ($25,110.35) |
| Purchase | 11/19/18 | 500.00 | $54.74 | ($27,370.00) |
| Purchase | 01/17/19 | 1,000.00 | $50.74 | ($50,736.20) |