# Exhibit B

**LOSS ANALYSIS**
**Class Period: 3/2/2015 to 7/17/2019**

**EAGLE BANCORP, INC.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| EGBN | 268948106 | 2648055 | US2689481065 | $40.8598 [1] |

**Norfolk County Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 03/02/15 | 0 | | |
| | | | | |
| Purchase | 09/19/18 | 3,000 | $53.0150 | ($159,045.00) |
| Purchase | 09/25/18 | 2,000 | $51.8649 | ($103,729.80) |
| Purchase | 09/26/18 | 1,500 | $51.5500 | ($77,325.00) |
| Purchase | 09/27/18 | 1,500 | $51.3000 | ($76,950.00) |
| Purchase | 09/28/18 | 500 | $50.9500 | ($25,475.00) |
| Purchase | 10/09/18 | 500 | $50.2207 | ($25,110.35) |
| Purchase | 11/19/18 | 500 | $54.7400 | ($27,370.00) |
| Purchase | 01/17/19 | 1,000 | $50.7362 | ($50,736.20) |
| *Class Period purchases:* | | *10,500* | | *($545,741.35)* |
| | | | | |
| None | | | | |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | Shares Held | 10,500 | $40.8598 | $429,027.77 |

**LIFO Gain/(Loss):**    **($116,713.58)**

**Total Shares Bought:**    **10,500**

**Total Net Shares:**    **10,500**

**Total Net Expenditures:**    **($545,741.35)**

---

[1] *Value of shares held is the mean trading price from 7/18/2019 to 9/23/2019.*