UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, and JAMES H. LANGMEAD,<br><br>Defendants. | Case No.  1:19-cv-06873-LGS |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF DAVID ARMITAGE FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF LEAD COUNSEL</u>**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of David Armitage ("Armitage"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.      I make this Declaration in support of Armitage's motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Loss chart of Armitage;

Exhibit B:      Press release published over *Globe Newswire* on July 24, 2019, announcing the pendency of the above-captioned action;

Exhibit C:      Shareholder Certification of Armitage; and

Exhibit D:      Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 23, 2019, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1