# EXHIBIT A

**Eagle Bancorp, Inc. (EGBN)**
**Class Period: March 2, 2015 to July 17, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 65-Day* Mean Price $40.7891 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Armitage, David | 12/29/2017 | 300 | $58.3500 | ($17,505) | 8/1/2019 | (300) | $39.9036 | $11,971 | 300 | | ($5,534) |

*Avg Closing Prices from July 18 to September 20