# EXHIBIT B

*Source:* Pomerantz LLP

*July 24, 2019 13:19 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action against Eagle Bancorp, Inc. and Certain Officers – EGBN

NEW YORK, July 24, 2019 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Eagle Bancorp, Inc. ("Eagle Bancorp" or the "Company") (NASDAQ: EGBN) and certain of its officers. The class action, filed in United States District Court, for the Southern District of New York, and indexed under 19-cv-06873, is on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired Eagle Bancorp securities between March 2, 2015 and July 17, 2019, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Eagle Bancorp securities during the class period, you have until September 23, 2019, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

### [Click here for information about joining the class action]

Eagle Bancorp was founded in 1997 and is headquartered in Bethesda, Maryland. Eagle Bancorp operates as the bank holding company for EagleBank, Inc. ("EagleBank"), which provides commercial and consumer banking services primarily in the United States.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Eagle Bancorp's internal controls and procedures and compliance policies were inadequate; (ii) the foregoing shortcoming created a foreseeable risk of heightened regulatory scrutiny and the need for the Company undertake its own internal investigations; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On July 17, 2019, Eagle Bancorp disclosed rising legal costs stemming from ongoing internal and government investigations of "the Company's identification, classification and disclosure of related party transactions; the retirement of certain former officers and directors; and the relationship of the Company and certain of its former officers and directors with a local public official."

On this news, Eagle Bancorp's stock price fell $14.30 per share, or 26.75%, to close at $39.15 per share on July 18, 2019.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

CONTACT:
Robert S. Willoughby

Case 1:19-cv-06873-LGS Document 17-2 Filed 09/23/19 Page 3 of 3

Pomerantz LLP
rswilloughby@pomlaw.com