USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020

# BakerHostetler

**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111-0100
Direct dial: 212.847.7090

999 Third Avenue, #3600
Seattle, WA 98104-4040
Direct dial: 206.566.7090

Douglas W. Greene
dgreene@bakerlaw.com
Mobile: 206.930.7682
www.bakerlaw.com

March 13, 2020

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Stein v. Eagle Bancorp, Inc., et al.*; Case No. 1:19-cv-06873-LGS

Dear Judge Schofield:

        On behalf of all of the defendants in this action we respectfully submit this pre-motion letter in advance of the motion to dismiss the amended complaint (the "Motion") that defendants will file on March 24, 2020. Although Your Honor has already set the briefing schedule for this Motion (Dkt. #36), we are providing this letter in an abundance of caution, in order to ensure compliance with Your Honor's Individual Rules III.A.1 & III.C.2 and in case it may be of use to the Court.

        In short, the Motion will argue that the Amended Complaint fails to state any claim on which relief may be granted under Rule 12(b)(6) and the heightened pleadings standards provided by Rule 9(b) and the Private Securities Litigation Reform Act of 1995. Among other things, (1) the Amended Complaint is fundamentally, structurally flawed in that Plaintiffs cannot plead that their alleged losses were caused by any of the allegedly false and misleading statements; (2) the challenged statements were statements of opinion and Plaintiffs have not sufficiently alleged that the defendants did not actually believe the statements when made or that particular omitted facts rendered them misleading; (3) the pleaded facts are insufficient to raise a strong inference of scienter with respect to any of the defendants; and (4) Plaintiffs cannot plead scheme liability because, *inter alia*, the alleged fraudulent scheme was not in connection with the sale or purchase of securities.

Hon. Lorna G. Schofield
March 13, 2020
Page 2


       For all of these reasons, among others, the defendants' upcoming Motion will ask this Court to dismiss the Amended Complaint in its entirety with prejudice.

Respectfully submitted,

Douglas W. Greene
Partner


cc: All counsel of record

This letter satisfies the March 24, 2020, Complaint response deadline. In lieu of the so-ordered briefing schedule at Dkt. No. 36, Defendants shall file the motion to dismiss by April 2, 2020; the opposition shall be filed by May 15, 2020; and the reply shall be filed by June 15, 2020. The parties shall comply with the Individual Rules on motions and courtesy copies. SO ORDERED.

Dated: March 16, 2020
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE