# Exhibit 1

(Excerpts from Eagle's
2019 Form 10-K, filed 3/2/20)

# Section 1: 10-K (10-K)

Table of Contents

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

☒ Annual report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the fiscal year ended December 31, 2019

☐ Transition report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

Commission file number: 0-25923

## Eagle Bancorp, Inc.

(Exact name of registrant as specified in its charter)

| Maryland | 52-2061461 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

7830 Old Georgetown Road, Third Floor, Bethesda, Maryland 20814
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (301) 986-1800

Securities Registered Pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, $0.01 par value | EGBN | The Nasdaq Stock Market, LLC |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Section 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act Yes ☐ No ☒

Indicate by check mark whether the registrant; (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports; and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by checkmark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒
Accelerated filer ☐
Non-accelerated filer ☐
Smaller Reporting Company ☐
Emerging Growth Company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act. Yes ☐ No ☒

The aggregate market value of the outstanding Common Stock held by nonaffiliates as of June 30, 2019 was approximately $1.81 billion.

As of February 7, 2020, the number of outstanding shares of the Common Stock, $0.01 par value, of Eagle Bancorp, Inc. was 32,809,197.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Company's definitive Proxy Statement for the Annual Meeting of Shareholders to be held on
May 21, 2020 are incorporated by reference in Part III hereof.

Table of Contents

**EAGLE BANCORP, INC.**
**ANNUAL REPORT ON FORM 10-K**

**TABLE OF CONTENTS**

**Part I**
Item 1.      Business
Item 1A.     Risk Factors
Item 1B.     Unresolved Staff Comments
Item 2.      Properties
Item 3.      Legal Proceedings
Item 4.      Mine Safety Disclosures

**Part II**
Item 5.      Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities
Item 6.      Selected Financial Data
Item 7.      Management's Discussion and Analysis of Financial Condition and Results of Operation
Item 7A.     Quantitative and Qualitative Disclosures about Market Risk
Item 8.      Financial Statements and Supplementary Data
Item 9.      Changes in and Disagreements with Accountants on Accounting and Financial Disclosure
Item 9A.     Controls and Procedures
Item 9B.     Other Information

**Part III**
Item 10.     Directors, Executive Officers and Corporate Governance
Item 11.     Executive Compensation
Item 12.     Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters
Item 13.     Certain Relationships and Related Transactions and Director Independence
Item 14.     Principal Accounting Fees and Services

**Part IV**
Item 15.     Exhibits, Financial Statement Schedules

**SIGNATURES**

Table of Contents

**PART I**

**ITEM 1.  BUSINESS**

In this report, unless otherwise expressly stated or the context otherwise requires, the terms "we," "us," the "Company," "Eagle," and "our" refer to Eagle Bancorp, Inc. and our subsidiaries on a combined basis, except in the description of any of our securities, in which case these terms refer solely to Eagle Bancorp, Inc. and not to any of our subsidiaries. References to "EagleBank" or "Bank" refer to EagleBank, which is our principal subsidiary.

Eagle Bancorp, Inc. (the "Company"), headquartered in Bethesda, Maryland, was incorporated under the laws of the State of Maryland on October 28, 1997, to serve as the bank holding company for EagleBank (the "Bank"). The Company was formed by a group of local businessmen and professionals with significant prior experience in community banking in the Company's market area, together with an experienced community bank senior management team.

The Bank, a Maryland chartered commercial bank, which is a member of the Federal Reserve System, is the Company's principal operating subsidiary. It commenced banking operations on July 20, 1998. The Bank currently operates twenty banking offices: six in Suburban Maryland; five located in the District of Columbia; and nine in Northern Virginia. The Bank also has six lending centers and utilizes various electronic capabilities, including remote deposit services and mobile banking services. The Bank may seek additional banking offices consistent with its strategic plan, although there can be no assurance that the Bank will establish any additional offices, or that any branch office will prove to be profitable.

The Bank has three active direct subsidiaries: Bethesda Leasing, LLC, Eagle Insurance Services, LLC, and Landroval Municipal Finance, Inc. Bethesda Leasing, LLC holds title to and operates real estate owned and acquired through foreclosure. Eagle Insurance Services, LLC offers access to insurance products and services through a referral program with a third party insurance broker. Landroval Municipal Finance, Inc. focuses on lending to municipalities by buying debt on the public market as well as direct purchase issuance.The Bank operates as a community bank alternative to the super-regional financial institutions, which dominate its primary market area. The cornerstone of the Bank's philosophy is to provide superior, personalized service to its clients. The Bank focuses on relationship banking, providing each client with a number of services, familiarizing itself with, and addressing itself to, client needs in a proactive, personalized fashion. Management believes that the Bank's target market segments, small and medium-sized for profit and non-profit businesses and the consumer base working or living in and near the Bank's market area, demand the convenience and personal service that an independent locally based financial institution such as the Bank can offer. These themes of convenience and proactive personal service form the basis for the Bank's business development strategies.

The Company has grown primarily through organic growth over its twenty one year history. Two acquisitions have been completed (one in 2008 and one in 2014). On August 31, 2008, the Company completed the acquisition of Fidelity & Trust Financial Corporation ("Fidelity") which increased loans and deposits by approximately $361 million and $385 million, respectively. The acquisition of Virginia Heritage Bank ("Virginia Heritage") completed on October 31, 2014, added approximately $800 million in loans, and $645 million in deposits. Refer to Note 7 to the Consolidated Financial Statements for additional disclosure regarding intangible assets established incident to mergers and acquisitions.

*Description of Services.* The Bank offers a broad range of commercial banking services to its business and professional clients, as well as full service consumer banking services to individuals living and/or working primarily in the Bank's market area. The Bank emphasizes providing commercial banking services to sole proprietors, small and medium-sized businesses, partnerships, corporations, non-profit organizations and associations, and investors living and working in and near the Bank's primary service area. A full range of retail banking services are offered to accommodate the individual needs of both corporate customers as well as the community the Bank serves. The Bank also offers online banking, mobile banking and a remote deposit service, which allows clients to facilitate and expedite deposit transactions through the use of electronic devices. A suite of Treasury Management services is also offered to business clients. The Bank's deposits are insured by the Federal Deposit insurance Corporation, or FDIC, to the fullest extent provided by law.

The Bank provides a variety of commercial and consumer lending products to small, medium and large-sized businesses and to individuals for various business and personal purposes, including (i) commercial loans for a variety of business purposes such as for working capital, equipment purchases, real estate lines of credit, and government contract financing; (ii) asset based lending and accounts receivable financing (on a limited basis); (iii) construction and commercial real estate loans; (iv) business equipment financing; (v) consumer home equity lines of credit, personal lines of credit and term loans; (vi) consumer installment loans such as auto and personal loans; (vii) personal credit cards offered through an outside vendor; and (viii) residential mortgage loans.

Table of Contents

The Bank's loan portfolio consists primarily of traditional business and real estate secured loans. Commercial and industrial loans are made, with a substantial portion having variable and adjustable rates, and where the cash flow of the borrower/borrower's operating business is the principal source of debt service with a secondary emphasis on collateral. Real estate loans are made generally for commercial purposes and are structured using both variable and fixed rates and renegotiable rates which adjust in three to five years, with maturities of generally five to ten years. Commercial real estate loans, which comprise the largest portion of the loan portfolio, are secured by both owner occupied and non-owner occupied real property and include a significant component of acquisition, development and construction, or ADC lending.

The Bank's consumer loan portfolio is a smaller portion of the loan portfolio and is comprised generally of two loan types: (i) home equity loans and lines of credit that are structured with an interest only draw period followed either by a balloon maturity or a fully amortized repayment schedule; and (ii) first lien residential mortgage loans, although the Bank's general practice is to sell conforming first trust loans on a servicing released basis to third party investors. In certain limited instances, residential mortgage first deed of trust loans are packaged along with a line of credit to the same borrower for sale in the secondary market by the Bank.

The Bank has also developed significant expertise and commitment as a Small Business Administration ("SBA") lender and has been recognized as a top originator of such loans in our market area. The Bank is a preferred lender under the SBA's Preferred Lender Program. As a preferred lender, the Bank can originate certain SBA loans in-house without prior SBA approval. SBA loans are made through programs designed by the federal government to assist the small business community in obtaining financing from financial institutions that are given government guarantees as an incentive to make the loans. Under certain circumstances, the Bank attempts to further mitigate commercial term loan losses by using loan guarantee programs offered by the SBA. SBA lending is subject to federal legislation that can affect the availability and funding of the program. From time to time, this dependence on legislative funding causes limitations and uncertainties with regard to the continued funding of such programs, which could potentially have an adverse financial impact on our business.

The Company originates multifamily FHA loans through the Department of Housing and Urban Development's, or HUD's, Multifamily Accelerated Program, or MAP. The Company securitizes these loans through the Government National Mortgage Association, or Ginnie Mae, MBS I program and sells the resulting securities in the open market to authorized dealers in the normal course of business and periodically bundles and sells the servicing rights.

The lending activities in which the Bank engages carry the risk that the borrowers will be unable to perform on their obligations. As such, interest rate policies of the Board of Governors of the Federal Reserve System, which we refer to as the Federal Reserve Board or the Federal Reserve, and general economic conditions, nationally and in the Bank's primary market area, could have a significant impact on the Bank's and the Company's results of operations. To the extent that economic conditions deteriorate, business and individual borrowers may be less able to meet their obligations to the Bank in full, in a timely manner, resulting in decreased earnings or losses to the Bank. Economic conditions may also adversely affect the value of property pledged as security for loans.

The Bank's goal is to mitigate risks in the event of unforeseen threats to the loan portfolio as a result of economic downturn or other negative influences. Plans for mitigating inherent risks in managing loan assets include: carefully enforcing loan policies and procedures, evaluating each borrower's business plan during the underwriting process and throughout the loan term, identifying and monitoring primary and alternative sources for loan repayment, and obtaining collateral to mitigate economic loss in the event of liquidation. Specific loan reserves are established based upon credit and/or collateral risks on an individual loan basis. A risk rating system is employed to proactively estimate loss exposure and provide a measuring system for setting general and specific reserve allocations.

The composition of the Company's loan portfolio is heavily weighted toward commercial real estate, both owner occupied and income producing real estate. At December 31, 2019, owner occupied commercial real estate and construction - C&I (owner occupied) represent approximately 14% of the loan portfolio. At December 31, 2019, non-owner occupied commercial real estate and real estate construction represented approximately 64% of the loan portfolio. The combined owner occupied and commercial real estate loans represented approximately 78% of the loan portfolio. Real estate also serves as collateral for loans made for other purposes, resulting in 85% of all loans being secured or partially secured by real estate. These loans are underwritten to mitigate lending risks typical of this type of loan such as declines in real estate values, changes in borrower cash flow and general economic conditions. The Bank typically requires a maximum loan to value of 80% and minimum cash flow debt service coverage of 1.15 to 1.0. Personal guarantees may be required, but may be limited. In making real estate commercial mortgage loans, the Bank generally requires that interest rates adjust not less frequently than five years.

4

Table of Contents

The Company is also an active traditional commercial lender providing loans for a variety of purposes, including working capital, equipment, and account receivable financing. This loan category represents approximately 20% of the loan portfolio at December 31, 2019 and was generally variable or adjustable rate. Commercial loans meet reasonable underwriting standards, including appropriate collateral, and cash flow necessary to support debt service. Personal guarantees are generally required, but may be limited. SBA loans represent approximately 1% of the commercial loan category. In originating SBA loans, the Company assumes the risk of non-payment on the unguaranteed portion of the credit. The Company generally sells the guaranteed portion of the loan generating noninterest income from the gains on sale, as well as servicing income on the portion participated. SBA loans are subject to the same cash flow analyses as other commercial loans. SBA loans are subject to a maximum loan size established by the SBA as well as internal loan size guidelines.

Approximately 1% of the loan portfolio at December 31, 2019 consists of home equity loans and lines of credit and other consumer loans. These credits, while making up a small portion of the loan portfolio, demand the same emphasis on underwriting and credit evaluation as other types of loans advanced by the Bank.

Approximately 1% of the loan portfolio consists of residential mortgage loans. At December 31, 2019, the repricing duration of these loans was 24 months. These credits represent first liens on residential property loans originated by the Bank. While the Bank's general practice is to originate and sell (servicing released) loans made by its Residential Lending department, from time to time certain loan characteristics do not meet the requirements of third party investors and these loans are instead maintained in the Bank's portfolio until they are resold to another investor at a later date or mature.

Our lending activities are subject to a variety of lending limits imposed by state and federal law. These limits will increase or decrease in response to increases or decreases in the Bank's level of capital. At January 31, 2020, the Bank had a legal lending limit of $196 million. At December 31, 2019, the average loan size outstanding for Commercial Real Estate, or CRE, and Commercial and Industrial, or C&I, loans was $4.4 million and $854 thousand, respectively. In accordance with internal lending policies, the Bank may sell participations in its loans to other banks, which allows the Bank to manage risk involved in these loans and to meet the lending needs of its clients. The risk of nonpayment (or deferred payment) of loans is inherent in all lending. The Bank's marketing focus on small to medium-sized businesses may result in the assumption by the Bank of certain lending risks that are different from those associated with loans to larger companies. Management and/or committees of the Bank carefully evaluate loan applications and attempt to minimize credit risk exposure by use of extensive loan application data, due diligence, and approval and monitoring procedures; however, there can be no assurance that such procedures can significantly reduce such lending risks.

The Bank originates residential mortgage loans primarily as a correspondent lender. Activity in the residential mortgage loan market is highly sensitive to changes in interest rates and product availability. While the Bank does have delegated underwriting authority from most of its investors, it also employs the services of the investor to underwrite the loans. Because the loans are originated within investor guidelines and designated automated underwriting and product specific requirements as part of the loan application, the loans sold have a limited recourse provision. Most contracts with investors contain recourse periods. In general, the Bank may be required to repurchase a previously sold mortgage loan or indemnify the investor if there is non-compliance with defined loan origination or documentation standards, including fraud, negligence or material misstatement in the loan documents. In addition, the Bank may have an obligation to repurchase a loan if the mortgagor has defaulted early in the loan term or may be required to return profits made should the loan prepay within a short period. The potential repurchase period varies by investor but can be up to approximately twelve months after sale of the loan to the investor. Mortgages subject to recourse are collateralized by single-family residential properties, have loan-to-value ratios of 80% or less, or have private mortgage insurance. In certain instances, the Bank may provide equity loans (second position financing) in combination with residential first mortgage lending for purchase money and refinancing purposes.

5

Table of Contents

The Bank enters into commitments to originate residential mortgage loans whereby the interest rate on the loan is determined prior to funding (i.e. rate lock commitments). Such rate lock commitments on mortgage loans to be sold in the secondary market are considered to be derivatives. To protect against the price risk inherent in residential mortgage loan commitments, the Bank utilizes both "best efforts" and "mandatory delivery" forward loan sale commitments to mitigate the risk of potential decrease in the values of loans that would result from the exercise of the derivative loan commitments. Under a "best efforts" contract, the Bank commits to deliver an individual mortgage loan of a specified principal amount and quality to an investor and the investor commits to a price that it will purchase the loan from the Bank if the loan to the underlying borrower closes. The Bank protects itself from changes in interest rates through the use of best efforts forward delivery commitments, whereby the investor commits to purchase a loan at a price representing a premium on the day the borrower commits to an interest rate with the intent that the buyer/investor has assumed the interest rate risk on the loan. As a result, the Bank is not generally exposed to losses on loans sold utilizing best efforts, nor will it realize gains related to rate lock commitments due to changes in interest rates. The market values of rate lock commitments and best efforts contracts are not readily ascertainable with precision because rate lock commitments and best efforts contracts are not actively traded. Because of the high correlation between rate lock commitments and best efforts contracts, no gain or loss should occur on the rate lock commitments. Under a "mandatory delivery" contract, the Bank commits to deliver a certain principal amount of mortgage loans to an investor at a specified price on or before a specified date. If the Bank fails to deliver the amount of mortgages necessary to fulfill the commitment by the specified date, it is obligated to pay the investor a "pair-off" fee, based on then-current market prices, to compensate the investor for the shortfall. The rate lock commitments on mortgage loans to be sold in the secondary market are considered to be derivatives. The Bank manages the interest rate risk on rate lock commitments by entering into forward sale contracts of mortgage backed securities, whereby the Bank obtains the right to deliver securities to investors in the future at a specified price. Such contracts are accounted for as derivatives and are recorded at fair value in derivative assets or liabilities, with changes in fair value recorded in other income. The period of time between issuance of a loan commitment to the customer and closing and sale of the loan to an investor generally ranges from 30 to 90 days under current market conditions.

Loans are secured primarily by duly recorded first deeds of trust or mortgages. In some cases, the Bank may accept a recorded junior trust position. In general, borrowers will have a proven ability to build, lease, manage and/or sell a commercial or residential project and demonstrate satisfactory financial condition. Additionally, an equity contribution toward the project is generally required whether associated with acquisition or construction of a property.

The general terms and underwriting standards for each type of commercial real estate and construction loan are incorporated into the Bank's lending policies. These policies are analyzed periodically by management, and the policies are reviewed and re-approved annually by the Board. The Bank's loan policies and practices described in this report are subject to periodic change, and each guideline or standard is subject to waiver or exception in the case of any particular loan, by the appropriate officer or committee, in accordance with the Bank's loan policies. Policy standards are often stated in mandatory terms, such as "shall" or "must", but these provisions are subject to exceptions. Policy requires that loan value not exceed a percentage of "market value" or "fair value" based upon appraisals or evaluations obtained in the ordinary course of the Bank's underwriting practices.

Construction loans require that the financial condition and experience of the general contractor and major subcontractors be satisfactory to the Bank. Guaranteed, fixed price contracts are required whenever appropriate, along with payment and performance bonds or completion bonds for larger scale projects.

Loans intended for residential land acquisition, lot development and construction are made on the premise that the land: (1) is or will be developed for building sites for residential structures; and (2) will ultimately be utilized for construction or improvement of residential zoned real properties, including the creation of housing. Residential development and construction loans will finance projects such as single family subdivisions, planned unit developments, townhouses, and condominiums. Residential land acquisition, development and construction loans generally are underwritten with a maximum term of 36 months, including extensions approved at origination.

Commercial land acquisition and construction loans are secured by real property where loan funds will be used to acquire land and to construct or improve appropriately zoned real property for the creation of income producing or owner user commercial properties. Borrowers are generally required to put equity into each project at levels determined by the appropriate Loan Committee. Commercial land acquisition and construction loans generally are underwritten with a maximum term of 24 months.

Loan-to-value, or LTV, ratios, with few exceptions, are maintained consistent with or below supervisory guidelines.

6

Table of Contents

Substantially all construction draw requests must be presented in writing on American Institute of Architects documents and certified either by the contractor, the borrower and/or the borrower's architect. Each draw request shall also include the borrower's soft cost breakdown certified by the borrower or their Chief Financial Officer. Prior to an advance, the Bank or its contractor inspects the project to determine that the work has been completed, to justify the draw requisition.

Commercial permanent loans are generally secured by improved real property, which is generating income in the normal course of operation. Debt service coverage, assuming stabilized occupancy, must be satisfactory to support a permanent loan. The debt service coverage ratio is ordinarily at least 1.15 to 1.0. As part of the underwriting process, debt service coverage ratios are stress tested assuming a 200 basis point increase in interest rates from their current levels.

Commercial permanent loans generally are underwritten with a term not greater than 10 years or the remaining useful life of the property, whichever is lower. The preferred term is between 5 to 7 years, with amortization to a maximum of 25 years.

Personal guarantees are generally received from the principals on commercial real estate loans, and only in instances where the loan-to-value is sufficiently low and the debt service coverage is sufficiently high is consideration given to either limiting or not requiring personal recourse.

Updated appraisals for real estate secured loans are obtained as necessary and appropriate to borrower financial condition, project status, loan terms, and market conditions.

The Company's loan portfolio includes loans made for real estate ADC purposes, including both income producing and owner occupied projects. ADC loans amounted to $1.61 billion at December 31, 2019. A portion of the ADC portfolio, both speculative and non-speculative, includes loan funded interest reserves at origination. ADC loans that provide for the use of interest reserves represent approximately 65% of the outstanding ADC loan portfolio at December 31, 2019. The decision to establish a loan funded interest reserve is made upon origination of the ADC loan and is based upon a number of factors considered during underwriting of the credit including: (i) the feasibility of the project; (ii) the experience of the sponsor; (iii) the creditworthiness of the borrower and guarantors; (iv) borrower equity contribution; and (v) the level of collateral protection. When appropriate, an interest reserve provides an effective means of addressing the cash flow characteristics of a properly underwritten ADC loan. The Company does not significantly utilize interest reserves in other loan products. The Company recognizes that one of the risks inherent in the use of interest reserves is the potential masking of underlying problems with the project and/or the borrower's ability to repay the loan. In order to mitigate this inherent risk, the Company employs a series of reporting and monitoring mechanisms on all ADC loans, whether or not an interest reserve is provided, including: (i) construction and development timelines which are monitored on an ongoing basis and which track the progress of a given project to the timeline projected at origination; (ii) a construction loan administration department independent of the lending function; (iii) third party independent construction loan inspection reports; (iv) monthly interest reserve monitoring reports detailing the balance of the interest reserves approved at origination and the days of interest carry represented by the reserve balances as compared to the then current anticipated time to completion and/or sale of speculative projects; and (v) quarterly commercial real estate construction meetings among senior Company management which includes monitoring of current and projected real estate market conditions. If a project has not performed as expected, it is not the customary practice of the Company to increase loan funded interest reserves.

The Company has not experienced any significant issues with increased vacancy rates or lower rents for income producing properties financed. The construction loan portfolio has remained solid, particularly in areas of well-located residential and multifamily projects, as the housing market has continued to improve and stabilize. The Washington, D.C. metropolitan area real estate market has been relatively stable; however, certain segments, including suburban offices, have exhibited higher than normal vacancy and experienced concessions in specific submarkets. As part of its overall risk assessments, management carefully reviews the Bank's loan portfolio and general economic and market conditions on a regular basis and will continue to adjust both the specific and environmental reserve factors as necessary.

Table of Contents

Deposit services include business and personal checking accounts, NOW accounts, tiered savings and money market account and time deposits with varying maturity structures and customer options. A complete individual retirement account program is available. The Bank also participates in the Promontory Interfinancial Network, LLC ("Promontory") Certificate of Deposit Account Registry Service ("CDARS") and its Insured Cash Sweep ("ICS") program, both of which networks function to assure full FDIC insurance for participating Bank customers. In cooperation with Goldman Sachs Asset Management, the Bank offers a Goldman Sachs Investment Sweep Account, a check writing cash management account that sweeps funds to one of several non-FDIC insured off-balance sheet investment accounts managed by Goldman Sachs.

The Bank offers a full range of on-line banking services for both personal and business accounts and has a Mobile Banking application for both businesses and individuals. Other services include cash management services, business sweep accounts, lock box, remote deposit capture, account reconciliation services, merchant card services, safety deposit boxes and Automated Clearing House origination. After-hours depositories and ATM service are also available.

The Company and Bank maintain portfolios of short term investments and investment securities consisting primarily of U.S. agency bonds and government sponsored enterprise mortgage backed securities, municipal bonds, and corporate bonds. The Bank also owns equity investments related to membership in the Federal Reserve System and the Federal Home Loan Bank of Atlanta, or the FHLB. The Company's securities portfolio also consists of equity investments in the form of common stock of two local banking companies. These portfolios provide the following objectives: capital preservation, liquidity management, additional income to the Company and Bank in the form of interest and gain on sale opportunities, collateral to facilitate borrowing arrangements and assistance with meeting interest rate risk management objectives. The current Investment Policy limits the Bank to investments of high quality, U.S. Treasury securities, U.S. agency securities and high grade municipal and corporate securities, including subordinated debentures of U.S. regulated banks. High risk investments and non-traditional investments are prohibited. Investment maturities are generally limited to ten to fifteen years, except as specifically approved by the Asset Liability Committee, or ALCO, and mortgage backed pass through securities, which may have final stated maturities of 30 years, with average lives generally not to exceed eight years.

The Company and Bank have formalized an asset and liability management process and have a standing ALCO consisting of senior management who report to the Board. The ALCO operates under established policies and practices and a Committee Charter, which practices are updated and re-approved annually. A typical ALCO meeting includes discussion of current economic conditions and balance sheet and other strategies, including interest rate trends and, the current balance sheet and earnings position, comparisons to budget, cash flow estimates, liquidity positions, liquidity stress tests (quarterly), and funding alternatives as necessary, interest rate risk position (monthly), including derivative positions, capital positions of the Company and Bank, reviews (including independent reviews) of the investment portfolio of the Bank and the Company, and the approval of investment transactions. Additionally, monthly ALCO meetings may include reports and analysis of outside firms to enhance the Committee's knowledge and understanding of various financial matters. Various other bank employees attend monthly committee meetings to build their understanding of all financial matters. A weekly conference call is scheduled to bring added attention primarily to shorter term cash flow estimates and interest rate matters.

The development of the Company's customer base has benefited from the extensive business and personal contacts of its directors and executive officers. Full relationships have been fostered including deposit balances, loan balances and non interest revenue sources. The Bank has placed enhanced reliance on proactively designed officer calling programs and lender teams, active participation in business organizations, and enhanced referral programs.

*Internet Access to Company Documents.* The Company provides access to its Securities and Exchange Commission ("SEC") filings through its web site at www.eaglebankcorp.com. After accessing the web site, the filings are available upon selecting "Investor Relations/SEC Filings/Documents." Reports available include the annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, and all amendments to those reports as soon as reasonably practicable after the reports are electronically filed with or furnished to the SEC. Further, the SEC maintains an Internet site that contains reports, proxy and information statements, and other information regarding issuers that file electronically with the SEC at http://www.sec.gov.

Table of Contents

**ITEM 6.    SELECTED FINANCIAL DATA**

The following table shows selected historical consolidated financial data for the Company. It should be read in conjunction with the "Management's Discussion and Analysis of Financial Condition and Results of Operation" section and the Consolidated Financial Statements and Notes thereto included elsewhere in this report.

*Use of Non-GAAP Financial Measures*

The information set forth below contains certain financial information determined by methods other than in accordance with GAAP. These non-GAAP financial measures are "tangible common equity," "tangible book value per common share," "efficiency ratio," and "return on average common equity." Management uses these non-GAAP measures in its analysis of our performance because it believes these measures are used as a measure of our performance by investors.

These disclosures should not be considered in isolation or as a substitute for results determined in accordance with GAAP, and are not necessarily comparable to non-GAAP performance measures which may be presented by other bank holding companies. Management compensates for these limitations by providing detailed reconciliations between GAAP information and the non-GAAP financial measures. A reconciliation table is set forth below following the selected historical consolidated financial data.

| | | | Years Ended December 31, | | | | |
|---|---|---|---|---|---|---|---|
| (dollars in thousands except per share data) | | 2019 | 2018 | 2017 | 2016 | | 20 |
| **Balance Sheets - Period End** | | | | | | | |
| Securities | $ | 843,363 | $ 784,139 | $ 589,268 | $ 538,108 | $ | |
| Loans held for sale | | 56,707 | 19,254 | 25,096 | 51,629 | | |
| Loans | | 7,545,748 | 6,991,447 | 6,411,528 | 5,677,893 | | 4 |
| Allowance for credit losses | | 73,658 | 69,944 | 64,758 | 59,074 | | |
| Intangible assets, net | | 104,739 | 105,766 | 107,212 | 107,419 | | |
| Total assets | | 8,988,719 | 8,389,137 | 7,479,029 | 6,890,096 | | 6 |
| Deposits | | 7,224,391 | 6,974,285 | 5,853,984 | 5,716,114 | | 5 |
| Borrowings | | 498,667 | 247,709 | 618,466 | 285,390 | | |
| Total liabilities | | 7,798,038 | 7,280,196 | 6,528,591 | 6,047,297 | | 5 |
| Total shareholders' equity | | 1,190,681 | 1,108,941 | 950,438 | 842,799 | | |
| Tangible common equity (1) | | 1,085,942 | 1,003,175 | 843,226 | 735,380 | | |
| | | | | | | | |
| **Statements of Operations** | | | | | | | |
| Interest income | $ | 429,630 | $ 393,286 | $ 324,034 | $ 285,805 | $ | |
| Interest expense | | 105,585 | 76,293 | 40,147 | 27,640 | | |
| Provision for credit losses | | 13,091 | 8,660 | 8,971 | 11,331 | | |
| Noninterest income | | 25,699 | 22,586 | 29,372 | 27,284 | | |
| Noninterest expense | | 139,862 | 126,711 | 118,552 | 115,016 | | |
| Income before taxes | | 196,791 | 204,208 | 185,736 | 159,102 | | |
| Income tax expense (2) | | 53,848 | 51,932 | 85,504 | 61,395 | | |
| Net income (2) | | 142,943 | 152,276 | 100,232 | 97,707 | | |
| Preferred dividends | | — | — | — | — | | |
| Cash dividends declared | | 22,332 | — | — | — | | |
| Net income available to common shareholders (2) | | 142,943 | 152,276 | 100,232 | 97,707 | | |
| Total Revenue (3) | | 349,744 | 339,579 | 313,259 | 285,449 | | |

Table of Contents

| (dollars in thousands except per share data) | Years Ended December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2019 | | 2018 | | 2017 | | 2016 | | 2015 |
| **Per Common Share Data** | | | | | | | | | |
| Net income, basic (2) | $ | 4.18 | $ | 4.44 | $ | 2.94 | $ | 2.91 | $ |
| Net income, diluted (2) | | 4.18 | | 4.42 | | 2.92 | | 2.86 | |
| Dividends declared | | 0.66 | | — | | — | | — | |
| Book value (2) | | 35.82 | | 32.25 | | 27.80 | | 24.77 | |
| Tangible book value (2) (4) | | 32.67 | | 29.17 | | 24.67 | | 21.61 | |
| Common shares outstanding | | 33,241,496 | | 34,387,919 | | 34,185,163 | | 34,023,850 | 33,4 |
| Weighted average common shares outstanding, basic | | 34,178,804 | | 34,306,336 | | 34,138,536 | | 33,587,254 | 32,8 |
| Weighted average common shares outstanding, diluted | | 34,210,646 | | 34,443,040 | | 34,320,639 | | 34,181,616 | 33,4 |
| **Ratios** | | | | | | | | | |
| Net interest margin | | 3.77 % | | 4.10 % | | 4.15 % | | 4.16 % | |
| Efficiency ratio (5) | | 39.99 % | | 37.31 % | | 37.84 % | | 40.29 % | |
| Return on average assets (2) | | 1.61 % | | 1.91 % | | 1.41 % | | 1.52 % | |
| Return on average common equity (2) | | 12.20 % | | 14.89 % | | 11.06 % | | 12.27 % | |
| Return on average tangible common equity (2) | | 13.40 % | | 16.63 % | | 12.54 % | | 14.19 % | |
| CET1 capital (to risk weighted assets) | | 12.87 % | | 12.49 % | | 11.23 % | | 10.80 % | |
| Total capital (to risk weighted assets) | | 16.20 % | | 16.08 % | | 15.02 % | | 14.89 % | |
| Tier 1 capital (to risk weighted assets) | | 12.87 % | | 12.49 % | | 11.23 % | | 10.80 % | |
| Tier 1 capital (to average assets) | | 11.62 % | | 12.10 % | | 11.45 % | | 10.72 % | |
| Tangible common equity ratio | | 12.22 % | | 12.11 % | | 11.44 % | | 10.84 % | |
| Dividend payout ratio | | 15.79 % | | — | | — | | — | |
| | | | | | | | | | |
| **Asset Quality** | | | | | | | | | |
| Nonperforming assets and loans 90+ past due | $ | 50,216 | $ | 17,671 | $ | 14,632 | $ | 20,569 | $ |
| Nonperforming assets and loans 90+ past due to total assets | | 0.56 % | | 0.21 % | | 0.20 % | | 0.30 % | |
| Nonperforming loans to total loans | | 0.65 % | | 0.23 % | | 0.21 % | | 0.31 % | |
| Allowance for credit losses to loans | | 0.98 % | | 1.00 % | | 1.01 % | | 1.04 % | |
| Allowance for credit losses to nonperforming loans | | 151.16 % | | 429.72 % | | 489.20 % | | 330.49 % | |
| Net charge-offs | $ | 9,377 | $ | 3,475 | $ | 3,286 | $ | 4,945 | $ |
| Net charge-offs to average loans | | 0.13 % | | 0.05 % | | 0.06 % | | 0.09 % | |

(1) Tangible common equity, a non-GAAP financial measure, is defined as total common shareholders' equity reduced by goodwill and other intangible assets.

(2) The reported figure for 2017 includes one time charges to reduce the carrying value of net deferred tax assets by $14.6 million, required as a result of the reduction in income tax rates to 21% in the 2017 Tax Act. As the magnitude of the net deferred tax asset revaluation distorts the operational results of the Company, we present in the reconciliation below the effect of the net deferred tax asset revaluation during the year ended December 31, 2017. We believe this information is important to enable shar and other interested parties to assess the core operational performance of the Company.

(3) Total revenue calculated as net interest income plus noninterest income

(4) Tangible book value per common share, a non-GAAP financial measure, is defined as tangible common shareholders' equity divided by total common shares outstanding.

(5) Computed by dividing noninterest expense by the sum of net interest income and noninterest income.

Table of Contents

**Non-GAAP Reconciliation**

| (dollars in thousands except per share data) | | Years Ended December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | 2017 | | 2016 | | 2 |
| Common shareholders' equity | $ | 1,190,681 | $ | 1,108,941 | $ | 950,438 | $ | 842,799 | $ | |
| Less: Intangible assets | | (104,739) | | (105,766) | | (107,212) | | (107,419) | | |
| **Tangible common equity** | $ | 1,085,942 | $ | 1,003,175 | $ | 843,226 | $ | 735,380 | $ | |
| | | | | | | | | | | |
| Book value per common share | $ | 35.82 | $ | 32.25 | $ | 27.80 | $ | 24.77 | $ | |
| Less: Intangible book value per common share | | (3.15) | | (3.08) | | (3.13) | | (3.16) | | |
| **Tangible book value per common share** | $ | 32.67 | $ | 29.17 | $ | 24.67 | $ | 21.61 | $ | |
| | | | | | | | | | | |
| Total assets | $ | 8,988,719 | $ | 8,389,137 | $ | 7,479,029 | | | | |
| Less: Intangible assets | | (104,739) | | (105,766) | | (107,212) | | | | |
| **Tangible assets** | $ | 8,883,980 | $ | 8,283,371 | $ | 7,371,817 | | | | |
| **Tangible common equity ratio** | | 12.22 % | | 12.11 % | | 11.44 % | | | | |
| | | | | | | | | | | |
| Average common shareholders' equity | $ | 1,172,051 | $ | 1,022,642 | $ | 906,169 | | | | |
| Less: Average intangible assets | | (105,167) | | (106,806) | | (107,117) | | | | |
| **Average tangible common equity** | $ | 1,066,884 | $ | 915,836 | $ | 799,052 | | | | |
| | | | | | | | | | | |
| Net Income | $ | 142,943 | $ | 152,276 | $ | 100,232 | | | | |
| Average tangible common equity | $ | 1,066,884 | $ | 915,836 | $ | 799,052 | | | | |
| **Return on Average Tangible Common Equity** | | 13.40 % | | 16.63 % | | 12.54 % | | | | |

| (dollars in thousands except per share data) | | Year Ended December 31, 2017 | | |
|---|---|---|---|---|
| | | GAAP | Change | Non-GAAP |
| **Income Statements:** | | | | |
| Income tax expense | | 85,504 | (14,588) | 70,916 |
| Net income | $ | 100,232 | (14,588) $ | 114,820 |
| | | | | |
| **Earnings Per Common Share** | | | | |
| Basic | $ | 2.94 | $ 0.43 $ | 3.36 |
| Diluted | $ | 2.92 | $ 0.42 $ | 3.35 |
| | | | | |
| **Performance Ratios:** | | | | |
| Return on average assets | | 1.41 % | | 1.62 % |
| Return on average common equity | | 11.06 % | | 12.67 % |

| | | As of December 31, 2017 | | |
|---|---|---|---|---|
| | | GAAP | Change | Non-GAAP |
| **Assets** | | | | |
| Deferred income taxes | | 28,770 | 14,588 | 43,358 |
| **Total Assets** | $ | 7,479,029 | $ 14,588 $ | 7,493,617 |
| | | | | |
| **Shareholders' Equity** | | | | |
| Retained earnings | | 431,544 | 14,588 | 446,132 |
| **Total Shareholders' Equity** | | 950,438 | 14,588 | 965,026 |
| **Total Liabilities and Shareholders' Equity** | $ | 7,479,029 | 14,588 $ | 7,493,617 |

41

Table of Contents

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

March 2, 2020

EAGLE BANCORP, INC.

by:    /s/ Susan G. Riel

Susan G. Riel, President and CEO

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Name | Position | Date |
|------|----------|------|
| /s/ Matthew D. Brockwell<br>Matthew D. Brockwell | Director | March 2, 2020 |
| /s/ Theresa G. LaPlaca<br>Theresa G. LaPlaca | Director | March 2, 2020 |
| /s/ Leslie Ludwig<br>Leslie Ludwig | Director | March 2, 2020 |
| /s/ Norman R. Pozez<br>Norman R. Pozez | Chairman of the Company | March 2, 2020 |
| /s/ Kathy A. Raffa<br>Kathy A. Raffa | Director | March 2, 2020 |
| /s/ Susan G. Riel<br>Susan G. Riel | President and Chief Executive Officer of the Company (Principal Executive Officer) | March 2, 2020 |
| /s/ James A. Soltesz, P.E.<br>James A. Soltesz | Director | March 2, 2020 |
| /s/ Benjamin M. Soto, Esquire<br>Benjamin M. Soto | Director | March 2, 2020 |
| /s/ Leland M. Weinstein<br>Leland M. Weinstein | Director | March 2, 2020 |
| /s/ Charles D. Levingston<br>Charles D. Levingston | Executive Vice President and Chief Financial Officer of the Company (Principal Financial and Accounting Officer) | March 2, 2020 |

142

(Back To Top)

# Section 2: EX-4.6 (EX-4.6)

**Exhibit 4.6**

**DESCRIPTION OF SECURITIES**
**REGISTERED PURSUANT TO SECTION 12 OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

The following summary describes the common stock, par value $0.01 per share, of Eagle Bancorp, Inc. the only class of securities of the Company registered pursuant to Section 12 of the Securities Exchange Act of 1934, as amended. Capitalized terms used but not defined in this exhibit have the meanings ascribed to them in the Company's Annual Report on Form 10-K for the year ended December 31, 2019.

*Authorized Capitalization.* The Company's authorized capital stock consists of 100,000,000 shares of common stock, par value $0.01 per share (the "common stock"), and 1,000,000 shares of preferred stock, par value $0.01 per share, the terms of which may be established by the board of directors without shareholder action.

**Description of the Common Stock**