# Exhibit 2

(Eagle's 2018 Report
to Shareholders)



**EAGLE BANCORP, INC.**

2018 REPORT TO SHAREHOLDERS

# Thank you, Ron Paul.

Just as this Report to Shareholders was going to press, all of us at EagleBank were saddened by the sudden retirement of Chairman, President, and CEO Ron Paul.

After founding EagleBank and guiding it through its first twenty years of success, Ron has encountered serious health issues that he felt would prevent him from performing his duties at the high level he always set for himself. We wish Ron all the best, and thank him deeply for his wise leadership, his extraordinary commitment, and his warm regard for each and every Bank employee, customer, and shareholder, and for this whole community he served so well.

Rest assured that EagleBank remains in expert hands, with former Vice Chairman Norman Pozez as the new Chairman of the Board, and longtime Senior Executive Vice President Susan G. Riel as interim President and CEO.



# To Our Shareholders

It is with great pleasure that we present the 2018 Report to Shareholders for Eagle Bancorp, Inc., and EagleBank, our principal subsidiary. We are especially proud that the financial results for 2018 represent a continuing trend of profitability, growth, and success for our Company. Net Income for the year was $152.3 million, which was another record level of annual earnings. Through 2018, we have achieved 40 consecutive quarters and 10 consecutive years of record, increasing operating income, dating back to 2009. These results continue to place our Company among the best-performing community banks in the U.S.

## Financial highlights of 2018:

Record net income of **$152.3 million**

---

High quality of earnings, return on average assets of **1.91%**, return on average tangible equity of **16.63%**

---

Total assets of **$8.4 billion** at year end, strong capital position with stockholders equity of **$1.1 billion** at year end

---

**11.75%** growth in average loans

---

**11.35%** growth in average deposits

---

Continued excellent credit quality, annual net charge-offs to average loans of **0.05%**

---

On an operating basis, the earnings for the year 2018 represented a 33% increase over 2017, excluding one-time charges of $14.6 million in 2017, required as a result of the Tax Cuts & Jobs Act of 2017. The increase was 52% as compared to 2017 GAAP basis net income, the difference being attributable to a Deferred Tax Asset Adjustment as required by the Tax Cuts & Jobs Act of 2017, which reduced 2017 net income. We feel the comparison to 2017 operating income is a more accurate depiction of the financial performance year over year. The record 2018 earnings were achieved through the successful adherence to our Relationships FIRST approach to our customers and the market, and by consistently following our disciplined operating strategies. This allowed us to sustain strong revenue growth, a superior net interest margin, and excellent credit quality during the year. We also recognized the benefit of the reduced corporate tax rate implemented by the 2017 tax law.

While our primary focus is always on profitability—and particularly Earnings per Share, which were $4.42 (diluted) for the year—we are also proud of the growth of the Bank and our customers. During 2018, we saw growth in average loans of 11.75%, or approximately $700 million. We are committed to our role as an active lender in our markets, fueling the growth of our communities and customers like those profiled in this report. Their success is one of the ways we measure our success. On the other side of the balance sheet, we also experienced a very successful year, with growth in average deposits of 11.35%, or $657 million. Core deposit growth remains strong, as we are able to provide the highest level of service and the technology-based products expected by our growing customer base.

The past year was a challenging one for financial institutions from an interest-rate perspective. The Federal Reserve raised short-term interest rates four times in 2018, causing a very flat yield curve that put pressures on bank lending and investment spreads. At 4.10%, EagleBank's Net Interest Margin was excellent, among the highest in the industry. We were pleased to maintain the margin at that favorable level given the environment of increasing cost of funds, made even more challenging by both traditional and new competition.

The credit quality statistics of our lending activities remain very strong, as the Bank remains committed to disciplined underwriting and focused portfolio administration practices. Net Charge-Offs for the year were only 0.05% of average loan balances, and our Allowance for Credit Losses was 430% of Problem Loans. Another key contributor to the profitability in 2018 was the Efficiency Ratio of 37.31%. This very favorable ratio is due primarily to our strategy of operating with a streamlined branch system, which allows for lower occupancy expenses. As with most banks, EagleBank is processing more transactions electronically than through our branches. Accordingly, we are making greater investments in the functionality and security of our IT systems, in Human Resources, and in our management infrastructure. Cybersecurity risk has received ongoing focus in our Company. We have continued a program of strong communication with both our clients and employees to mitigate this risk.

In 2018 we enhanced our visibility in our market area by entering into a joint marketing agreement with D.C. United, the Washington-based MLS soccer team. We are proud to be the official Bank of D.C. United. In addition to the joint marketing activities, the relationship includes the EagleBank Club in the team's new stadium and support of DC SCORES, a youth development nonprofit foundation. During the year we also strengthened our outreach educational programs. In addition to the scholarship programs we have in place with George Mason University, we increased our lecture and internship programs with several local colleges and universities. These programs are helping to develop the future leaders of our industry. Also in 2018, the EagleBank Foundation celebrated its 14th year. Since its inception the Foundation has raised over $3.9 million to support local hospitals in their efforts related to breast cancer treatment and research.

EagleBank continues to see an excellent opportunity for growth due to our favorable position in the Washington metropolitan area. We are a well-respected member of the business community, known for our active, supportive, and relationship-based lending culture. We currently have the largest deposit share among local community banks, but with only 3% of the market, we have room for growth. In fact, we expect to see increased opportunities as a result of the market disruption fostered by M&A activity among our competitors. The Washington region continues to be a very attractive market in which to operate. It is the sixth-largest regional economy in the U.S. and is growing at a steady, sustainable pace. The expansion of the economic base is being driven by the private sector, not the federal government. Tech-related, education, and healthcare jobs are increasing throughout the region as the area's workforce continues to be among the most educated in the U.S. We will continue to benefit as the lending acumen and certainty of execution we offer the market allow us to continue contributing to the strength and growth of the region.

We are very pleased with the continued, consistent performance that EagleBank achieved in 2018, during which we celebrated our 20th anniversary. We were proud to recognize that milestone and look forward to many more during 2019 and beyond. We appreciate the efforts of our employees, officers, directors, and business partners that have led to our success. Most importantly, we are grateful for your continuing support as shareholders.



**Ronald D. Paul**
*Chairman of the Board*
*President and Chief Executive Officer*

**Norman R. Pozez**
*Vice Chairman of the Board*

**Ronald D. Paul**, Chairman & CEO, and **Norman R. Pozez**, Vice Chairman

# Putting the *community* in community banking.

**D.C. United and EagleBank establish a partnership with shared goals.**

For EagleBank, one of the most significant events of 2018 was the debut of Audi Field, the new home of D.C. United. Not just because we're soccer fans (we are), but because the new stadium represents a multi-year partnership between the Washington area's leading community bank and the most-decorated Major League Soccer team in the country.

The relationship conversations began in late 2016 as D.C. United was securing founding partners for its long-dreamed-of new stadium, along with financing to construct the $450M+ facility. EagleBank stepped forward, working through the D.C. Property Assessed Clean Energy (PACE) program to fund installation of state-of-the-art energy-supply and water-efficiency systems. As a result, Audi Field is one of the most environmentally sustainable buildings in the District.

The partnership makes EagleBank D.C. United's official and exclusive banking partner. In addition to substantial marketing and advertising opportunities, the relationship spawned the EagleBank Club at Audi Field, the largest premium space at the 20,000-seat venue.

Of greater long-term importance to the life of the community is the partnership's strengthening of D.C. United's multicultural and youth outreach programs. One of the best known is DC SCORES, a local nonprofit that organizes teams for kids in need, giving them the confidence and skills to succeed—on the field and as they grow into adults. In October 2018, EagleBank sponsored Fall Frenzy, the charity's annual elementary-school soccer tournament and community festival.

Along with DC SCORES, D.C. United's new reserve team, Loudoun United FC, have become EagleBank customers, bringing the partnership full circle. 🦅

SWEETGREEN

# A real connection.

### Sweetgreen and EagleBank: a customer-first approach to serving the community.

Three friends graduate from college with big plans. That's the beginning of many an entrepreneurial story. In this one, the three friends find a local bank that helps them bring those plans to fruition.

## A personal, meaningful relationship of incomparable value.

Nicolas Jammet, Jonathan Neman, and Nathaniel Ru graduated from Georgetown University in 2007 with a mission: "to inspire healthier communities by connecting people to real food," according to the website of Sweetgreen, the healthy fast-casual restaurant concept they co-founded.

Looking for a local bank to provide support and partnership—a bank with high integrity and strong community ties—the three young entrepreneurs found EagleBank to be the perfect fit. Having EagleBank's headquarters in Maryland made for a close, personal connection with banking partners who understood both the local DC market and the needs of a new company with ambitious goals.

The founders of Sweetgreen believe in going beyond the transaction and creating a positive experience for every customer—much as the people at EagleBank believe in putting relationships first, listening and responding to each customer's unique situation and goals. In Sweetgreen's case, this alignment enabled the company to expand beyond its East Coast origins and open new stores across the country.

The challenge for Sweetgreen now is scaling up on a national level what is essentially a local concept: serving communities by connecting their residents with food from small and mid-size local growers. It's a challenge Nicolas, Jonathan, and Nathaniel welcome. With an entrepreneurial spirit in common, Sweetgreen will turn to EagleBank for continued support as it transforms from a healthy fast-casual eatery to a fully integrated food platform.

In EagleBank, the three friends behind Sweetgreen have found not only expert bankers with deep knowledge of the local market, but also a personal, meaningful relationship of incomparable value. ⌐



**Suzanne D. Hillman,** CEO, Southern Management Corporation



(L to R) **Nathaniel Ru, Jonathan Neman,** and **Nicolas Jammet,** Co-founders, Sweetgreen

SOUTHERN MANAGEMENT CORPORATION

# Local makes a critical difference.

### When a CEO and her banking partners speak the same language, everything is transformed.

Just ask Suzanne Hillman, CEO of Southern Management Corporation (SMC). SMC is the largest privately held residential property–management company in the Mid-Atlantic, with a portfolio of some 25,000 apartment homes, as well as office buildings and hotels and conference centers.

A native of the DC area with a background in accounting, finance, and real estate, Suzanne was aware of Ron Paul, EagleBank CEO and co-founder, before EagleBank existed. Both had an accounting and real estate background. Both served on the Board of Directors of the University of Maryland. "Ron has always been very involved in the community," Suzanne says. "And that's so important to our company too."

Despite this alignment, it was years after EagleBank was established that SMC finally became a customer. "We had long-term relationships with large national banks that became increasingly difficult to maintain," says Suzanne. When SMC needed a large line of credit, for example, those banking relationships began to fray. "Often, we would negotiate deal terms with our local bankers, only to have those terms altered or overruled by a bank's national headquarters."

Determined to find a local banking partner, SMC did some comparison shopping among several area banks. That's when EagleBank's local expertise became evident. Suzanne was impressed with her main contact at EagleBank, Tony Marquez, executive vice president and chief real estate lending officer.

"Tony knew the real estate business, he knew the local market, he knew our company and what we needed," Suzanne says. "We really speak the same language," she adds. So when SMC sought financing to develop The Hotel at the University of Maryland, Tony worked with the company to make it happen, despite the obstacles.

"Other banks we approached about the Hotel just didn't think it made sense," says Suzanne. College Park at that time was not seen as a location that could support the kind of high-end hotel SMC envisioned. "But Tony and Ron could see the potential. And when the deal came down to the wire, Ron gave me his word that he'd see it through," Suzanne says. And he did. "That's the critical difference a local banking relationship makes," she adds.

## "Tony and Ron could see the potential."

The Hotel helped spark a transformation of the area, where land values have tripled and many new businesses have moved in. And SMC, preparing for a new period of growth, is undertaking a transformation as well. "Our hotel division is growing; we're reorganizing our operations and expanding our C-suite team," Suzanne says. "We're getting ready for new projects and looking forward to working with EagleBank to make things happen. ⌐

IMPRESSIONS PEDIATRIC THERAPY

# A whole different feeling.

### For a local business just getting started, EagleBank answers the call.

Starting your own business is both exciting and daunting. But imagine finally getting your business plan set, and then the big bank you've been working with won't return your calls. Suddenly, starting up feels like starting over.

That's what happened to Monica and Gil Titus. A Howard University graduate with over 25 years of experience as an occupational therapist, Monica decided to start her own practice devoted to pediatric therapeutic services in a fun, family-friendly environment. With husband Gil as managing partner, she founded Impressions Pediatric Therapy in 2014. Without the help of that big bank.

Fortunately, the couple's realtor had a contact at EagleBank. He set up an appointment for the Tituses, who presented their business plan. Right away, Monica and Gil were surprised— in a good way.

"It was a whole different feeling at EagleBank. Much more personal," says Gil.

"They were so receptive to our needs," Monica says.

That initial meeting was only the beginning. Since helping Monica and Gil secure an SBA loan for their original Camp Springs location, EagleBank helped the growing company open a second location in National Harbor.

> ## "It was a whole different feeling at EagleBank. Much more personal."

"You don't sacrifice anything by using a local bank like EagleBank," says Gil. "They have the same tools as larger banks. But it's more a relationship than a transaction."

Now Impressions Pediatric Therapy is entering a new phase. Monica and Gil decided to purchase rather than rent their locations. EagleBank helped facilitate that transition. The Forestville location was purchased and renovations are currently underway, and with EagleBank's help, the Tituses will expand to their third location.

"EagleBank was there for us when other banks weren't," says Gil. In the years ahead, Monica and Gil plan to call on EagleBank often.

BORGER MANAGEMENT, INC.

# A relationship based on trust.

### A family business, a community bank, and a shared commitment.

When your company manages the places where people live and work, you have a vital connection to the life of the community. When that company was founded by your grandfather nearly 90 years ago, that community connection is even more deeply felt.

Meet G. Thomas (Tom) Borger, Chairman of Borger Management, Inc., a large DC-based firm that manages residential and commercial properties across the city and surrounding Maryland and Northern Virginia neighborhoods. Tom made his company one of EagleBank's first customers, having had a business relationship for years with Ron Paul, the new bank's CEO and co-founder.

"Our company is really all about serving the communities we operate in," says

Tom, "and I knew Ron would share that commitment."

As EagleBank has grown, it has been able to increase its product offerings and enhance services that a large firm like Borger relies on—without the red tape of a national bank.

> ## "They have the flexibility to be real problem solvers."

"In our business, response time is crucial," says Claudia Good, Borger's CFO. "We've found that takes a local bank that understands our business and needs. With that understanding comes the flexibility to be real problem solvers."

"EagleBank operates in the same communities as Borger Management, Inc.," adds Borger EVP Arianna Royster, "and going forward, automation and technology are going to be even more important for our business. EagleBank will help facilitate that."

"Technology is a big selling point for our tenants," says Claudia. "It means convenience for them, and reduced overhead for us. EagleBank has provided a seamless experience all around."

"It's been a long-standing relationship based on trust—on both sides," says Tom. "But what really sets EagleBank apart in my mind is the deep involvement in this community. The senior leadership is so far ahead in their presence here. They're a real force in this city."

(L to R) **Arianna Royster**, EVP; **G. Thomas (Tom) Borger**, Chairman; **Claudia Good**, CFO, Borger Management, Inc.

**Gil Titus**, Managing Partner, and **Monica Titus**, President & CEO, Impressions Pediatric Therapy

8

9

TELESIS CORPORATION

# Improving communities together.

## Telesis Corporation and EagleBank: the power of shared values.

If your company's logo is based on a Chinese character that means "good community," then working with a strong community bank just makes sense. So perhaps it was fate that brought Telesis Corporation and EagleBank together.

Founded in 1985, Telesis plans, finances, develops, and manages large-scale revitalization projects in cities around the country, principally in and around its home city of Washington, DC. And it operates as a certified B Corporation, a growing group of for-profit companies committed to using business to improve the quality of the environment, of communities, and of people's lives.

"We had a long-term banking relationship with [former EagleBank Vice Chairman] Bob Pincus," says Telesis President and founder Marilyn Melkonian. "When Bob joined EagleBank, he introduced us to [EagleBank CEO and co-founder] Ron Paul. What a smart, gifted banker," she says.

"Great leadership is the key to a great bank," Marilyn continues. "It's rare to find people who have the patience, knowledge, and desire to really understand our business. We switched our company accounts to EagleBank—and I bought shares in the bank, something I don't often do. But I believe in community banking as a two-way street."

As the two companies continue to grow, that street is looking more like an expressway. "EagleBank has become our one-stop shop for financing large projects," says Marilyn. "In 2018, the bank's FHA Multifamily Lending Group structured a bridge loan that allowed us to refinance existing debt on 300-plus units of affordable housing at Carver Terrace in Northeast [DC]," she says.

Marilyn looks forward to taking on more such projects with EagleBank. "There's flexibility and creativity in the relationship," she says, "as well as a sense of continuity in philosophy. We have shared values. We see our future more clearly because of EagleBank."

## "Great leadership is the key to a great bank."

**Marilyn Melkonian**, President & Founder, Telesis Corporation

---

AKRIDGE

# The value of relationships.

## For a major real estate developer, the people of EagleBank always come through.

Some business people focus only on the bottom line. Others see the value in personal relationships. Among those with the latter view is the senior leadership at Akridge, one of Washington, DC's most prominent commercial real estate investors and developers.

"We've been EagleBank customers for many years, as we have long-standing relationships with members of its executive team," says Brian Cass, SVP and CFO of Akridge.

Founder and Chairman John E. (Chip) Akridge III singled out Ron Paul (EagleBank co-founder and CEO) in particular. "It is unusual to find someone in a financial institution with such a strong understanding of the challenges real estate developers face," he says.

"EagleBank has always come through for us," Brian says. "They have become our go-to lender because they can often structure around our unique needs when other lenders cannot."

### "EagleBank is our go-to lender."

Besides EagleBank's flexibility, Chip and Brian appreciate their team's stability and the personal nature of the working relationship. "EagleBank's team is loyal to the bank and loyal to their customers," says Chip. "I prefer a more personal relationship instead of a strictly business relationship with someone who could be here today and gone tomorrow."

"I like being able to pick up the phone and call Matt Leydig [EagleBank SVP, Commercial Real Estate] whenever I have a question or a request," says Brian.

As EagleBank has grown, it has been able to finance larger Akridge projects, such as 1701 Rhode Island Avenue and 1101 Sixteenth Street, to name two recent examples. "We look forward to continuing to work with EagleBank to finance our developments," says Chip. "We're part of the same community, support the same charities, root for the same local teams. We have a meaningful relationship with the people of EagleBank."



**1101 Sixteenth Street**

---



**Ron Paul**, Chairman and CEO, EagleBank, at Meso Scale Headquarters

MESO SCALE DIAGNOSTICS, LLC

# Listen, understand, and grow.

## For a biotech firm, a business partnership comes to life.

The DC area is a major hub of global biotech research and development. The I-270 Technology Corridor in Montgomery County, MD, in particular is alive with companies of all sizes doing leading-edge work in life sciences and technology.

Meso Scale Diagnostics, LLC, (Meso Scale), is one of them. Founded in 1995, the Rockville, MD–based firm develops, manufactures, and markets instruments and assays for array-based biological measurements. Although a global company, Meso Scale is a believer in local banking.

"We are big supporters of community banks as essential drivers of the American economy," says Jacob Wohlstadter, CEO of Meso Scale. So when his team saw EagleBank's growing presence in the region, "We were intrigued. We reached out for a meeting with [EagleBank CEO] Ron Paul, and have been working with EagleBank ever since."

In EagleBank, Jacob says, his company found a great partner. "We were looking for a business partner willing to listen, understand our business, and grow with us. EagleBank's bespoke approach makes them a much more compelling partner than banks that might not be willing or able to spend the time to develop a personal relationship."

### "We look forward to expanding our relationship."

Jacob also appreciates EagleBank's responsiveness and real estate expertise. "In 2018, we had a unique opportunity to further expand our local operations," he says, "and EagleBank helped to ensure that we were able to complete the transaction under fairly stringent timing conditions."

As his company and its banking partner both continue to grow, Jacob says: "We look forward to expanding our relationship. EagleBank understands the needs of growing companies. Individual attention, deep local knowledge, a thoughtful approach, and the ability to work with us on our particular needs are what truly set EagleBank apart."

NTIVA

# Partners in growth.

## A local entrepreneur finds kindred spirits through an investment.

It seems some people are born entrepreneurs. Steven Freidkin, for example, founded his managed IT services company, Ntiva, when he was still in school.

Looking to grow some of his earnings, he invested in Fidelity & Trust Bank in 2004. "If I'm investing in them," Steven recalls thinking at the time, "I might as well bank with them, too." He did, and says he had nothing but "good experiences."

So when EagleBank acquired Fidelity & Trust in 2008, Steven remained with EagleBank as an investor, and for business and personal banking services.

The shares have done quite well, according to Steven. "But it's the service that's most important to me," he says. "With EagleBank, I could pick up the phone and talk to any senior-level executive anytime. They know their customers. They build relationships. And I like doing business with people I know," he adds.

Ntiva has grown from a company of one to more than 130 employees, providing tech support and cloud services to companies nationwide, although most are here in the DMV. Steven is looking to continue that growth.

"There are over 25,000 companies in this business," Steven says, "and we're in the top 50. But the pie is getting bigger, and pricing is getting squeezed." And with consolidation, he continues, "soon there will be only 5,000 companies in the field." To stay in the top 50, Ntiva is building organic sales and marketing efforts and seeking acquisition opportunities. And Steven knows EagleBank can help.

"They're large enough to get things done, but small enough to be flexible," he says, "not bureaucratic." Steven has also converted other businesses he's invested in into EagleBank customers. "I believe in partnering with other growing companies who can also help us grow," he says.

Spoken like a true entrepreneur. 🦅



**"I like doing business with people I know."**

Steven Freidkin, CEO, Ntiva



**Maura Harty**
CEO, ICMEC

INTERNATIONAL CENTRE FOR MISSING AND EXPLOITED CHILDREN

# Act globally, bank locally.

## Helping a small nonprofit with a big mission.

Former Ambassador Maura Harty had a problem. She didn't know the solution was right around the corner.

She had just taken up the position as CEO of the International Centre for Missing and Exploited Children (ICMEC), a nonprofit dedicated to eradicating child abduction, sexual abuse, and exploitation around the globe. Headquartered in Alexandria, VA, the organization had a banking "partner" that was acting like anything but.

"Our bank didn't seem to be paying us much attention," Maura recalls. "They couldn't even get our name right." She surmised that that's just how big banks treat little nonprofits, and noted, "We didn't know we could do better."

> ## "EagleBank has helped us be a better business."

Then she heard from John Vogt, an old friend from their student days at the Georgetown University School of Foreign Service. He had just been named SVP of Enterprise Banking at EagleBank. "John's an incredible networker," Maura says. "He really liked our mission and, well, he can be very persuasive." Maura asked him to have a conversation with her Chief Operating Officer, who would make the final decision. EagleBank has been ICMEC's bank ever since.

"They've introduced us to many high-quality partners," says Maura. "But, more than that, they took the time to get to know us. We're a small organization, but they never treated us that way. EagleBank has helped us be a better business. It's a strong collaboration."

"They're all such decent people—we just *like* them!" Maura says. "We're delighted to finally have a banking relationship that feels like a friendship." 🦅

# Six-Year Summary of Selected Financial Data

| | | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | Five-Year Compound Growth Rate |
|---|---|---|---|---|---|---|---|---|
| **BALANCE SHEET - PERIOD END** (dollars in thousands) | Securities | $ 784,139 | $ 589,268 | $ 538,108 | $ 504,772 | $ 404,903 | $ 389,405 | 15% |
| | Loans held for sale | 19,254 | 25,096 | 51,629 | 47,492 | 44,317 | 42,030 | -14% |
| | Loans | 6,991,447 | 6,411,528 | 5,677,893 | 4,998,368 | 4,312,399 | 2,945,158 | 19% |
| | Allowance for credit losses | 69,944 | 64,758 | 59,074 | 52,687 | 46,075 | 40,921 | 11% |
| | Intangible assets, net | 105,766 | 107,212 | 107,419 | 108,542 | 109,908 | 3,510 | 98% |
| | Total assets | 8,389,137 | 7,479,029 | 6,890,096 | 6,075,577 | 5,246,684 | 3,771,503 | 17% |
| | Deposits | 6,974,285 | 5,853,984 | 5,716,114 | 5,158,444 | 4,310,768 | 3,225,414 | 17% |
| | Borrowings | 247,709 | 618,466 | 285,390 | 141,284 | 279,224 | 119,771 | 16% |
| | Total liabilities | 7,280,196 | 6,528,591 | 6,047,297 | 5,336,976 | 4,625,925 | 3,377,640 | 17% |
| | Preferred shareholders' equity | - | - | - | - | 71,900 | 56,600 | -100% |
| | Common shareholders' equity | 1,108,941 | 950,438 | 842,799 | 738,601 | 548,859 | 337,263 | 27% |
| | Total shareholders' equity | 1,108,941 | 950,438 | 842,799 | 738,601 | 620,759 | 393,863 | 23% |
| | Tangible common equity [1] | 1,003,175 | 843,226 | 735,380 | 630,059 | 438,951 | 333,753 | 25% |
| **STATEMENT OF OPERATIONS** (dollars in thousands) | Interest income | $ 393,286 | $ 324,034 | $ 285,805 | $ 253,180 | $ 191,573 | $ 157,294 | 20% |
| | Interest expense | 76,293 | 40,147 | 27,640 | 19,238 | 13,095 | 12,504 | 44% |
| | Provision for credit losses | 8,660 | 8,971 | 11,331 | 14,638 | 10,879 | 9,602 | -2% |
| | Noninterest income | 22,586 | 29,372 | 27,284 | 26,628 | 18,345 | 24,716 | -2% |
| | Noninterest expense | 126,711 | 118,552 | 115,016 | 110,716 | 99,728 | 84,579 | 8% |
| | Income before taxes | 204,208 | 185,736 | 159,102 | 135,216 | 86,216 | 75,325 | 22% |
| | Income tax expense | 51,932 | 85,504 | 61,395 | 51,049 | 31,958 | 28,318 | 13% |
| | Net income | 152,276 | 100,232 | 97,707 | 84,167 | 54,258 | 47,007 | 27% |
| | Preferred dividends | - | - | - | 601 | 614 | 566 | -100% |
| | Net income available to common shareholders | 152,276 | 100,232 | 97,707 | 83,566 | 53,644 | 46,441 | 27% |
| | Total revenue | 339,579 | 313,259 | 285,449 | 260,570 | 196,823 | 169,506 | 15% |
| **PER COMMON SHARE DATA** | Net income, basic | $ 4.44 | $ 2.94 | $ 2.91 | $ 2.54 | $ 2.01 | $ 1.81 | 20% |
| | Net income, diluted | 4.42 | 2.92 | 2.86 | 2.50 | 1.95 | 1.76 | 20% |
| | Book value | 32.25 | 27.80 | 24.77 | 22.07 | 18.21 | 13.03 | 20% |
| | Tangible book value [2] | 29.17 | 24.67 | 21.61 | 18.83 | 14.56 | 12.89 | 18% |
| | Common shares outstanding | 34,387,919 | 34,185,163 | 34,023,850 | 33,467,893 | 30,139,396 | 25,885,863 | 6% |
| | Weighted average common shares outstanding, basic | 34,306,336 | 34,138,536 | 33,587,254 | 32,836,449 | 26,683,759 | 25,726,062 | 6% |
| | Weighted average common shares outstanding, diluted | 34,443,040 | 34,320,639 | 34,181,616 | 33,479,592 | 27,550,978 | 26,358,611 | 5% |
| **RATIOS** | Net interest margin | 4.10% | 4.15% | 4.16% | 4.33% | 4.44% | 4.30% | |
| | Efficiency ratio [3] | 37.31% | 37.84% | 40.29% | 42.49% | 50.67% | 49.90% | |
| | Return on average assets | 1.91% | 1.41% | 1.52% | 1.49% | 1.31% | 1.37% | |
| | Return on average common equity | 14.89% | 11.06% | 12.27% | 12.32% | 13.50% | 14.60% | |
| | Return on average tangible common equity [1] | 16.63% | 12.54% | 14.19% | 14.69% | 14.27% | 14.77% | |
| | CET1 capital (to risk weighted assets) [4] | 12.49% | 11.23% | 10.80% | 10.68% | - | - | |
| | Total capital (to risk weighted assets) | 16.08% | 15.02% | 14.89% | 12.75% | 12.97% | 13.01% | |
| | Tier 1 capital (to risk weighted assets) | 12.49% | 11.23% | 10.80% | 10.68% | 10.39% | 11.53% | |
| | Tier 1 capital (to average assets) | 12.10% | 11.45% | 10.72% | 10.90% | 10.69% | 10.93% | |
| | Tangible common equity ratio | 12.11% | 11.44% | 10.84% | 10.56% | 8.54% | 8.86% | |
| **ASSET QUALITY** (dollars in thousands) | Nonperforming assets and loans 90+ past due | $ 17,671 | $ 14,632 | $ 20,569 | $ 19,091 | $ 35,667 | $ 33,927 | |
| | Nonperforming assets and loans 90+ past due to total assets | 0.21% | 0.20% | 0.30% | 0.31% | 0.68% | 0.90% | |
| | Nonperforming loans to total loans | 0.23% | 0.21% | 0.31% | 0.26% | 0.52% | 0.84% | |
| | Allowance for credit losses to loans | 1.00% | 1.01% | 1.04% | 1.05% | 1.07% | 1.39% | |
| | Allowance for credit losses to nonperforming loans | 429.72% | 489.20% | 330.49% | 397.95% | 205.30% | 165.66% | |
| | Net charge-offs | $ 3,475 | $ 3,286 | $ 4,945 | $ 8,026 | $ 5,724 | $ 6,173 | |
| | Net charge-offs to average loans | 0.05% | 0.06% | 0.09% | 0.17% | 0.17% | 0.23% | |

The table title "YEARS ENDED DECEMBER 31" spans the six year columns.

[1] Tangible common equity, a non-GAAP financial measure, is defined as total common shareholders' equity reduced by goodwill and other intangible assets.
[2] Tangible book value per common share, a non-GAAP financial measure, is defined as tangible common shareholders' equity divided by total common shares outstanding.
[3] Computed by dividing noninterest expense by the sum of net interest income and noninterest income.
[4] Not applicable to fiscal years prior to 2015.

## Balanced Loan and Deposit Growth



Compound Annual
Growth Rate*
Total Loans: **19%**

Compound Annual
Growth Rate*
Total Deposits: **20%**

*CAGR excludes years with negative or zero values.

## Net Income Available to Common Shareholders for Years Ending



Compound Annual
Growth Rate*: **36%**

## Asset Quality



■ Total Loans ($)

■ Non Performing Assets
to Total Assets (%)

▲ Net Charge-Offs to
Average Loans (%)

## Earnings Per Diluted Share



Compound Annual
Growth Rate*: **23%**

## Capital Levels



Common
Shareholders' Equity

Total Regulatory Capital

**NOTES**
Regulatory Capital consists of Shareholders' Equity plus Allowance for Loan Losses plus Qualifying Debt (i.e. Subordinated Notes) less Intangibles.
2012 - Raised $45 million of Common Stock at an average price of $15.74 per share, as adjusted for a 10% stock dividend paid on the common stock on June 14, 2013.
2014 - Raised $70 million of Subordinated Notes due 2024 at 5.75%.
2015 - Raised $100 million of Common Stock at $35.50 per share.
2016 - Raised $150 million of Subordinated Notes due 2026 at 5.00%.

## Total Shareholder Return Performance



Compound Annual
Growth Rate*

◆ Eagle Bancorp, Inc. **25.0%**

● Nasdaq Composite Index **16.8%**

■ S&P 500 Index **13.1%**

▲ KBW Nasdaq Regional
Banking Index **6.5%**

# The best in the field.

Celebrating our outstanding employees, the people who make EagleBank work for you.



An annual report is a showcase of numbers. But banking—especially community banking—isn't really about numbers. It's about people. Our people helping people build the businesses that build up our community. And in the process, building a rewarding career for themselves, in a workplace where each person is respected, empowered, and encouraged to excel.

The EagleBank family takes a break for the camera during the employee picnic, held September 30, 2018, at Audi Field. Everyone enjoyed a day of fun, food, and games on the field, as well as in the EagleBank Club at the new home of D.C. United.

## Board of Directors

**Ronald D. Paul ***
Chairman, President & Chief Executive Officer of
Eagle Bancorp, Inc.
Chairman & Chief Executive Officer of EagleBank
President of RDP Management, Inc.

**Norman R. Pozez ***
Vice Chairman of Eagle Bancorp, Inc.
Vice Chairman of EagleBank
Chairman & Chief Executive Officer of Uniwest Companies

**Leslie M. Alperstein, Ph.D. ***
President of Washington Analysis, LLC

**Thomas E. Burdette, CPA ****
Founding Partner of Burdette Smith and Bish, LLC

**Joann Kay DiMeglio ****
Principal of JKD Management, LLC

**Dudley C. Dworken ***
Principal of Dworken Associates, LLC

**Steven L. Fanaroff ****
Managing Director of Fanaroff & Steppa, LLC
and Bedrock Asset Management

**Harvey M. Goodman ***
President of Goodman-Gable-Gould Adjusters International

**Lynn Hackney ****
Founder of Allyson Capital

**Benson Klein, Esquire ****
Counsel to Protas, Spivok & Collins, LLC

**Leslie Ludwig ****
Co-founder of L&L Advisors

**Kathy A. Raffa, CPA ***
Office Managing Partner of Marcum LLP's
Washington, DC, Region

**Susan G. Riel ***
Executive Vice President of Eagle Bancorp, Inc.
Senior Executive Vice President & Chief Operating Officer
of EagleBank

**Donald R. Rogers, Esquire ***
Principal of Shulman Rogers Gandal Pordy & Ecker, P.A.

**James A. Soltesz, PE ****
Chief Executive Officer of Soltesz, Inc.

**Benjamin M. Soto, Esquire ****
Principal of Premium Title & Escrow, LLC

**Leland M. Weinstein * ****
Chief Executive Officer of Newbridge-Turing, LLC

## Executive Officers

**Ronald D. Paul**
Chairman, President & Chief Executive Officer of
Eagle Bancorp, Inc.
Chairman & Chief Executive Officer of EagleBank

**Susan G. Riel**
Executive Vice President of Eagle Bancorp, Inc.
Senior Executive Vice President & Chief Operating Officer
of EagleBank

**Charles D. Levingston, CPA**
Executive Vice President & Chief Financial Officer
of Eagle Bancorp, Inc. and EagleBank

**Antonio F. Marquez**
Executive Vice President of Eagle Bancorp, Inc.
Executive Vice President & Chief Commercial Real Estate
Lending Officer of EagleBank

**Lindsey S. Rheaume**
Executive Vice President of Eagle Bancorp, Inc.
Executive Vice President & Chief Commercial & Industrial
Lending Officer of EagleBank

**Janice L. Williams, Esquire**
Executive Vice President of Eagle Bancorp, Inc.
Executive Vice President & Chief Credit Officer of EagleBank

## Annual Meeting

**Bethesda Marriott Hotel**
5151 Pooks Hill Road
Bethesda, MD 20814
Thursday, May 16, 2019, at 10:00 a.m.

## Form 10-K

The Company's Form 10-K may be obtained, free of charge,
by contacting:

**Jane E. Cornett**
Vice President & Corporate Secretary
Eagle Bancorp, Inc.
7830 Old Georgetown Road, Third Floor
Bethesda, MD 20814
240.497.2041
jcornett@EagleBankCorp.com

For more 2018 financial information about Eagle Bancorp, Inc.,
visit our Investor Relations page at www.EagleBankCorp.com.

*Director of EagleBank and Eagle Bancorp, Inc.
**Director of EagleBank only
***Lead Director of Eagle Bancorp, Inc.

## Stock Exchange Listing

Common shares of Eagle Bancorp are traded on the
Nasdaq Capital Market under the symbol EGBN.

**Transfer Agent and Registrar**
Computershare Trust Company, NA
P.O. Box 30170
College Station, TX 77842-3170
1.877.282.1168
www.computershare.com

## Corporate Offices

7830 Old Georgetown Road, Third Floor
Bethesda, MD 20814
301.986.1800

## Investor Relations

7830 Old Georgetown Road, Third Floor
Bethesda, MD 20814
240.497.2040
investorrelations@EagleBankCorp.com

## Counsel

**Buckley LLP**
1250 24th Street, NW
Suite 700
Washington, DC 20037

## Independent Registered Public Accounting Firm

**Dixon Hughes Goodman LLP**
809 Glen Eagles Court
Suite 200
Baltimore, MD 21286

EagleBank:
Member Federal Deposit Insurance Corporation
Equal Housing Lender
Member Federal Reserve System
Member Federal Home Loan Bank of Atlanta
Affirmative Action/Equal Opportunity Employer

©2019 Eagle Bancorp, Inc.

## Our Values: Relationships F-I-R-S-T

### Flexible

We begin our relationships based on our time-tested tradition of listening to our customer, collaborating with colleagues, and designing a comprehensive, creative solution that brings value to and appreciation from our customer. We enhance the relationship with empowered, "Yes, We Can" service and live up to our strong belief that formulas don't make good banking sense, relationships do. Being entrepreneurial—it is our differentiator.

### Involved

We build our relationships by developing a rapport that is based on partnership, mutual respect, and a desire to delight. We are unwavering in our commitment to the goals and growth of our customers, colleagues, and community through volunteerism. We believe that doing the little extras and staying involved with our customer demonstrates our difference.

### Responsive

We shape our relationships by taking ownership for being ever-responsive, from beginning to end, day in and day out. We understand that reliable, accurate, and time-sensitive communication is fundamental to preserving reputation and relationships, internally and externally.

### Strong

We strengthen our relationships each time we are called upon for our expertise and know-how. We are committed to enhancing our professional knowledge in order to remain credible, current, and strong partners with our customers, colleagues, and community. Our history of sustaining a well-capitalized and profitable position emphasizes our strength and reinforces our relationships.

### Trusted

We uphold our relationships with honesty, openness, and reliability. We can be counted on to do "the right thing." We understand that underlying a sound, long-lasting relationship is the essential element of trust. Trust can be lost in a moment, so we are vigilant in our actions and words.

# Our Mission

We have a mission to be the most respected and profitable community bank. To do this, we put relationships first to the delight of our customers, employees, and shareholders, and relentlessly deliver the most compelling service and value.

## Virginia

**Alexandria**
277 S. Washington Street
Alexandria, VA 22314
703.956.5075

**Ballston**
4420 N. Fairfax Drive
Arlington, VA 22203
571.319.4800

**Chantilly**
13986 Metrotech Drive
Chantilly, VA 20151
703.378.0010

**Dulles Town Center**
45745 Nokes Boulevard
Suite 150
Sterling, VA 20166
703.230.1515

**Fairfax**
11166 Fairfax Boulevard
Fairfax, VA 22030
703.359.4100

**Merrifield**
2905 District Avenue
Suite 190
Fairfax, VA 22031
571.319.4900

**Reston**
12011 Sunset Hills Road
Reston, VA 20190
571.319.4848

**Rosslyn**
1919 N. Lynn Street
Arlington, VA 22209
571.319.4855

**Tysons Corner**
8245 Boone Boulevard
Tysons Corner, VA 22182
703.752.9360

## Maryland

**Bethesda**
7815 Woodmont Avenue
Bethesda, MD 20814
240.497.2044

**Chevy Chase**
5480 Wisconsin Avenue
Suite 5476B
Chevy Chase, MD 20815
301.280.6800

**Park Potomac**
12505 Park Potomac Avenue
Potomac, MD 20854
301.444.4520

**Shady Grove**
9600 Blackwell Road
Rockville, MD 20850
301.762.3076

**Silver Spring**
8665-B Georgia Avenue
Silver Spring, MD 20910
301.588.6700

**Twinbrook**
12300 Twinbrook Parkway
Suite 100
Rockville, MD 20852
301.287.8500

## Washington, DC

**Dupont Circle**
1228 Connecticut Avenue, NW
Washington, DC 20036
202.466.3161

**Gallery Place**
700 7th Street, NW
Washington, DC 20001
202.628.7300

**Georgetown**
3143 N Street, NW
Washington, DC 20007
202.481.7025

**K Street**
2001 K Street, NW
Washington, DC 20006
202.296.6886

**McPherson Square**
1425 K Street, NW
Washington, DC 20005
202.408.8411

## Other Offices

**Premier Banking**
2001 K Street, NW
Suite 150
Washington, DC 20006
202.292.1630

**Commercial Lending**
7830 Old Georgetown Road
Bethesda, MD 20814
240.497.2075

2001 K Street, NW
Suite 150
Washington, DC 20006
202.292.1629

8245 Boone Boulevard
Suite 820
Tysons Corner, VA 22182
703.277.2200

**FHA Multifamily Lending**
7830 Old Georgetown Road
Bethesda, MD 20814
240.497.2075

**Residential Real
Estate Lending**
6010 Executive Boulevard
Suite 300
Rockville, MD 20852
301.738.7200

12011 Sunset Hills Road
Reston, VA 20190
703.230.1531

**Eagle Insurance
Services, LLC**
7830 Old Georgetown Road
Bethesda, MD 20814
240.497.2075

**Investment Advisory
Services**
7830 Old Georgetown Road
Bethesda, MD 20814
240.497.2075



EAGLE BANCORP, INC.

EagleBankCorp.com