# Exhibit 3

(excerpts from Eagle's
Commercial Lending Policy)



**POLICY**

| Department: | Lending |
|---|---|
| Policy #: | 50-035 |
| Policy Name: | Commercial Lending Policy |

## Table of Contents

**PURPOSE** ...................................................................................................................**3**

**SCOPE** ........................................................................................................................**3**

**POLICY STATEMENT** .................................................................................................**3**

**ROLES AND RESPONSIBILITIES**................................................................................**5**

**DEFINITIONS** ..............................................................................................................**6**

**LAWS, REGULATIONS AND/OR AUTHORITIES** .......................................................**7**

**POLICY REQUIREMENTS**...........................................................................................**7**

    **General Lending Policy and Lending Objectives** ...............................................**7**

    **General Lending Guidelines** ...............................................................................**10**

    **Desirable Loans**..................................................................................................**10**

    **Undesirable Loans**..............................................................................................**11**

    **Participation Loans and Purchasing Loans**......................................................**11**

    **EagleBank Participation with Eagle Commercial Ventures LLC and/or Eagle Bancorp, Inc.** ....................................................................................................................**13**

    **Eagle Commercial Ventures LLC Independent Loans** ......................................**14**

    **Highly Leveraged Transactions** .........................................................................**14**

    **Evaluation of Loan Requests** ............................................................................**15**

        Type of Borrower ..................................................................................................15

        Place of Business/Residence ...............................................................................15

        Industry/Employment ...........................................................................................15

        Management/Character ........................................................................................16

        Purpose of Financing ...........................................................................................16

        Standby Letters of Credit .....................................................................................16

        Commercial Letters of Credit ...............................................................................17

        Source and Timing of Repayment ........................................................................17

        Financial Condition ..............................................................................................17

        Debt Service Coverage, Debt to Worth and Debt to Income Guidelines..............18



## POLICY

Credit History ................................................................................................. 19
Collateral ....................................................................................................... 19
Guarantors and Endorsers ............................................................................ 20
Banking Relationship ..................................................................................... 20
**Authority to Lend** ............................................................................................**20**
Lending Authorities ........................................................................................ 20
Director's Loan Committee ............................................................................. 20
Secured Lending Definitions .......................................................................... 21
Classified Credits. ......................................................................................... 22
Letters of Credit ............................................................................................. 22
Overdraft Authority – See Overdraft Policy (Policy Number:  20-170) ........... 22
Directors and Executive Officers ................................................................... 22
Loan Renewals, Extensions & Modifications to Approved Terms ................... 23
**Loan Administration** ......................................................................................**25**
Application Requirements ............................................................................... 26
Loan Declinations – (See Compliance Policy – Policy Number: 50-054) ........ 26
Approval Requirements .................................................................................. 26
Financial Statement Submission .................................................................... 26
Customer Information Program ...................................................................... 27
Beneficial Ownership ..................................................................................... 28
Collateral ....................................................................................................... 28
Release of Collateral ..................................................................................... 31
Documentation ............................................................................................... 31
Disbursement of Loan Proceeds to Eagle Account ........................................ 33
Servicing, Monitoring and Reporting Procedures .......................................... 33
Credit Risk Rating .......................................................................................... 34
Grade Description .......................................................................................... 34
Maintenance of Records ................................................................................ 38
Loan Files ...................................................................................................... 38
Record Retention Schedule ........................................................................... 38
Maintenance of Credit Files ........................................................................... 39
Credit Services .............................................................................................. 39
Incoming Credit Inquiries to Loan Servicing .................................................. 40
**POLICY ADMINISTRATION**................................................................................**40**
**POLICY CHANGE HISTORY** .............................................................................**41**
**APPENDICES I through XXIX** ...........................................................................**43**



## POLICY

---

## PURPOSE

The Board of Directors of EagleBank support the extension of credit to professionals, small and medium sized businesses and individuals, located in the Washington, D.C. metropolitan MSA area, with a specific emphasis in Montgomery County, Prince George's County, District of Columbia and Northern Virginia, as a profitable employment of bank resources and as a community responsibility. Allocation of funds for such purposes shall be governed by the availability of funds, avoidance of undue strain on capital and assurance that loans plus commitments are kept in reasonable proportion to Bank resources and regulatory requirements. The Board of Directors recognizes that the lending of money bears elements of business risk and Relationship Managers are directed to hold such risks within prescribed ranges.

## SCOPE

Extension of credit serves to meet the economic needs of customers in our community, assisting them to achieve their goals and thereby contributes to the growth and prosperity of the community as a whole. The Bank's Relationship Managers' role, among others, is to originate loans with satisfactory credit quality, within policy, while meeting customer needs. Such activity is expected to assist in deposit growth and the expansion of other Bank services.

## POLICY STATEMENT

This policy is understood to cover all extensions of credit including loans, commitments to lend money, letters of credit, operating exposure related to treasury service products and services (ACH, Remote Deposit), contingent credit risk related to interest rate swaps and the handling of account overdrafts.

The policy and practices of the Bank must comply with all existing regulations and laws, including those pertaining to non discrimination for reasons of age, sex, marital status, race, color, handicap, religion or national origin.

It will be the policy of the Bank not to make extensions of credit to directors, executive officers and their interests on terms which are more favorable than those offered to the general public. When a director or officer has a credit relationship with the Bank their fiduciary duty to the Bank must take precedence over all other interests. It is incumbent upon the director or officer to notify the Bank of material adverse changes affecting them and not to enter into further transactions with the Bank unless these adverse changes have been disclosed and do not adversely affect the Bank's position. *Refer to 50-090 - Regulation O Insider Lending Policy*, *60-132 – Related Party Transactions Policy* and *60-165 – Business Conduct, Ethics and Conflicts of Interest Policy*.

# EAGLEBANK

## POLICY

It will be the Board of Directors' goal to refer sound business opportunities to the Bank from time to time. Director referrals encompass an implication that there is no knowledge of detrimental information, unless otherwise noted.

To assure that the extension of credit is conducted prudently; the Bank's Executive Officers as defined below are directed to ensure that specific steps are taken to govern the extension and collection of loans.

These steps are to include the following:

- Develop and distribute written loan practices and procedures setting forth specifics relating to the following:
  - Goals and objectives for the Bank's lending activities.
  - Guidelines on acceptable lending practices.
  - Delegation of lending authorities.
  - Loan Servicing procedures.
  - Legal and regulatory compliance factors within the lending function.
  - Guidelines on handling specific lending situations.

- Establish reporting procedures that will serve to monitor the production, administration and collection of loans.

- Institute a loan review procedure that will serve to supply reports on loan portfolio quality and trends, and alert management to any development of unreasonable loan risks.

- Report and track exceptions to lending policies.

- Establish procedures to assure that maximum efforts are made to collect loans, manage problem loans and recover on charged off loans.

- Establish procedures to identify and place any loan on a non accrual accounting basis when interest income is considered uncollectible, and for returning any loan to accrual status when warranted.

- Establish and maintain an adequate loan loss reserve, and charge-off loans deemed uncollectible.

The administration of the Bank's credit extension activities will be supervised by the Bank's Executive Officers. Assignment of individual and committee lending authorities will require approval of the Director's Loan Committee of the Bank.

The Board of Directors, by such directions as set forth above, does not waive its corporate responsibility for the sound management of bank resources. Accordingly, management's role in day to day operations in extension of credit is to reflect and remain in accord with the principles set forth in this statement of policy.

Extensions of credit must be supported by current credit files, with supportive financial data, evidence of investigative actions taken, and either an application from the



**POLICY**

borrower for consumer loans or a written loan request memorandum for non-consumer loans.  The application or memorandum should establish the loan's amount, purpose, repayment terms, source of repayment and security (if required) to be obtained.  Loan file memos must summarize the factors of credit supporting approval of requests.

The Relationship Manager handling a request for credit, both within and in excess of his or her authority, will be the designated officer of account during the tenure of each specific loan or credit facility, unless otherwise assigned.

# ROLES AND RESPONSIBILITIES

**Asset-Liability Committee** – Analyses total loans that will be targeted to ratios of managed liabilities and are established from time to time.

**Board of Directors** –Responsible for overseeing credit risk and ensuring the bank's stability and soundness through sound lending and credit policies that describe risk tolerances, and through the Board's delegation to Director's Loan Committee (defined below).

**Chief C&I Lender** – Evaluates Commercial & Industry (C&I) loans to business entities or individuals on both a secured and unsecured basis that are used to acquire or carry on a business or commercial enterprise.

**Chief CRE Lender** – Evaluates Commercial Real Estate (CRE) loans to business entities or individuals that are primarily secured by real property, and for which rents and/or sale of the property is the primary source of repayment.

**Chief Credit Officer** – Establishes credit policy, approves new loans, loan modifications, renewals and extensions and ensures that the loans meet standard lending policy requirements. Reviews and approves financial information of potential originating financial institutions related to loan participations and syndicated loan transactions.

**Director's Loan Committee** –The Committee has full power and authority to act on behalf of the Board to make all loans which can be lawfully made except certain loans to executive officers, directors, their spouses or their interests, which must come before the full Board; establish the Bank's lending limit within legal and regulatory guidelines; establish, modify and discharge staff level loan committees; and establish individual and committee lending authorities.

**Executive Officers** – Executive Officers comprise the CEO, COO, CCO, CRE CLO and C&I CLO.  The Executive Officers oversee the administration of the Bank's lending policies and activities.

**CRC Management Committee –** Reviews and monitors the Bank's overall credit quality; and reviews and monitors criticized loans within its delegated authority of loans rated Watch or below.  This is accomplished via the following:  Review of action plans for problem credits; Review of independent loan review reports; Review of periodic



## POLICY

loan/credit quality reports; and staying well-informed as to general economic factors and local competition.

**Management Loan Committees (MLC)** – The MLC committees are comprised of employees of the Bank without Directors that analyze and subsequently approve or reject any loan that the Relationship Manager does not have the authority to approve. The committees also ensure that all loans meet standard lending policies.

**Relationship Manager** – Handles a request for credit, both within and in excess of his/her authority, will be the designated officer of account during the tenure of each specific loan or credit facility, unless otherwise assigned.

**Senior Credit Officer** – Approves new loans, loan modifications, renewals and extensions and ensures that the loans meet standard lending policy requirements.

# DEFINITIONS

| | |
|---|---|
| ALCO | Asset-Liability Committee |
| CCO | Chief Credit Officer |
| CEO | Chief Executive Officer |
| CFO | Chief Financial Officer |
| C&I CLO | C&I Chief Lending Officer |
| CLTV | Combined Loan To Value Ratio |
| COO | Chief Operating Officer |
| CRC | CRC Management  Committee |
| CRE CLO | CRE Chief Lending Officer |
| DLC | Director's Loan Committee |
| ECV | Eagle Commercial Ventures LLC |
| LAO | Loan Administration Officer |
| LAS | Loan Accounting System |
| LS | Loan Servicing |
| MLC | Management Loan Committee |
| ME | Market Executive |
| RM | Relationship Manager |



## POLICY

maintenance and accrued interest during the process of liquidation.  Collateral values should be verified utilizing "expert sources" such as appraisers, appraisal guides, and brokerages, or by other means such as public quotes and invoices.

### Guarantors and Endorsers

Guarantors and endorsers also represent a secondary or tertiary source of repayment to add strength and make a loan bankable.  However, adding a guarantor or endorser rarely helps a loan that is weak due to inadequate cash flow or a poor credit history.  In general, guarantors or endorsers should be known to the Bank, be credit worthy and understand their obligation in the event of the borrower's default.  On loans to closely held corporations and partnerships, the guarantee of principal shareholders and general partners is normally prudent as a result of their significant control over company affairs. In cases where guarantees are limited or not required, there should be proven profit making ability and strong shareholder's equity, provided adequate protective covenants and controls are considered.  It is noted that guarantees by corporations are subject to legal defenses that might serve to negate the value of the guarantee and care must be taken to ensure that the corporate guarantor is not insolvent and that there is valid consideration for the guarantee.

### Banking Relationship

It is the Bank's goal to develop ongoing banking relationships with its customers. Consequently, in evaluating a loan request consideration shall be given to existing direct and related deposit balances, borrowings, products sold, and to any future potential to expand the relationship.  Such consideration however, should not be permitted to outweigh a request's basic lack of creditworthiness.  Consideration should also be given to the Bank's overall credit exposure to a given borrower and how this exposure relates to the borrower's financial position and resources.

### Authority to Lend

### Lending Authorities

Loan authorities for committees and individual lending officers are delineated in Appendix I.

### Director's Loan Committee

The Director's Loan Committee (DLC) has full power and authority to act on behalf of the Board to:

- Make all loans which can be lawfully made except certain loans to executive officers, directors, their spouses or their interests, which must come before the full Board;

- Establish the Bank's lending limit within legal and regulatory guidelines;

# EAGLEBANK
## POLICY

- Establish, modify and discharge staff level loan committees;
- Establish individual and committee lending authorities.

In establishing lending authorities, emphasis is placed upon instituting proper controls, assuring prompt response to loan requests and setting limits based upon skills, experience and judgment.  Each RM bears the responsibility to approve only those loan requests that fall within that RM's individual loan authority and to insure that such loans are in accordance with the policies, practices and procedures established by the Bank. Loan requests in excess of a RM's loan authority should be presented by the RM, along with a recommendation, to an Individual(s) or a Committee with sufficient authority to approve the request.  Such presentation should be clear, detailed and knowledgeable and based upon a sound and thorough credit analysis and investigation.

Lending authorities apply to the total indebtedness of, and open commitments to, a borrower with the Bank rather than to the amount of each separate loan request. Indebtedness includes direct and indirect liabilities as a guarantor or endorser. Exceptions to this limitation are as follows:

- Loans fully secured by EagleBank time deposits in accordance with established practices and procedures may be excluded for purposes of calculating total indebtedness for other loan requests and approved independently of other indebtedness up to the approving officer's or committee's authority.

- Loans fully secured by U.S. Government securities and readily marketable corporate stocks and bonds in accordance with established practices and procedures may be excluded for purposes of calculating total indebtedness for other loan requests and approved independently of other indebtedness up to the approving officer's authority.

## Secured Lending Definitions

Secured authorities apply when a loan is fully secured by one or more of the following types of collateral in accordance with established practices and procedures:

- EagleBank time deposits.
- Readily marketable corporate stocks and bonds with a maximum loan to value as established.
- U.S. Government and U.S. Government agency securities with a maximum loan to value as established.
- General obligations of the States of Maryland and Virginia with a maximum loan to value as established.
- Cash surrender value of life insurance.

# EAGLEBANK
## POLICY

- First deeds of trust on improved real estate with a maximum loan to value as established.

- Second Deeds of Trust, properly margined as detailed in EagleBank Loan Policy, so long as first deeds of trust do not exceed an amount which, when combined with proposed second deeds of trust, is in excess of approving entity's loan authority.

- First Deeds of Trust on recorded and/or entitled, residential building lots in situations where the near-term intent is to construct a primary or secondary residence.

- Purchase money capital equipment excluding office equipment.

- Motor vehicles financed with a maximum loan to value as established.

- Guarantied portions of loans guarantied by federal and state governmental agencies such as the SBA.

- Equipment and other assets when accompanied by a current orderly liquidation value appraisal acceptable to EagleBank.

- Directly assigned Federal Government Contracts and perfected under the Assignment of Claims Act or commercial accounts receivable which are collected though a controlled lockbox or cash collateral account.

## Classified Credits.

Credit facilities risk rated OAEM, Substandard and Doubtful are excluded from individual authorities with respect to additional approvals, renewals, extensions and modifications, and must be approved or ratified by the  CRC Management Committee or the CC O.  Loans risk rated Watch require the approval of the SME or ME and the C&I CLO or the CRE CLO, for additional extensions of credit, renewals, extensions and modifications.

## Letters of Credit

For purposes of lending authority letters of credit shall be considered as loans with the same limitations and requirements applicable.

## Overdraft Authority – See Overdraft Policy (Policy Number:  20-170)

## Directors and Executive Officers

Directors, named Executive Officers and their related interests (interests) are subject to Regulation O and SEC related party requirements.  Refer to the *50-090 – Regulation O Policy* and *60-132 – Related Party Transactions Policy* for specific approval requirements.  Loans to officers, employees, their spouses or their interests (unless such request exceeds prescribed authority) will be approved or declined in accord with



## POLICY

a separate set of procedures. All loans to directors, executive officers, their spouses or their interests will be in accordance with the requirements and restrictions of the Financial Institutions Regulatory and Interest Control Act (FIRA, Reg. O).

Loans to directors, executive officers, principal shareholders related interests and related parties of Eagle Bancorp are subject to Securities and Exchange regulations. Subsequent to approval, but prior to commitment and/or settlement, loan request memorandums excluding credit memorandums and financial attachments used in the approval of loans to directors, executive officers and principal shareholder and related parties of Eagle Bancorp will be submitted to the Audit Committee of the holding company for review of potential conflict of interest situations.

Loans extended to relatives and personal friends of lending officers require approval by a lending authority other than the effected lending officer to assure objectivity is maintained in the decision process and to prevent any potential conflict of interest.

The Pre-Closing Department will provide a second line comprehensive review of borrower organizational documents to ensure compliance including, but not limited to, FinCEN regulations regarding Beneficial Owners and Controlling Individuals, as well as Regulation O, Related Party Transactions and Business Conduct, Ethics and Conflicts of Interest policies and procedures. Pre-Closing procedures outline the series of steps for the CRE, C&I, SBL, Residential Mortgage and Consumer lending lines of business to verify the identity of Beneficial Owners, Controlling Individuals and any Insider affiliations (refer to ***827-1 - Pre-Closing Procedures***).

### Loan Renewals, Extensions & Modifications to Approved Terms

Loan Renewals, Extensions and Modifications, including changes in payment terms, interest rate or other significant changes in structure must be made within the original terms of an approval or be treated as new credit subject to re-approval by the appropriate lending authority. Exceptions to this requirement are as follows:

- Loan Renewals must be provided within appropriate lending authority guidelines as long as a full Loan Request Memorandum and analysis is completed (Credit Package). The Credit Package must include an analysis of current borrower and guarantor financial information, an updated Risk Rating Worksheet and Profit Stars report. The contents of the credit analyses must be sufficient to allow those with lending authority to render informed decisions regarding credit requests. For loans secured by real estate, the narrative must also include, but is not limited to, a detailed analysis of the collateral, current market conditions, bank concentration levels and a Multifamily Investment Real Estate Income Analysis where applicable.

- Loan Extensions, including the extension of an interest only period prior to conversion to term-out, can be granted as follows:

# EAGLEBANK
## POLICY

Bank has established certain guidelines pertaining to credit inquiries, credit investigations and credit reports.

### Incoming Credit Inquiries to Loan Servicing

Response to credit inquiries on borrowers will be handled by Credit Administration personnel or the officer of account. In every case, verification of the identity of the inquirer and purpose of inquiry should be obtained and the credit file should be documented regarding the inquiry.  Responses will only be given to written requests from mercantile or professional concerns that contemplate an extension of credit to the subject of the inquiry.  Information is to be limited to the bank's actual experience with the borrower and not data received from an outside source.  Information should speak strictly to the facts.  Opinions or ratings of a borrower should not be expressed. Information provided will generally be limited to the following:

- Date of loan;
- Original amount of loan;
- Present balance;
- Payment amount and repayment period;
- Manner of payment.

Handling of inquiries on commercial borrowers will be in accordance with the general principles of the Robert Morris Associates (RMA) Code of Ethics and include the following requirements and restrictions:

- Verification of purpose of inquiry and dollar amount of credit considered;
- Verification of identity of inquirer;
- Non disclosure of financial statement information due to confidentiality;
- Prompt and adequate disclosure of material facts commensurate with the purpose and amount of inquiry;
- Use of RMA general figure ranges (i.e., low four figures $1,000 to 1,999; high five figures $70,000 to 99,999);
- Documentation of inquiry for credit file.

Questionable inquiries or inquiries which will require a derogatory response should be referred to the officer of account of the subject of the inquiry for an appropriate response.

## POLICY ADMINISTRATION

This policy is reviewed and updated annually and approved in accordance with #60-100 Policy and Procedure Administration Policy.  Any exception to this policy must be reviewed and approved by the Board of Directors.  Any questions on this policy can be directed to the CCO or SCO.



**POLICY**

## POLICY CHANGE HISTORY

| Revision Date | Reason for Change | Author |
|---|---|---|
| 11/16 | Updated to reflect existing requirements used in practice. | L. Rheaume |
| 12/17 | Update to address new procedure protocols and provide guidance on letters of credit | L. Rheaume |
| 12/7/18 | • Relationship Manager is now a defined term and Team Leader was changed to Market Executive throughout the document.  Also change B2B to Small Business Lending.<br>• <u>Page 3:  Purpose Section</u> – added Prince George's County as an area of emphasis.<br>• <u>Page 3: Policy Statement</u> amended as follows:<br>  o Added operating exposure related to treasury service products and services (ACH, Remote Deposit) and contingent credit risk related to interest rate swaps.<br>  o Added language under non-accrual procedures for returning loans to accrual status commensurate with the changes made to *50-057 – Problem Loans Management Policy*.<br>  o Amended the language regarding the RMs ability to waive or modify loan terms or conditions to align with the Credit Approval Matrix in Appendix I.<br>• <u>Page 5:  Roles and Responsibilities</u> amended as follows:<br>  o Added Prince George's County as an area of emphasis.<br>  o Amended the definition of Chief Credit Officer to delete the language regarding the approval of an annual list of originating banks for participations and syndications.<br>  o Added a definition for Credit Review Committee.<br>  o Added a definition for Management Credit Review Committee.<br>  o Added a definition for Senior Credit Officer.<br>  o Amended the definition of Relationship Manager to remove the language regarding modifications to terms and conditions.  This language was duplicative – already in the Policy Statement section.<br>• <u>Page 6: Definitions</u> – updated to reflect current acronyms/abbreviations.<br>• <u>Page 7: Laws, Regulations and/or Authorities</u> – updated to add laws and regulations regarding interest rate swap products commensurate with *50-047 - Commercial Interest Rate Swap Policy*.<br>• <u>Policy Requirements</u> – General Lending Policy and Policy Objectives – amended as follows:<br>  o Page 9: Added language regarding interest rate swaps and compliance with *50-047 – Commercial Interest Rate Swap Policy*.<br>  o Page 11: Amended the language regarding loan amortization to recommend 25 years, but in no event to exceed 30 years.<br>  o Page 13: Deleted the reference to an approved list of originating financial institutions (related to participations and syndications).<br>  o Page 14: The CCO (previously the CRE CLO) must be consulted with respect to any EB transactions with Eagle Commercial Ventures and/or Eagle Bancorp, Inc.<br>• Evaluation of Loan Request – amended as follows:<br>  o Page 15: Under Type of Borrower updated the appropriate documents. | |

**EAGLEBANK**

## POLICY

- - Page 16: Under Management Character, added management succession.
  - Page 17: Added the following to Standby Letters of Credit:
    - Evergreen standby letters of credit are subject to annual renewal prior to the expiration of the beneficiary notice period.
    - The bank should receive an annual fee, paid in advance upon annual renewal, equivalent to a percentage of the face value of the standby letter of credit.
    - Added a definition for Financial Standby Letters of Credit and provided and example.
    - Provided an example of a Performance Standby Letter of Credit.
  - Page 27: Added a new section for Commercial Letters of Credit.
- Financial Condition – amended as follows:
  - Page 18: Under Debt Service Coverage, etc. amended the language regarding loan amortization to recommend 25 years, but in no event to exceed 30 years.
- Secured Lending Definitions – amended as follows:
  - Page 22: Classified Credits – removed the dollar threshold and updated the approval authorities.
  - Page 23: Letters of Credit – removed language "and commitments to lend, either verbal or written."
  - Page 23:  Added Pre-Closing paragraph to the Directors and Officers section.
  - Page 24:  Loan Renewals & Modifications to Approved Terms – clarified the maximum extension timeframe of 180 days under combined authority, and approval authority requirements for extensions beyond 180 days.
- Approval Requirements – amended as follows:
  - Page 25: Removed the language regarding consumer loans.
  - Page 25: Financial Statement Submission – added updated financial statement submission requirements.
  - Page 30: Removed the Borrowing Entity Documentation section as it is covered in the Type of Borrower Section.
- Customer Information Program – amended as follows:
  - Page 26:  Added Beneficial Ownership section.
- Collateral – amended as follows:
  - Page 28:  Added the requirements for general liability and property and casualty insurance.
- Disbursement of Loans – amended as follows:
  - Page 32:  Deleted the reports section.  This was really procedural and not policy.
  - Page 33:  Credit Risk Rating – removed the dollar thresholds in the first paragraph.

| | | |
|---|---|---|
| 05/2019 | • Policy Statement – added references to 50-090 - Regulation O Insider Lending Policy, 60-132 – Related Party Transactions Policy and 60-165 – Business Conduct, Ethics and Conflicts of Interest Policy; moved the paragraph regarding loan waiver conditions to the Loan Renewal, Extension and Modification section of the document; and other minor clarification/changes. | |



**POLICY**

| | | |
|---|---|---|
| | • Roles and Responsibilities – amended the definition of Board of Directors; removed the definition of Credit Review Committee; and changed the name of Management Credit Review Committee to Credit Risk Committee.<br>• Definitions – Added a definition for Credit Risk Committee; Removed the definition of Management Credit Review Committee; and added definitions for CRE & C&I Senior Market Executive and Market Executive.<br>• Directors Loan Committee – Removed the paragraph regarding the ability of RMs to make vehicle loans up to $75,000.<br>• Loan Renewals, Extensions & Modifications -- Amended the entire section to clarify the requirements for renewals, extensions and modifications.<br>• Policy Administration – changed the contact for Policy questions from the Chief C&I Lending Officer to the CCO or the SCO.<br>• Other minor formatting and language clarifications. | |
| 09/2019 | • Added the CRE CLO and C&I CLO as approval authorities for waiving Confessed Judgment. | J. Fellerman |

## APPENDICES I through XXIX

The various lending policies, including this one, reference Appendices I through XXIX which can be found on the P: drive or EagleNet.