# Exhibit 4

(excerpted historical Eagle
stock prices, 3/2/15 – 3/4/20)



EGBN 30.22 0.05 0.17% Eagle Bancorp, Inc. - Yahoo Finance

| Finance Home | Coronavirus | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets | News | ••• | 🔒 Premium - Try it free |

---

## Eagle Bancorp, Inc. (EGBN)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist    👥 Visitors trend 2W ↓ 10W ↑ 9M ↑

### 30.21 +0.05 (+0.17%)
At close: 4:00PM EDT

[ Buy ]   [ Sell ]

| Summary | Company Outlook 🔒 | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability |

### This ad has been hidden
You can give additional feedback on this ad to improve your future experience.

Give feedback

**Time Period:** Mar 01, 2015 - Mar 04, 2020 ⌄    **Show:** Historical Prices ⌄    **Frequency:** Daily ⌄    [ Apply ]



Currency in USD      ⬇ Download Data

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Mar 04, 2020 | 39.63 | 40.35 | 38.84 | 40.25 | 40.25 | 214,800 |
| Mar 03, 2020 | 39.47 | 39.87 | 38.75 | 39.31 | 39.31 | 344,000 |
| Mar 02, 2020 | 37.41 | 39.78 | 37.41 | 39.72 | 39.72 | 297,700 |
| Feb 28, 2020 | 38.76 | 39.15 | 36.90 | 37.42 | 37.42 | 286,800 |
| Feb 27, 2020 | 42.23 | 42.30 | 39.79 | 39.83 | 39.83 | 253,900 |
| Feb 26, 2020 | 44.35 | 44.72 | 42.79 | 42.95 | 42.95 | 213,700 |
| Feb 25, 2020 | 45.08 | 45.08 | 43.98 | 44.22 | 44.22 | 319,800 |
| Feb 24, 2020 | 44.45 | 45.28 | 44.30 | 45.05 | 45.05 | 247,500 |
| Feb 21, 2020 | 44.24 | 45.45 | 43.89 | 45.41 | 45.41 | 311,700 |
| Feb 20, 2020 | 44.04 | 44.72 | 44.04 | 44.36 | 44.36 | 79,000 |
| Feb 19, 2020 | 44.45 | 44.68 | 44.00 | 44.15 | 44.15 | 90,000 |
| Feb 18, 2020 | 44.16 | 44.59 | 43.87 | 44.43 | 44.43 | 165,500 |
| Feb 14, 2020 | 44.52 | 44.67 | 44.39 | 44.48 | 44.48 | 105,500 |
| Feb 13, 2020 | 44.16 | 44.80 | 44.11 | 44.65 | 44.65 | 94,100 |
| Feb 12, 2020 | 44.83 | 45.01 | 44.49 | 44.60 | 44.60 | 89,400 |
| Feb 11, 2020 | 44.70 | 45.09 | 44.42 | 44.48 | 44.48 | 142,200 |
| Feb 10, 2020 | 44.17 | 44.68 | 44.04 | 44.60 | 44.60 | 129,000 |
| Feb 07, 2020 | 44.50 | 44.84 | 44.30 | 44.39 | 44.39 | 137,800 |
| Feb 06, 2020 | 45.24 | 45.34 | 44.80 | 44.81 | 44.81 | 128,000 |
| Feb 05, 2020 | 45.16 | 45.33 | 44.65 | 45.02 | 45.02 | 198,800 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.



The man who bought Apple at $1.50, Amazon at $56, Netflix at $11, and McDonald's at $15 urges retirees to buy a surprising stock today
MONIVATION     Learn More ❯



### People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **EFSC** Enterprise Financial Services C | 27.91 | +0.82 | +3.03% |
| **SASR** Sandy Spring Bancorp, Inc. | 22.64 | +0.22 | +0.98% |
| **FBNC** First Bancorp | 23.08 | +0.69 | +3.08% |
| **EBTC** Enterprise Bancorp Inc | 26.99 | +1.84 | +7.32% |
| **CHCO** City Holding Company | 66.53 | +0.73 | +1.11% |

### Earnings ❯
○ Consensus EPS

| Q1 2019 | Q2 2019 | Q3 2019 | Q4 2019 | Q1 2020 |
|---|---|---|---|---|
| Missed by $0.14 | Missed by $0.04 | Met $1.07 | Missed by $0.01 | — Apr 15 |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Aug 28, 2019 | 38.87 | 40.18 | 38.87 | 39.83 | 39.44 | 326,300 |
| Aug 27, 2019 | 40.09 | 40.17 | 39.07 | 39.11 | 38.73 | 183,500 |
| Aug 26, 2019 | 39.78 | 40.11 | 39.43 | 40.05 | 39.66 | 170,600 |
| Aug 23, 2019 | 40.34 | 40.79 | 39.36 | 39.50 | 39.11 | 289,000 |
| Aug 22, 2019 | 40.54 | 40.90 | 40.21 | 40.50 | 40.10 | 193,500 |
| Aug 21, 2019 | 40.49 | 40.75 | 40.21 | 40.49 | 40.09 | 178,600 |
| Aug 20, 2019 | 40.12 | 40.64 | 40.00 | 40.22 | 39.83 | 233,200 |
| Aug 19, 2019 | 40.38 | 40.61 | 40.09 | 40.42 | 40.02 | 284,500 |
| Aug 16, 2019 | 39.09 | 40.12 | 39.09 | 39.93 | 39.54 | 511,400 |
| Aug 15, 2019 | 39.46 | 39.75 | 38.65 | 38.69 | 38.31 | 292,500 |
| Aug 14, 2019 | 39.00 | 39.69 | 39.00 | 39.33 | 38.94 | 321,900 |
| Aug 13, 2019 | 39.51 | 40.47 | 39.51 | 39.67 | 39.28 | 168,900 |
| Aug 12, 2019 | 39.47 | 39.81 | 39.25 | 39.51 | 39.12 | 169,600 |
| Aug 09, 2019 | 39.32 | 40.17 | 39.06 | 39.90 | 39.51 | 415,900 |
| Aug 08, 2019 | 38.20 | 39.01 | 38.20 | 38.98 | 38.60 | 372,000 |
| Aug 07, 2019 | 37.51 | 38.02 | 37.08 | 37.94 | 37.57 | 304,400 |
| Aug 06, 2019 | 38.08 | 38.34 | 37.16 | 38.03 | 37.66 | 356,000 |
| Aug 05, 2019 | 38.21 | 38.39 | 37.45 | 37.93 | 37.56 | 259,800 |
| Aug 02, 2019 | 38.51 | 39.12 | 37.75 | 38.85 | 38.47 | 322,200 |
| Aug 01, 2019 | 40.04 | 40.80 | 38.46 | 38.62 | 38.24 | 283,400 |
| Jul 31, 2019 | 39.71 | 40.71 | 39.71 | 40.31 | 39.91 | 532,000 |
| Jul 30, 2019 | 40.16 | 40.34 | 39.52 | 39.79 | 39.40 | 568,200 |
| Jul 29, 2019 | 40.66 | 41.00 | 39.42 | 39.63 | 39.24 | 312,200 |
| Jul 26, 2019 | 40.73 | 40.92 | 40.37 | 40.72 | 40.32 | 445,200 |
| Jul 25, 2019 | 41.04 | 41.48 | 40.11 | 40.30 | 39.90 | 454,000 |
| Jul 24, 2019 | 40.15 | 41.33 | 40.09 | 40.83 | 40.43 | 443,600 |
| Jul 23, 2019 | 39.99 | 40.39 | 39.47 | 40.07 | 39.68 | 450,700 |
| Jul 22, 2019 | 39.35 | 40.16 | 38.92 | 39.89 | 39.50 | 537,100 |
| Jul 19, 2019 | 40.00 | 40.72 | 39.35 | 39.63 | 39.24 | 1,372,100 |
| Jul 18, 2019 | 51.56 | 52.75 | 38.67 | 39.15 | 38.77 | 3,576,700 |
| Jul 17, 2019 | 54.07 | 54.35 | 53.43 | 53.45 | 52.93 | 130,800 |
| Jul 16, 2019 | 54.41 | 54.70 | 53.80 | 54.47 | 53.94 | 146,900 |
| Jul 15, 2019 | 55.50 | 55.50 | 53.77 | 53.89 | 53.36 | 71,200 |
| Jul 12, 2019 | 54.55 | 55.65 | 53.88 | 55.37 | 54.83 | 110,800 |
| Jul 11, 2019 | 54.14 | 54.79 | 54.04 | 54.41 | 53.88 | 148,200 |
| Jul 10, 2019 | 54.28 | 54.67 | 53.85 | 54.19 | 53.66 | 143,900 |
| Jul 09, 2019 | 53.99 | 54.54 | 53.90 | 54.25 | 53.72 | 112,300 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

Finance Home   Coronavirus   Watchlists   My Portfolio   Screeners   Premium 🔒   Markets   News   ···   🔒 Premium - Try it free

| Jul 08, 2019 | 54.80 | 54.99 | 54.07 | 54.13 | 53.60 | 112,200 |
|---|---|---|---|---|---|---|
| Jul 05, 2019 | 54.43 | 55.28 | 54.36 | 55.12 | 54.58 | 111,100 |
| Jul 03, 2019 | 54.09 | 54.50 | 53.83 | 54.23 | 53.70 | 67,600 |
| Jul 02, 2019 | 54.67 | 55.00 | 53.58 | 53.98 | 53.45 | 89,500 |
| Jul 01, 2019 | 54.77 | 55.07 | 54.17 | 54.95 | 54.41 | 174,500 |
| Jun 28, 2019 | 54.72 | 55.15 | 53.83 | 54.13 | 53.60 | 1,260,300 |
| Jun 27, 2019 | 53.32 | 54.26 | 53.32 | 54.22 | 53.69 | 137,000 |
| Jun 26, 2019 | 52.89 | 53.77 | 52.86 | 53.28 | 52.76 | 109,400 |
| Jun 25, 2019 | 53.22 | 53.25 | 52.11 | 52.66 | 52.14 | 204,200 |
| Jun 24, 2019 | 53.55 | 53.95 | 52.76 | 53.03 | 52.51 | 190,100 |
| Jun 21, 2019 | 53.77 | 54.25 | 50.89 | 53.50 | 52.98 | 313,800 |
| Jun 20, 2019 | 55.06 | 55.06 | 53.46 | 54.10 | 53.57 | 113,000 |
| Jun 19, 2019 | 55.31 | 55.78 | 54.40 | 54.58 | 54.04 | 109,700 |
| Jun 18, 2019 | 54.73 | 55.94 | 54.73 | 55.20 | 54.66 | 141,000 |
| Jun 17, 2019 | 55.27 | 55.42 | 54.55 | 54.67 | 54.13 | 111,000 |
| Jun 14, 2019 | 55.41 | 55.65 | 54.74 | 55.24 | 54.70 | 78,100 |
| Jun 13, 2019 | 55.24 | 55.93 | 55.13 | 55.28 | 54.74 | 162,100 |
| Jun 12, 2019 | 54.89 | 55.24 | 54.73 | 54.95 | 54.41 | 71,700 |
| Jun 11, 2019 | 55.11 | 55.87 | 54.49 | 54.91 | 54.37 | 79,900 |
| Jun 10, 2019 | 54.24 | 55.35 | 54.24 | 54.87 | 54.33 | 129,000 |
| Jun 07, 2019 | 54.18 | 54.32 | 53.57 | 53.86 | 53.33 | 89,200 |
| Jun 06, 2019 | 54.64 | 54.96 | 53.67 | 54.22 | 53.69 | 79,100 |
| Jun 05, 2019 | 54.95 | 55.21 | 53.74 | 54.82 | 54.28 | 70,600 |
| Jun 04, 2019 | 53.87 | 55.04 | 53.76 | 55.03 | 54.49 | 91,700 |
| Jun 03, 2019 | 53.09 | 53.91 | 52.50 | 53.22 | 52.70 | 124,200 |
| May 31, 2019 | 53.89 | 53.90 | 52.90 | 53.08 | 52.56 | 98,700 |
| May 30, 2019 | 55.55 | 55.92 | 53.83 | 54.49 | 53.96 | 93,900 |
| May 30, 2019 | | | **0.22** Dividend | | | |
| May 29, 2019 | 55.13 | 55.79 | 54.79 | 55.60 | 54.84 | 84,400 |
| May 28, 2019 | 55.79 | 55.85 | 55.05 | 55.48 | 54.72 | 123,800 |
| May 24, 2019 | 55.44 | 55.97 | 55.44 | 55.86 | 55.09 | 92,200 |
| May 23, 2019 | 54.82 | 55.41 | 54.50 | 55.06 | 54.30 | 278,600 |
| May 22, 2019 | 55.40 | 55.51 | 54.68 | 55.32 | 54.56 | 117,900 |
| May 21, 2019 | 55.32 | 55.77 | 55.03 | 55.62 | 54.86 | 103,200 |
| May 20, 2019 | 54.24 | 55.16 | 54.24 | 55.04 | 54.28 | 318,000 |
| May 17, 2019 | 55.29 | 55.60 | 54.15 | 54.25 | 53.51 | 259,800 |
| May 16, 2019 | 55.64 | 56.17 | 55.47 | 55.73 | 54.97 | 58,600 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

EGBN 30.20000677% : Eagle Bancorp, Inc. - Yahoo Finance

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 15, 2019 | 55.33 | 55.49 | 54.43 | 55.21 | 54.45 | 74,000 |
| May 14, 2019 | 55.39 | 56.18 | 55.16 | 55.79 | 55.02 | 101,000 |
| May 13, 2019 | 55.55 | 55.90 | 54.65 | 55.35 | 54.59 | 248,500 |
| May 10, 2019 | 56.35 | 56.88 | 55.88 | 56.65 | 55.87 | 105,300 |
| May 09, 2019 | 55.75 | 56.62 | 55.29 | 56.57 | 55.79 | 104,500 |
| May 08, 2019 | 56.39 | 56.95 | 56.13 | 56.25 | 55.48 | 173,600 |
| May 07, 2019 | 56.68 | 56.91 | 56.10 | 56.37 | 55.60 | 151,700 |
| May 06, 2019 | 54.89 | 57.38 | 54.79 | 57.18 | 56.40 | 259,000 |
| May 03, 2019 | 54.89 | 55.91 | 54.86 | 55.79 | 55.02 | 112,600 |
| May 02, 2019 | 54.40 | 55.10 | 53.93 | 54.61 | 53.86 | 120,100 |
| May 01, 2019 | 55.39 | 55.93 | 54.18 | 54.26 | 53.52 | 310,000 |
| Apr 30, 2019 | 55.72 | 55.91 | 54.98 | 55.26 | 54.50 | 143,400 |
| Apr 29, 2019 | 55.35 | 56.25 | 55.35 | 55.55 | 54.79 | 73,300 |
| Apr 26, 2019 | 54.88 | 55.33 | 54.48 | 55.13 | 54.37 | 93,200 |
| Apr 25, 2019 | 54.27 | 55.00 | 53.71 | 54.84 | 54.09 | 127,900 |
| Apr 24, 2019 | 54.27 | 54.59 | 53.79 | 54.32 | 53.57 | 161,600 |
| Apr 23, 2019 | 53.99 | 55.14 | 53.54 | 54.22 | 53.48 | 195,800 |
| Apr 22, 2019 | 53.95 | 54.50 | 53.27 | 53.67 | 52.93 | 191,800 |
| Apr 18, 2019 | 53.27 | 55.58 | 52.95 | 54.45 | 53.70 | 282,500 |
| Apr 17, 2019 | 55.47 | 55.67 | 54.84 | 55.21 | 54.45 | 151,000 |
| Apr 16, 2019 | 54.21 | 55.31 | 53.93 | 55.20 | 54.44 | 132,100 |
| Apr 15, 2019 | 54.76 | 55.01 | 54.00 | 54.09 | 53.35 | 130,300 |
| Apr 12, 2019 | 54.10 | 54.72 | 53.51 | 54.71 | 53.96 | 88,700 |
| Apr 11, 2019 | 53.15 | 53.97 | 53.15 | 53.55 | 52.81 | 64,300 |
| Apr 10, 2019 | 52.65 | 53.42 | 51.97 | 53.30 | 52.57 | 115,700 |
| Apr 09, 2019 | 53.14 | 53.43 | 52.44 | 52.55 | 51.83 | 140,200 |
| Apr 08, 2019 | 53.05 | 53.60 | 52.72 | 53.35 | 52.62 | 156,700 |
| Apr 05, 2019 | 52.73 | 53.38 | 52.36 | 53.28 | 52.55 | 106,000 |
| Apr 04, 2019 | 51.41 | 52.98 | 51.41 | 52.72 | 52.00 | 152,800 |
| Apr 03, 2019 | 51.80 | 51.90 | 51.13 | 51.45 | 50.74 | 100,800 |
| Apr 02, 2019 | 51.50 | 51.73 | 51.06 | 51.16 | 50.46 | 90,400 |
| Apr 01, 2019 | 50.71 | 52.03 | 50.60 | 51.62 | 50.91 | 156,800 |
| Mar 29, 2019 | 51.29 | 51.29 | 49.97 | 50.20 | 49.51 | 179,800 |
| Mar 28, 2019 | 50.46 | 51.26 | 50.01 | 50.80 | 50.10 | 179,900 |
| Mar 27, 2019 | 49.30 | 50.62 | 48.63 | 50.45 | 49.76 | 311,700 |
| Mar 26, 2019 | 48.94 | 49.94 | 48.77 | 49.42 | 48.74 | 564,100 |
| Mar 25, 2019 | 49.38 | 49.58 | 48.06 | 48.64 | 47.97 | 519,100 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

EGBN 30.20 0.08 0.17% : Eagle Bancorp, Inc. - Yahoo Finance

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Mar 22, 2019 | 51.62 | 51.77 | 49.19 | 49.28 | 48.60 | 382,100 |
| Mar 21, 2019 | 52.34 | 52.85 | 50.92 | 52.14 | 51.42 | 522,100 |
| Mar 20, 2019 | 54.35 | 54.45 | 52.60 | 52.64 | 51.92 | 189,500 |
| Mar 19, 2019 | 56.38 | 56.38 | 54.10 | 54.37 | 53.62 | 266,400 |
| Mar 18, 2019 | 55.62 | 56.28 | 55.53 | 56.04 | 55.27 | 419,200 |
| Mar 15, 2019 | 55.76 | 56.33 | 55.34 | 55.42 | 54.66 | 379,200 |
| Mar 14, 2019 | 55.98 | 56.16 | 55.68 | 55.84 | 55.07 | 100,400 |
| Mar 13, 2019 | 56.06 | 56.48 | 55.83 | 55.96 | 55.19 | 171,100 |
| Mar 12, 2019 | 56.06 | 56.20 | 55.45 | 55.78 | 55.01 | 147,400 |
| Mar 11, 2019 | 56.07 | 56.12 | 55.52 | 55.97 | 55.20 | 159,100 |
| Mar 08, 2019 | 55.37 | 56.17 | 55.37 | 55.74 | 54.97 | 100,700 |
| Mar 07, 2019 | 56.27 | 56.74 | 55.30 | 55.67 | 54.91 | 87,400 |
| Mar 06, 2019 | 58.25 | 58.35 | 56.23 | 56.42 | 55.65 | 217,600 |
| Mar 05, 2019 | 59.01 | 59.01 | 57.93 | 58.54 | 57.74 | 145,200 |
| Mar 04, 2019 | 59.10 | 59.52 | 58.35 | 58.90 | 58.09 | 187,600 |
| Mar 01, 2019 | 59.63 | 59.79 | 58.75 | 59.16 | 58.35 | 213,700 |
| Feb 28, 2019 | 58.96 | 59.86 | 58.44 | 59.19 | 58.38 | 183,000 |
| Feb 27, 2019 | 58.78 | 59.05 | 58.45 | 58.96 | 58.15 | 276,400 |
| Feb 26, 2019 | 59.58 | 59.81 | 58.64 | 58.69 | 57.88 | 198,800 |
| Feb 25, 2019 | 60.30 | 60.77 | 59.65 | 59.72 | 58.90 | 133,100 |
| Feb 22, 2019 | 60.00 | 60.11 | 59.53 | 59.93 | 59.11 | 145,000 |
| Feb 21, 2019 | 60.00 | 60.11 | 59.50 | 60.01 | 59.19 | 264,000 |
| Feb 20, 2019 | 58.40 | 60.15 | 57.94 | 60.06 | 59.24 | 362,400 |
| Feb 19, 2019 | 57.55 | 58.87 | 57.40 | 58.36 | 57.56 | 197,000 |
| Feb 15, 2019 | 56.45 | 57.94 | 56.45 | 57.88 | 57.09 | 506,100 |
| Feb 14, 2019 | 55.56 | 56.24 | 54.93 | 56.13 | 55.36 | 183,600 |
| Feb 13, 2019 | 56.25 | 56.60 | 55.53 | 55.82 | 55.05 | 138,300 |
| Feb 12, 2019 | 56.09 | 56.63 | 55.88 | 56.09 | 55.32 | 166,300 |
| Feb 11, 2019 | 54.67 | 55.83 | 54.23 | 55.76 | 54.99 | 206,800 |
| Feb 08, 2019 | 54.92 | 55.44 | 54.24 | 54.45 | 53.70 | 80,200 |
| Feb 07, 2019 | 55.11 | 55.83 | 54.81 | 55.18 | 54.42 | 201,300 |
| Feb 06, 2019 | 54.77 | 55.36 | 54.66 | 54.99 | 54.24 | 124,300 |
| Feb 05, 2019 | 55.51 | 55.80 | 54.49 | 54.96 | 54.21 | 140,900 |
| Feb 04, 2019 | 55.66 | 55.66 | 54.50 | 55.52 | 54.76 | 244,900 |
| Feb 01, 2019 | 55.01 | 55.99 | 55.00 | 55.41 | 54.65 | 298,300 |
| Jan 31, 2019 | 55.65 | 55.77 | 53.68 | 54.88 | 54.13 | 304,500 |
| Jan 30, 2019 | 55.81 | 56.27 | 55.00 | 55.90 | 55.13 | 496,900 |

*Close price adjusted for splits.  **Adjusted close price adjusted for both dividends and splits.

EGBN 30.2000±17% : Eagle Bancorp, Inc. - Yahoo Finance

| Finance Home | Coronavirus | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets | News | | ⋯ | 🔒 Premium - Try it free |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Jan 29, 2019 | 55.19 | 55.99 | 55.19 | 55.80 | 55.03 | 315,900 |
| Jan 28, 2019 | 54.20 | 55.20 | 54.20 | 55.10 | 54.34 | 385,000 |
| Jan 25, 2019 | 54.60 | 54.81 | 54.13 | 54.38 | 53.63 | 149,100 |
| Jan 24, 2019 | 54.50 | 54.86 | 53.99 | 54.30 | 53.55 | 213,300 |
| Jan 23, 2019 | 54.01 | 54.84 | 53.66 | 54.80 | 54.05 | 333,100 |
| Jan 22, 2019 | 53.66 | 54.37 | 53.18 | 54.01 | 53.27 | 307,900 |
| Jan 18, 2019 | 52.49 | 54.18 | 52.01 | 54.15 | 53.41 | 432,600 |
| Jan 17, 2019 | 50.00 | 52.72 | 48.23 | 52.27 | 51.55 | 754,800 |
| Jan 16, 2019 | 52.42 | 54.10 | 51.63 | 53.80 | 53.06 | 326,400 |
| Jan 15, 2019 | 51.07 | 51.90 | 50.64 | 51.73 | 51.02 | 115,100 |
| Jan 14, 2019 | 51.33 | 51.86 | 50.94 | 51.06 | 50.36 | 120,900 |
| Jan 11, 2019 | 50.87 | 51.78 | 50.75 | 51.47 | 50.76 | 124,500 |
| Jan 10, 2019 | 50.35 | 51.59 | 50.21 | 51.20 | 50.50 | 165,800 |
| Jan 09, 2019 | 50.68 | 51.40 | 49.64 | 50.64 | 49.94 | 251,600 |
| Jan 08, 2019 | 50.48 | 50.58 | 49.49 | 50.49 | 49.80 | 162,600 |
| Jan 07, 2019 | 49.88 | 50.55 | 49.22 | 49.96 | 49.27 | 516,700 |
| Jan 04, 2019 | 49.38 | 50.50 | 49.17 | 49.80 | 49.12 | 188,400 |
| Jan 03, 2019 | 49.15 | 49.74 | 48.50 | 48.78 | 48.11 | 212,400 |
| Jan 02, 2019 | 48.04 | 49.44 | 46.37 | 49.35 | 48.67 | 196,200 |
| Dec 31, 2018 | 49.20 | 49.45 | 47.90 | 48.71 | 48.04 | 222,300 |
| Dec 28, 2018 | 48.65 | 49.54 | 47.80 | 49.00 | 48.33 | 145,400 |
| Dec 27, 2018 | 47.84 | 48.66 | 46.93 | 48.35 | 47.69 | 194,300 |
| Dec 26, 2018 | 46.02 | 48.60 | 45.15 | 48.48 | 47.81 | 225,200 |
| Dec 24, 2018 | 46.69 | 47.54 | 45.74 | 45.74 | 45.11 | 71,200 |
| Dec 21, 2018 | 47.85 | 48.65 | 46.54 | 46.90 | 46.26 | 829,000 |
| Dec 20, 2018 | 47.20 | 48.26 | 46.15 | 47.78 | 47.12 | 207,800 |
| Dec 19, 2018 | 49.32 | 50.67 | 47.25 | 47.57 | 46.92 | 240,800 |
| Dec 18, 2018 | 49.90 | 50.44 | 48.67 | 49.21 | 48.53 | 250,700 |
| Dec 17, 2018 | 50.13 | 51.07 | 49.34 | 49.53 | 48.85 | 341,100 |
| Dec 14, 2018 | 51.75 | 52.62 | 50.13 | 50.14 | 49.45 | 216,200 |
| Dec 13, 2018 | 53.10 | 53.69 | 51.90 | 52.07 | 51.36 | 320,100 |
| Dec 12, 2018 | 52.72 | 53.66 | 51.61 | 52.82 | 52.10 | 168,800 |
| Dec 11, 2018 | 52.65 | 53.22 | 51.85 | 51.96 | 51.25 | 271,800 |
| Dec 10, 2018 | 51.95 | 52.77 | 50.76 | 52.01 | 51.30 | 295,600 |
| Dec 07, 2018 | 53.27 | 54.03 | 51.59 | 52.01 | 51.30 | 305,500 |
| Dec 06, 2018 | 52.99 | 53.82 | 52.22 | 53.24 | 52.51 | 334,000 |
| Dec 04, 2018 | 57.29 | 58.22 | 53.16 | 53.69 | 52.95 | 429,900 |

*Close price adjusted for splits.　　**Adjusted close price adjusted for both dividends and splits.

| Finance Home | Coronavirus | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets | News | | 🔒 Premium - Try it free |
|---|---|---|---|---|---|---|---|---|---|

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 03, 2018 | 58.35 | 58.35 | 56.58 | 57.33 | 56.54 | 288,600 |
| Nov 30, 2018 | 57.38 | 58.54 | 56.91 | 57.64 | 56.85 | 451,800 |
| Nov 29, 2018 | 56.25 | 57.77 | 55.00 | 57.68 | 56.89 | 764,100 |
| Nov 28, 2018 | 55.05 | 56.70 | 54.28 | 56.65 | 55.87 | 907,900 |
| Nov 27, 2018 | 54.60 | 55.21 | 54.18 | 55.08 | 54.32 | 555,700 |
| Nov 26, 2018 | 53.19 | 54.84 | 52.69 | 54.74 | 53.99 | 510,300 |
| Nov 23, 2018 | 52.53 | 53.63 | 52.36 | 52.82 | 52.10 | 101,500 |
| Nov 21, 2018 | 54.30 | 54.83 | 52.66 | 52.86 | 52.13 | 553,000 |
| Nov 20, 2018 | 53.79 | 54.77 | 53.44 | 54.27 | 53.53 | 368,900 |
| Nov 19, 2018 | 53.89 | 55.11 | 53.56 | 54.26 | 53.52 | 494,100 |
| Nov 16, 2018 | 53.02 | 54.55 | 52.19 | 53.89 | 53.15 | 6,263,500 |
| Nov 15, 2018 | 51.45 | 53.80 | 50.32 | 53.41 | 52.68 | 1,415,200 |
| Nov 14, 2018 | 52.63 | 53.98 | 51.50 | 51.72 | 51.01 | 2,332,000 |
| Nov 13, 2018 | 48.82 | 49.50 | 48.55 | 49.25 | 48.57 | 210,900 |
| Nov 12, 2018 | 49.09 | 49.98 | 48.63 | 48.68 | 48.01 | 202,600 |
| Nov 09, 2018 | 49.85 | 50.03 | 48.98 | 49.09 | 48.42 | 69,300 |
| Nov 08, 2018 | 49.54 | 50.51 | 49.19 | 50.05 | 49.36 | 106,200 |
| Nov 07, 2018 | 49.45 | 49.90 | 48.41 | 49.59 | 48.91 | 167,300 |
| Nov 06, 2018 | 48.94 | 49.52 | 48.60 | 49.42 | 48.74 | 328,200 |
| Nov 05, 2018 | 49.30 | 49.74 | 48.86 | 49.11 | 48.44 | 100,000 |
| Nov 02, 2018 | 49.76 | 50.33 | 49.06 | 49.39 | 48.71 | 78,400 |
| Nov 01, 2018 | 49.38 | 50.34 | 49.14 | 49.55 | 48.87 | 94,800 |
| Oct 31, 2018 | 50.51 | 50.51 | 49.07 | 49.17 | 48.50 | 115,700 |
| Oct 30, 2018 | 49.63 | 50.62 | 49.20 | 50.04 | 49.35 | 162,300 |
| Oct 29, 2018 | 48.91 | 50.11 | 48.70 | 49.55 | 48.87 | 138,300 |
| Oct 26, 2018 | 48.64 | 49.21 | 47.94 | 48.50 | 47.83 | 111,900 |
| Oct 25, 2018 | 48.15 | 49.52 | 48.06 | 49.09 | 48.42 | 167,300 |
| Oct 24, 2018 | 49.94 | 49.94 | 47.87 | 47.94 | 47.28 | 142,300 |
| Oct 23, 2018 | 49.54 | 50.85 | 48.88 | 49.90 | 49.22 | 301,300 |
| Oct 22, 2018 | 52.22 | 52.91 | 49.70 | 50.17 | 49.48 | 244,400 |
| Oct 19, 2018 | 51.86 | 53.15 | 51.43 | 52.21 | 51.49 | 348,600 |
| Oct 18, 2018 | 52.25 | 53.49 | 50.19 | 52.24 | 51.52 | 687,400 |
| Oct 17, 2018 | 49.19 | 50.02 | 48.79 | 49.58 | 48.90 | 145,100 |
| Oct 16, 2018 | 49.20 | 49.62 | 48.26 | 49.43 | 48.75 | 141,100 |
| Oct 15, 2018 | 48.21 | 49.90 | 48.21 | 49.11 | 48.44 | 163,300 |
| Oct 12, 2018 | 49.88 | 49.88 | 46.49 | 48.32 | 47.66 | 257,500 |
| Oct 11, 2018 | 50.46 | 50.87 | 49.38 | 49.41 | 48.73 | 219,800 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

| Oct 10, 2018 | 50.31 | 51.18 | 50.18 | 50.50 | 49.81 | 219,500 |
|---|---|---|---|---|---|---|
| Oct 09, 2018 | 50.12 | 50.50 | 49.93 | 50.23 | 49.54 | 196,300 |
| Oct 08, 2018 | 50.70 | 51.00 | 49.24 | 50.41 | 49.72 | 271,200 |
| Oct 05, 2018 | 51.21 | 51.31 | 50.66 | 50.70 | 50.00 | 123,800 |
| Oct 04, 2018 | 51.56 | 52.25 | 50.60 | 51.05 | 50.35 | 170,500 |
| Oct 03, 2018 | 50.08 | 51.62 | 49.71 | 51.57 | 50.86 | 210,800 |
| Oct 02, 2018 | 50.48 | 50.92 | 49.77 | 49.90 | 49.22 | 124,400 |
| Oct 01, 2018 | 50.85 | 51.40 | 50.31 | 50.47 | 49.78 | 114,400 |
| Sep 28, 2018 | 50.75 | 51.15 | 50.15 | 50.60 | 49.91 | 353,300 |
| Sep 27, 2018 | 51.30 | 51.60 | 50.75 | 50.95 | 50.25 | 282,200 |
| Sep 26, 2018 | 51.85 | 52.35 | 50.95 | 51.05 | 50.35 | 209,400 |
| Sep 25, 2018 | 52.00 | 52.25 | 51.65 | 51.85 | 51.14 | 210,200 |
| Sep 24, 2018 | 53.10 | 53.20 | 51.85 | 51.90 | 51.19 | 175,000 |
| Sep 21, 2018 | 53.30 | 53.55 | 52.40 | 53.30 | 52.57 | 368,400 |
| Sep 20, 2018 | 53.00 | 53.80 | 53.00 | 53.30 | 52.57 | 221,400 |
| Sep 19, 2018 | 52.55 | 53.80 | 52.55 | 52.80 | 52.08 | 197,000 |
| Sep 18, 2018 | 52.75 | 53.15 | 52.25 | 52.65 | 51.93 | 574,800 |
| Sep 17, 2018 | 53.00 | 53.10 | 52.60 | 52.75 | 52.03 | 67,200 |
| Sep 14, 2018 | 52.80 | 53.15 | 52.80 | 52.95 | 52.22 | 133,200 |
| Sep 13, 2018 | 53.05 | 53.10 | 52.60 | 52.80 | 52.08 | 62,100 |
| Sep 12, 2018 | 54.05 | 54.05 | 52.75 | 52.85 | 52.12 | 65,600 |
| Sep 11, 2018 | 53.80 | 54.15 | 53.50 | 54.10 | 53.36 | 52,700 |
| Sep 10, 2018 | 54.40 | 54.70 | 53.85 | 54.00 | 53.26 | 45,000 |
| Sep 07, 2018 | 54.10 | 54.40 | 53.97 | 54.30 | 53.55 | 42,900 |
| Sep 06, 2018 | 54.40 | 55.00 | 54.05 | 54.20 | 53.46 | 131,600 |
| Sep 05, 2018 | 54.30 | 54.75 | 54.25 | 54.50 | 53.75 | 48,600 |
| Sep 04, 2018 | 53.90 | 54.35 | 53.75 | 54.25 | 53.51 | 66,400 |
| Aug 31, 2018 | 53.50 | 54.15 | 53.40 | 53.85 | 53.11 | 61,900 |
| Aug 30, 2018 | 53.70 | 53.90 | 53.35 | 53.70 | 52.96 | 54,400 |
| Aug 29, 2018 | 54.20 | 54.20 | 53.68 | 53.85 | 53.11 | 61,100 |
| Aug 28, 2018 | 54.50 | 55.20 | 54.10 | 54.25 | 53.51 | 55,000 |
| Aug 27, 2018 | 54.60 | 55.25 | 54.30 | 54.45 | 53.70 | 112,500 |
| Aug 24, 2018 | 54.45 | 54.60 | 54.25 | 54.30 | 53.55 | 43,000 |
| Aug 23, 2018 | 54.80 | 54.80 | 53.92 | 54.40 | 53.65 | 46,400 |
| Aug 22, 2018 | 54.90 | 55.15 | 54.55 | 55.00 | 54.25 | 57,400 |
| Aug 21, 2018 | 53.80 | 55.50 | 53.70 | 55.05 | 54.29 | 74,100 |
| Aug 20, 2018 | 54.25 | 54.44 | 53.45 | 53.85 | 53.11 | 84,400 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

| | Finance Home | Coronavirus | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets | News | | Premium - Try it free |
|---|---|---|---|---|---|---|---|---|---|---|

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Aug 17, 2018 | 54.30 | 54.79 | 54.00 | 54.10 | 53.36 | 121,700 |
| Aug 16, 2018 | 53.60 | 54.70 | 53.60 | 54.30 | 53.55 | 204,600 |
| Aug 15, 2018 | 54.00 | 54.50 | 53.35 | 53.50 | 52.77 | 101,900 |
| Aug 14, 2018 | 53.65 | 54.60 | 53.65 | 54.30 | 53.55 | 61,000 |
| Aug 13, 2018 | 53.95 | 54.40 | 53.65 | 53.65 | 52.91 | 74,500 |
| Aug 10, 2018 | 54.20 | 54.30 | 53.50 | 53.90 | 53.16 | 120,000 |
| Aug 09, 2018 | 53.90 | 54.78 | 53.85 | 54.50 | 53.75 | 138,200 |
| Aug 08, 2018 | 53.60 | 54.30 | 53.50 | 54.15 | 53.41 | 119,200 |
| Aug 07, 2018 | 52.80 | 53.65 | 51.50 | 53.50 | 52.77 | 159,300 |
| Aug 06, 2018 | 53.15 | 53.90 | 52.40 | 52.85 | 52.12 | 155,700 |
| Aug 03, 2018 | 53.85 | 54.15 | 53.00 | 53.30 | 52.57 | 77,800 |
| Aug 02, 2018 | 53.65 | 53.95 | 53.20 | 53.90 | 53.16 | 150,200 |
| Aug 01, 2018 | 54.15 | 54.68 | 53.70 | 53.80 | 53.06 | 131,000 |
| Jul 31, 2018 | 54.75 | 54.90 | 53.80 | 54.05 | 53.31 | 90,400 |
| Jul 30, 2018 | 54.95 | 55.45 | 54.65 | 54.65 | 53.90 | 71,900 |
| Jul 27, 2018 | 55.35 | 55.73 | 54.60 | 54.95 | 54.20 | 85,900 |
| Jul 26, 2018 | 55.45 | 56.18 | 55.40 | 55.50 | 54.74 | 86,100 |
| Jul 25, 2018 | 56.95 | 56.95 | 55.00 | 55.45 | 54.69 | 148,500 |
| Jul 24, 2018 | 57.50 | 57.60 | 56.45 | 56.90 | 56.12 | 126,100 |
| Jul 23, 2018 | 57.30 | 57.90 | 57.30 | 57.45 | 56.66 | 134,800 |
| Jul 20, 2018 | 57.05 | 57.74 | 56.80 | 57.40 | 56.61 | 160,000 |
| Jul 19, 2018 | 59.40 | 59.50 | 54.80 | 57.05 | 56.27 | 572,000 |
| Jul 18, 2018 | 59.95 | 60.20 | 59.70 | 60.15 | 59.32 | 159,000 |
| Jul 17, 2018 | 60.30 | 60.60 | 59.70 | 59.75 | 58.93 | 122,700 |
| Jul 16, 2018 | 60.15 | 60.80 | 60.10 | 60.35 | 59.52 | 138,700 |
| Jul 13, 2018 | 61.15 | 61.25 | 60.00 | 60.15 | 59.32 | 153,800 |
| Jul 12, 2018 | 63.30 | 63.30 | 61.33 | 61.40 | 60.56 | 192,900 |
| Jul 11, 2018 | 63.35 | 64.00 | 63.15 | 63.25 | 62.38 | 55,000 |
| Jul 10, 2018 | 64.60 | 65.00 | 63.15 | 63.55 | 62.68 | 123,500 |
| Jul 09, 2018 | 64.00 | 65.42 | 63.95 | 64.60 | 63.71 | 128,600 |
| Jul 06, 2018 | 63.40 | 64.00 | 63.20 | 63.75 | 62.87 | 80,400 |
| Jul 05, 2018 | 62.20 | 63.40 | 62.00 | 63.30 | 62.43 | 106,000 |
| Jul 03, 2018 | 62.30 | 62.90 | 62.05 | 62.15 | 61.30 | 60,700 |
| Jul 02, 2018 | 61.00 | 62.20 | 61.00 | 62.10 | 61.25 | 167,900 |
| Jun 29, 2018 | 61.60 | 62.60 | 61.30 | 61.30 | 60.46 | 254,800 |
| Jun 28, 2018 | 61.15 | 62.15 | 60.85 | 61.35 | 60.51 | 127,400 |
| Jun 27, 2018 | 61.85 | 62.28 | 60.90 | 61.10 | 60.26 | 134,800 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

| Finance Home | Coronavirus | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets | News |   | 🔒 Premium - Try it free |

| Jun 26, 2018 | 61.60 | 62.30 | 61.05 | 61.85 | 61.00 | 92,500 |
| Jun 25, 2018 | 62.25 | 62.55 | 61.28 | 61.60 | 60.75 | 62,100 |
| Jun 22, 2018 | 62.65 | 63.30 | 61.75 | 62.65 | 61.79 | 282,300 |
| Jun 21, 2018 | 63.20 | 63.55 | 62.35 | 62.70 | 61.84 | 75,100 |
| Jun 20, 2018 | 62.65 | 63.35 | 62.50 | 63.15 | 62.28 | 56,200 |
| Jun 19, 2018 | 61.20 | 62.55 | 61.10 | 62.35 | 61.49 | 77,700 |
| Jun 18, 2018 | 61.15 | 62.25 | 60.85 | 61.35 | 60.51 | 98,200 |
| Jun 15, 2018 | 61.60 | 63.65 | 61.15 | 61.60 | 60.75 | 371,300 |
| Jun 14, 2018 | 61.40 | 61.65 | 60.60 | 61.60 | 60.75 | 67,500 |
| Jun 13, 2018 | 61.55 | 62.00 | 60.90 | 61.30 | 60.46 | 64,100 |
| Jun 12, 2018 | 62.20 | 62.25 | 61.30 | 61.60 | 60.75 | 43,700 |
| Jun 11, 2018 | 63.55 | 63.75 | 62.00 | 62.10 | 61.25 | 91,300 |
| Jun 08, 2018 | 64.10 | 64.18 | 63.40 | 63.60 | 62.73 | 89,700 |
| Jun 07, 2018 | 64.00 | 64.45 | 63.65 | 64.10 | 63.22 | 92,900 |
| Jun 06, 2018 | 62.50 | 63.90 | 62.50 | 63.85 | 62.97 | 71,700 |
| Jun 05, 2018 | 62.25 | 62.50 | 61.70 | 62.45 | 61.59 | 67,000 |
| Jun 04, 2018 | 61.75 | 62.25 | 61.45 | 62.20 | 61.35 | 53,900 |
| Jun 01, 2018 | 61.00 | 61.80 | 60.65 | 61.65 | 60.80 | 85,500 |
| May 31, 2018 | 61.45 | 61.70 | 60.55 | 60.55 | 59.72 | 88,600 |
| May 30, 2018 | 60.80 | 62.23 | 60.80 | 61.50 | 60.66 | 82,400 |
| May 29, 2018 | 61.35 | 61.85 | 60.25 | 60.50 | 59.67 | 110,700 |
| May 25, 2018 | 61.20 | 62.25 | 61.00 | 61.55 | 60.71 | 108,200 |
| May 24, 2018 | 62.00 | 62.00 | 60.80 | 61.25 | 60.41 | 89,900 |
| May 23, 2018 | 62.00 | 62.50 | 61.75 | 62.05 | 61.20 | 72,300 |
| May 22, 2018 | 61.75 | 62.85 | 61.23 | 62.15 | 61.30 | 121,200 |
| May 21, 2018 | 61.00 | 62.60 | 61.00 | 62.20 | 61.35 | 102,100 |
| May 18, 2018 | 60.65 | 60.90 | 60.00 | 60.80 | 59.97 | 107,600 |
| May 17, 2018 | 60.45 | 60.85 | 59.80 | 60.45 | 59.62 | 104,600 |
| May 16, 2018 | 60.50 | 60.85 | 59.95 | 60.45 | 59.62 | 80,300 |
| May 15, 2018 | 60.20 | 61.00 | 60.20 | 60.45 | 59.62 | 62,900 |
| May 14, 2018 | 60.50 | 60.90 | 60.15 | 60.45 | 59.62 | 74,200 |
| May 11, 2018 | 60.75 | 61.25 | 60.25 | 60.50 | 59.67 | 54,400 |
| May 10, 2018 | 60.70 | 61.75 | 59.80 | 60.80 | 59.97 | 104,900 |
| May 09, 2018 | 59.25 | 61.30 | 59.25 | 60.65 | 59.82 | 134,800 |
| May 08, 2018 | 60.35 | 60.90 | 59.85 | 60.85 | 60.01 | 78,100 |
| May 07, 2018 | 60.30 | 60.95 | 59.70 | 60.35 | 59.52 | 51,200 |
| May 04, 2018 | 59.20 | 60.80 | 58.70 | 60.25 | 59.42 | 70,400 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| May 03, 2018 | 59.65 | 59.85 | 58.70 | 59.60 | 58.78 | | 97,900 |
| May 02, 2018 | 59.60 | 60.55 | 59.15 | 59.95 | 59.13 | | 102,600 |
| May 01, 2018 | 57.15 | 59.75 | 57.15 | 59.55 | 58.73 | | 229,600 |
| Apr 30, 2018 | 60.00 | 60.05 | 58.70 | 58.70 | 57.89 | | 120,000 |
| Apr 27, 2018 | 60.05 | 60.65 | 59.00 | 59.80 | 58.98 | | 70,600 |
| Apr 26, 2018 | 60.70 | 60.85 | 58.36 | 60.05 | 59.23 | | 90,300 |
| Apr 25, 2018 | 60.25 | 61.40 | 60.00 | 60.65 | 59.82 | | 91,200 |
| Apr 24, 2018 | 60.25 | 61.45 | 59.83 | 60.60 | 59.77 | | 159,600 |
| Apr 23, 2018 | 60.00 | 60.60 | 59.80 | 60.10 | 59.28 | | 131,600 |
| Apr 20, 2018 | 59.80 | 60.95 | 59.63 | 60.05 | 59.23 | | 187,600 |
| Apr 19, 2018 | 55.55 | 60.15 | 55.55 | 59.90 | 59.08 | | 192,500 |
| Apr 18, 2018 | 58.30 | 58.92 | 57.60 | 57.80 | 57.01 | | 282,400 |
| Apr 17, 2018 | 59.25 | 60.65 | 58.20 | 58.25 | 57.45 | | 180,600 |
| Apr 16, 2018 | 60.30 | 60.40 | 58.80 | 58.95 | 58.14 | | 148,700 |
| Apr 13, 2018 | 60.80 | 60.80 | 59.60 | 60.00 | 59.18 | | 241,500 |
| Apr 12, 2018 | 59.65 | 60.95 | 56.21 | 60.50 | 59.67 | | 235,600 |
| Apr 11, 2018 | 58.60 | 59.30 | 58.00 | 59.25 | 58.44 | | 149,100 |
| Apr 10, 2018 | 59.15 | 59.20 | 58.50 | 58.85 | 58.04 | | 99,500 |
| Apr 09, 2018 | 58.75 | 59.85 | 58.35 | 58.40 | 57.60 | | 104,200 |
| Apr 06, 2018 | 59.85 | 60.35 | 58.45 | 59.00 | 58.19 | | 116,500 |
| Apr 05, 2018 | 60.15 | 60.35 | 59.60 | 60.15 | 59.32 | | 96,800 |
| Apr 04, 2018 | 58.00 | 59.90 | 57.70 | 59.70 | 58.88 | | 123,400 |
| Apr 03, 2018 | 58.50 | 58.75 | 57.75 | 58.65 | 57.84 | | 161,300 |
| Apr 02, 2018 | 59.85 | 60.20 | 57.80 | 58.15 | 57.35 | | 158,300 |
| Mar 29, 2018 | 60.40 | 60.58 | 59.55 | 59.85 | 59.03 | | 159,500 |
| Mar 28, 2018 | 60.60 | 60.75 | 59.70 | 60.25 | 59.42 | | 216,900 |
| Mar 27, 2018 | 61.65 | 61.65 | 60.15 | 60.50 | 59.67 | | 172,500 |
| Mar 26, 2018 | 60.00 | 61.70 | 59.55 | 61.60 | 60.75 | | 139,600 |
| Mar 23, 2018 | 62.15 | 62.65 | 59.20 | 59.25 | 58.44 | | 154,900 |
| Mar 22, 2018 | 62.80 | 63.65 | 62.00 | 62.05 | 61.20 | | 195,600 |
| Mar 21, 2018 | 63.05 | 64.65 | 62.38 | 63.40 | 62.53 | | 60,000 |
| Mar 20, 2018 | 63.45 | 64.05 | 62.70 | 63.00 | 62.14 | | 83,300 |
| Mar 19, 2018 | 63.30 | 63.85 | 62.45 | 63.50 | 62.63 | | 123,800 |
| Mar 16, 2018 | 62.65 | 64.00 | 62.25 | 63.50 | 62.63 | | 258,700 |
| Mar 15, 2018 | 61.95 | 62.75 | 61.50 | 62.55 | 61.69 | | 136,500 |
| Mar 14, 2018 | 63.75 | 63.75 | 60.60 | 61.85 | 61.00 | | 215,800 |
| Mar 13, 2018 | 63.50 | 64.60 | 63.00 | 63.45 | 62.58 | | 174,000 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

| Finance Home | Coronavirus | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets | News | ··· | 🔒 Premium - Try it free |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Mar 12, 2018 | 63.70 | 63.95 | 62.70 | 63.25 | 62.38 | 195,700 |
| Mar 09, 2018 | 63.55 | 64.00 | 62.90 | 63.70 | 62.83 | 242,400 |
| Mar 08, 2018 | 63.95 | 64.45 | 62.70 | 63.20 | 62.33 | 131,800 |
| Mar 07, 2018 | 63.15 | 64.20 | 63.00 | 63.75 | 62.87 | 153,400 |
| Mar 06, 2018 | 63.10 | 64.00 | 59.56 | 63.75 | 62.87 | 144,000 |
| Mar 05, 2018 | 62.10 | 63.60 | 61.35 | 63.30 | 62.43 | 99,900 |
| Mar 02, 2018 | 60.60 | 62.75 | 60.40 | 62.50 | 61.64 | 82,300 |
| Mar 01, 2018 | 60.90 | 62.00 | 60.35 | 61.30 | 60.46 | 100,600 |
| Feb 28, 2018 | 62.75 | 63.50 | 60.95 | 61.05 | 60.21 | 150,600 |
| Feb 27, 2018 | 63.50 | 64.90 | 62.15 | 62.55 | 61.69 | 247,500 |
| Feb 26, 2018 | 63.00 | 63.65 | 62.33 | 63.65 | 62.78 | 50,200 |
| Feb 23, 2018 | 62.60 | 62.75 | 62.10 | 62.70 | 61.84 | 72,100 |
| Feb 22, 2018 | 63.50 | 63.50 | 62.15 | 62.30 | 61.44 | 79,000 |
| Feb 21, 2018 | 62.60 | 64.10 | 62.60 | 63.10 | 62.23 | 108,700 |
| Feb 20, 2018 | 62.80 | 63.55 | 62.30 | 62.45 | 61.59 | 117,400 |
| Feb 16, 2018 | 61.85 | 63.40 | 61.85 | 63.15 | 62.28 | 119,300 |
| Feb 15, 2018 | 62.85 | 63.00 | 61.45 | 62.15 | 61.30 | 56,400 |
| Feb 14, 2018 | 59.90 | 62.80 | 59.90 | 62.65 | 61.79 | 93,500 |
| Feb 13, 2018 | 60.05 | 60.55 | 59.70 | 60.35 | 59.52 | 78,700 |
| Feb 12, 2018 | 61.35 | 61.50 | 60.15 | 60.45 | 59.62 | 85,900 |
| Feb 09, 2018 | 60.65 | 61.55 | 59.25 | 61.20 | 60.36 | 112,800 |
| Feb 08, 2018 | 61.40 | 61.60 | 58.81 | 60.03 | 59.21 | 149,700 |
| Feb 07, 2018 | 60.95 | 61.50 | 60.50 | 61.30 | 60.46 | 74,200 |
| Feb 06, 2018 | 59.75 | 61.10 | 58.96 | 61.05 | 60.21 | 183,200 |
| Feb 05, 2018 | 62.60 | 63.80 | 60.75 | 60.95 | 60.11 | 158,500 |
| Feb 02, 2018 | 63.85 | 64.50 | 62.96 | 63.45 | 62.58 | 113,800 |
| Feb 01, 2018 | 62.75 | 63.80 | 62.40 | 63.80 | 62.92 | 109,800 |
| Jan 31, 2018 | 62.70 | 63.30 | 62.45 | 63.00 | 62.14 | 116,700 |
| Jan 30, 2018 | 62.20 | 62.90 | 61.95 | 62.50 | 61.64 | 93,400 |
| Jan 29, 2018 | 62.60 | 63.45 | 62.00 | 62.80 | 61.94 | 94,200 |
| Jan 26, 2018 | 62.90 | 63.15 | 62.35 | 62.85 | 61.99 | 124,100 |
| Jan 25, 2018 | 62.90 | 63.70 | 61.90 | 62.55 | 61.69 | 134,700 |
| Jan 24, 2018 | 63.60 | 64.15 | 62.05 | 62.40 | 61.54 | 138,500 |
| Jan 23, 2018 | 62.45 | 63.70 | 62.45 | 63.35 | 62.48 | 146,700 |
| Jan 22, 2018 | 64.65 | 64.65 | 62.50 | 62.60 | 61.74 | 175,900 |
| Jan 19, 2018 | 61.50 | 65.40 | 61.25 | 64.95 | 64.06 | 524,600 |
| Jan 18, 2018 | 61.80 | 63.00 | 60.58 | 61.10 | 60.26 | 245,200 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

EGBN 30.21.0.0.0 17 4 7 Eagle Bancorp, Inc. | Yahoo Finance

Finance Home    Coronavirus    Watchlists    My Portfolio    Screeners    Premium 🔒    Markets    News    ⋯    🔒 Premium - Try it free

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jan 17, 2018 | 61.00 | 62.15 | 60.65 | 61.85 | 61.00 | 218,400 |
| Jan 16, 2018 | 61.80 | 62.40 | 60.75 | 60.80 | 59.97 | 129,700 |
| Jan 12, 2018 | 61.90 | 62.15 | 61.20 | 61.45 | 60.61 | 74,700 |
| Jan 11, 2018 | 60.75 | 62.03 | 60.70 | 61.70 | 60.85 | 115,900 |
| Jan 10, 2018 | 59.50 | 61.65 | 58.76 | 60.50 | 59.67 | 287,400 |
| Jan 09, 2018 | 59.25 | 60.85 | 59.15 | 59.55 | 58.73 | 140,800 |
| Jan 08, 2018 | 59.15 | 59.65 | 58.20 | 59.30 | 58.49 | 115,300 |
| Jan 05, 2018 | 59.20 | 59.55 | 58.80 | 59.45 | 58.63 | 124,900 |
| Jan 04, 2018 | 58.40 | 59.45 | 58.10 | 59.00 | 58.19 | 125,200 |
| Jan 03, 2018 | 58.95 | 59.65 | 57.80 | 57.90 | 57.11 | 250,300 |
| Jan 02, 2018 | 58.35 | 59.35 | 57.90 | 59.25 | 58.44 | 211,500 |
| Dec 29, 2017 | 58.95 | 58.95 | 57.65 | 57.90 | 57.11 | 193,300 |
| Dec 28, 2017 | 57.20 | 59.30 | 56.21 | 58.70 | 57.89 | 180,000 |
| Dec 27, 2017 | 58.70 | 58.70 | 56.88 | 56.95 | 56.17 | 129,400 |
| Dec 26, 2017 | 58.10 | 58.85 | 58.09 | 58.60 | 57.80 | 107,300 |
| Dec 22, 2017 | 58.65 | 58.65 | 57.95 | 58.25 | 57.45 | 139,100 |
| Dec 21, 2017 | 58.40 | 58.80 | 57.95 | 58.20 | 57.40 | 212,100 |
| Dec 20, 2017 | 59.05 | 59.10 | 57.50 | 58.65 | 57.84 | 174,200 |
| Dec 19, 2017 | 59.70 | 60.05 | 58.55 | 58.80 | 57.99 | 267,800 |
| Dec 18, 2017 | 58.60 | 60.25 | 58.60 | 59.60 | 58.78 | 238,300 |
| Dec 15, 2017 | 57.90 | 59.35 | 57.60 | 58.90 | 58.09 | 737,200 |
| Dec 14, 2017 | 57.90 | 58.55 | 57.55 | 58.00 | 57.20 | 257,000 |
| Dec 13, 2017 | 57.70 | 60.35 | 57.40 | 58.05 | 57.25 | 360,000 |
| Dec 12, 2017 | 55.45 | 57.65 | 55.45 | 57.60 | 56.81 | 346,900 |
| Dec 11, 2017 | 56.05 | 56.45 | 55.06 | 55.45 | 54.69 | 201,700 |
| Dec 08, 2017 | 56.40 | 56.80 | 55.80 | 56.10 | 55.33 | 259,500 |
| Dec 07, 2017 | 55.95 | 57.10 | 55.80 | 56.45 | 55.68 | 503,200 |
| Dec 06, 2017 | 56.90 | 58.00 | 56.08 | 56.15 | 55.38 | 309,000 |
| Dec 05, 2017 | 57.85 | 59.75 | 55.20 | 56.90 | 56.12 | 762,600 |
| Dec 04, 2017 | 55.50 | 57.10 | 52.31 | 57.10 | 56.32 | 2,671,700 |
| Dec 01, 2017 | 66.15 | 66.15 | 46.20 | 49.95 | 49.26 | 4,884,600 |
| Nov 30, 2017 | 69.15 | 69.15 | 66.08 | 66.15 | 65.24 | 231,500 |
| Nov 29, 2017 | 67.35 | 69.80 | 67.05 | 68.50 | 67.56 | 187,000 |
| Nov 28, 2017 | 65.90 | 67.30 | 65.55 | 67.25 | 66.33 | 246,100 |
| Nov 27, 2017 | 66.50 | 67.05 | 65.45 | 65.80 | 64.90 | 194,700 |
| Nov 24, 2017 | 67.40 | 67.40 | 66.30 | 66.45 | 65.54 | 43,600 |
| Nov 22, 2017 | 68.25 | 68.50 | 67.18 | 67.25 | 66.33 | 127,600 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

| Finance Home | Coronavirus | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets | News | ⋯ | 🔒 Premium - Try it free |

| Nov 21, 2017 | 67.75 | 68.30 | 67.35 | 68.10 | 67.17 | 128,200 |
|---|---|---|---|---|---|---|
| Nov 20, 2017 | 67.30 | 67.60 | 66.70 | 67.55 | 66.62 | 62,500 |
| Nov 17, 2017 | 66.70 | 67.63 | 66.30 | 67.10 | 66.18 | 58,500 |
| Nov 16, 2017 | 67.35 | 67.65 | 67.05 | 67.10 | 66.18 | 104,400 |
| Nov 15, 2017 | 65.95 | 67.13 | 65.65 | 66.95 | 66.03 | 116,000 |
| Nov 14, 2017 | 65.00 | 66.65 | 65.00 | 66.60 | 65.69 | 104,300 |
| Nov 13, 2017 | 64.50 | 65.75 | 64.25 | 65.50 | 64.60 | 57,000 |
| Nov 10, 2017 | 65.20 | 65.50 | 64.45 | 64.60 | 63.71 | 228,900 |
| Nov 09, 2017 | 65.90 | 66.45 | 64.65 | 65.10 | 64.21 | 182,400 |
| Nov 08, 2017 | 66.40 | 66.75 | 65.50 | 66.35 | 65.44 | 276,500 |
| Nov 07, 2017 | 67.10 | 67.20 | 66.20 | 66.40 | 65.49 | 317,000 |
| Nov 06, 2017 | 67.05 | 67.40 | 66.60 | 67.20 | 66.28 | 110,000 |
| Nov 03, 2017 | 67.05 | 67.25 | 66.75 | 67.25 | 66.33 | 124,600 |
| Nov 02, 2017 | 66.40 | 67.40 | 66.13 | 67.10 | 66.18 | 97,300 |
| Nov 01, 2017 | 67.05 | 67.05 | 65.90 | 66.25 | 65.34 | 177,900 |
| Oct 31, 2017 | 66.75 | 67.08 | 64.02 | 66.65 | 65.74 | 296,400 |
| Oct 30, 2017 | 67.25 | 67.50 | 66.00 | 66.60 | 65.69 | 187,900 |
| Oct 27, 2017 | 67.15 | 67.50 | 66.85 | 67.30 | 66.38 | 131,800 |
| Oct 26, 2017 | 67.45 | 67.85 | 66.90 | 67.05 | 66.13 | 120,100 |
| Oct 25, 2017 | 67.60 | 68.00 | 66.95 | 67.50 | 66.57 | 131,500 |
| Oct 24, 2017 | 67.75 | 67.90 | 67.22 | 67.35 | 66.43 | 93,400 |
| Oct 23, 2017 | 68.00 | 68.00 | 67.01 | 67.40 | 66.47 | 112,000 |
| Oct 20, 2017 | 68.45 | 68.45 | 67.63 | 67.70 | 66.77 | 785,900 |
| Oct 19, 2017 | 67.50 | 67.60 | 66.60 | 67.50 | 66.57 | 169,700 |
| Oct 18, 2017 | 67.10 | 67.65 | 66.45 | 67.45 | 66.52 | 90,900 |
| Oct 17, 2017 | 68.25 | 68.25 | 66.55 | 66.80 | 65.88 | 63,600 |
| Oct 16, 2017 | 68.35 | 68.55 | 67.85 | 68.05 | 67.12 | 65,500 |
| Oct 13, 2017 | 68.05 | 68.45 | 67.05 | 68.05 | 67.12 | 66,500 |
| Oct 12, 2017 | 68.45 | 68.45 | 67.70 | 67.90 | 66.97 | 68,500 |
| Oct 11, 2017 | 68.90 | 68.90 | 68.25 | 68.35 | 67.41 | 53,000 |
| Oct 10, 2017 | 68.30 | 68.85 | 68.10 | 68.85 | 67.90 | 81,800 |
| Oct 09, 2017 | 68.00 | 68.30 | 67.90 | 68.25 | 67.31 | 80,100 |
| Oct 06, 2017 | 67.75 | 68.10 | 67.35 | 68.00 | 67.07 | 59,200 |
| Oct 05, 2017 | 67.30 | 68.00 | 66.75 | 67.65 | 66.72 | 59,300 |
| Oct 04, 2017 | 68.20 | 68.22 | 66.90 | 67.05 | 66.13 | 58,800 |
| Oct 03, 2017 | 67.80 | 68.30 | 67.00 | 68.25 | 67.31 | 98,600 |
| Oct 02, 2017 | 67.20 | 67.75 | 66.80 | 67.70 | 66.77 | 157,300 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

| Apr 02, 2015 | 38.07 | 38.25 | 37.68 | 37.81 | 37.29 | 95,300 |
|---|---|---|---|---|---|---|
| Apr 01, 2015 | 38.41 | 38.75 | 37.60 | 37.95 | 37.43 | 108,700 |
| Mar 31, 2015 | 38.26 | 38.61 | 38.18 | 38.40 | 37.87 | 369,400 |
| Mar 30, 2015 | 38.41 | 38.98 | 38.21 | 38.60 | 38.07 | 96,400 |
| Mar 27, 2015 | 38.46 | 38.73 | 37.99 | 38.22 | 37.70 | 109,300 |
| Mar 26, 2015 | 37.96 | 38.66 | 37.91 | 38.43 | 37.90 | 174,200 |
| Mar 25, 2015 | 38.34 | 38.73 | 37.78 | 37.89 | 37.37 | 162,100 |
| Mar 24, 2015 | 38.54 | 38.77 | 38.32 | 38.39 | 37.86 | 180,500 |
| Mar 23, 2015 | 37.97 | 38.68 | 37.93 | 38.44 | 37.91 | 247,400 |
| Mar 20, 2015 | 37.82 | 38.09 | 37.45 | 37.99 | 37.47 | 292,300 |
| Mar 19, 2015 | 37.30 | 37.66 | 37.25 | 37.55 | 37.03 | 114,300 |
| Mar 18, 2015 | 37.77 | 37.98 | 37.38 | 37.52 | 37.01 | 261,600 |
| Mar 17, 2015 | 37.63 | 37.95 | 37.53 | 37.77 | 37.25 | 256,500 |
| Mar 16, 2015 | 37.47 | 38.07 | 37.45 | 37.63 | 37.11 | 130,300 |
| Mar 13, 2015 | 37.71 | 37.97 | 37.13 | 37.28 | 36.77 | 319,800 |
| Mar 12, 2015 | 36.94 | 37.78 | 36.60 | 37.70 | 37.18 | 142,300 |
| Mar 11, 2015 | 36.46 | 37.36 | 36.17 | 36.57 | 36.07 | 101,700 |
| Mar 10, 2015 | 36.18 | 36.50 | 36.11 | 36.33 | 35.83 | 133,400 |
| Mar 09, 2015 | 36.47 | 36.74 | 36.32 | 36.61 | 36.11 | 123,900 |
| Mar 06, 2015 | 35.98 | 36.95 | 35.98 | 36.30 | 35.80 | 218,200 |
| Mar 05, 2015 | 35.80 | 36.52 | 35.65 | 36.26 | 35.76 | 603,800 |
| Mar 04, 2015 | 35.42 | 35.62 | 35.18 | 35.57 | 35.08 | 50,200 |
| Mar 03, 2015 | 36.58 | 36.77 | 35.32 | 35.65 | 35.16 | 131,300 |
| Mar 02, 2015 | 36.48 | 37.50 | 36.48 | 36.79 | 36.29 | 163,000 |

*Close price adjusted for splits.      **Adjusted close price adjusted for both dividends and splits.