# Exhibit 5

(Excerpts from Eagle's
2014 Form 10-K, filed 3/2/15)

Use these links to rapidly review the document
TABLE OF CONTENTS
Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10- K

➡ **Annual report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the fiscal year ended December 31, 2014**

❏ **Transition report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from                to**
**Commission file number: 0- 25923**

# Eagle Bancorp, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Maryland** | **52- 2061461** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |
| **7830 Old Georgetown Road, Third Floor, Bethesda, Maryland** | **20814** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(301) 986- 1800**

Securities registered pursuant to Section 12(b) of the Act:

| Title of class | Name of each exchange on which registered |
|---|---|
| Common Stock, $0.01 par value | The NASDAQ Capital Market |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well- known seasoned issuer, as defined in Section 405 of the Securities Act. Yes ➡    No ❏

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act Yes ❏    No ➡

Indicate by check mark whether the registrant; (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports; and (2) has been subject to such filing requirements for the past 90 days. Yes ➡    No ❏

Indicate by checkmark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S- T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ➡    No ❏

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S- K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10- K or any amendment to this Form 10- K. ❏

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b- 2 of the Exchange Act.

Large accelerated filer ➡        Accelerated filer ❏            Non- accelerated filer ❏        Smaller reporting company ❏

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b- 2 of the Act. Yes ❏    No ➡

The aggregate market value of the outstanding Common Stock held by nonaffiliates as of June 30, 2014 was approximately $768.4 million.

As of February 20, 2015, the number of outstanding shares of the Common Stock, $0.01 par value, of Eagle Bancorp, Inc. was 30,482,979.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Company's definitive Proxy Statement for the Annual Meeting of Shareholders to be held on May 21, 2015 are incorporated by reference in part III hereof.

Table of Contents

**EAGLE BANCORP, INC.**
**ANNUAL REPORT ON FORM 10- K**

**TABLE OF CONTENTS**

**Page**

**Part I**

| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 23 |
| Item 1B. | Unresolved Staff Comments | 35 |
| Item 2. | Properties | 35 |
| Item 3. | Legal Proceedings | 36 |
| Item 4. | Mine Safety Disclosures | 36 |

**Part II**

| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 37 |
| Item 6. | Selected Financial Data | 40 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operation | 43 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 79 |
| Item 8. | Financial Statements and Supplementary Data | 85 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 147 |
| Item 9A. | Controls and Procedures | 147 |
| Item 9B. | Other Information | 149 |

**Part III**

| Item 10. | Directors, Executive Officers and Corporate Governance | 149 |
| Item 11. | Executive Compensation | 149 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 149 |
| Item 13. | Certain Relationships and Related Transactions and Director Independence | 150 |
| Item 14. | Principal Accounting Fees and Services | 150 |

**Part IV**

| Item 15. | Exhibits, Financial Statement Schedules | 151 |

**SIGNATURES** 155

**PART I**

### ITEM 1.   BUSINESS

In this report, unless otherwise expressly stated or the context otherwise requires, the terms "we," "us," the "Company," "Eagle," and "our" refer to Eagle Bancorp, Inc. and our subsidiaries on a combined basis, except in the description of any of our securities, in which case these terms refer solely to Eagle Bancorp, Inc. and not to any of our subsidiaries. References to "EagleBank" or "Bank" refer to EagleBank, Bethesda, Maryland, which is our principal subsidiary.

Eagle Bancorp, Inc. (the "Company"), headquartered in Bethesda, Maryland, was incorporated under the laws of the State of Maryland on October 28, 1997, to serve as the bank holding company for EagleBank (the "Bank"). The Company was formed by a group of local businessmen and professionals with significant prior experience in community banking in the Company's market area, together with an experienced community bank senior management team. The Company has one direct non- banking subsidiary, Eagle Commercial Ventures, LLC ("ECV"), which provides subordinated financing for the acquisition, development and construction of real estate projects.

The Bank, a Maryland chartered commercial bank, which is a member of the Federal Reserve System, is the Company's principal operating subsidiary. It commenced banking operations on July 20, 1998. The Bank operates twenty two banking offices: seven in Montgomery County, Maryland; five located in the District of Columbia; and ten in Northern Virginia. Refer to Properties on page 35 for a listing of banking offices. The Bank may seek additional banking offices consistent with its strategic plan, although there can be no assurance that the Bank will establish any additional offices, or that any branch office will prove to be profitable.

The Bank has two active direct subsidiaries: Bethesda Leasing, LLC and Eagle Insurance Services, LLC. Bethesda Leasing, LLC holds title to and operates real estate owned and acquired through foreclosure. Eagle Insurance Services, LLC facilitates the placement of commercial and retail insurance products through a referral arrangement with The Meltzer Group, a large well known insurance brokerage within the Company's market area.

The Bank operates as a community bank alternative to the super- regional financial institutions, which dominate its primary market area. The cornerstone of the Bank's philosophy is to provide superior, personalized service to its clients. The Bank focuses on relationship banking, providing each client with a number of services, familiarizing itself with, and addressing itself to, client needs in a proactive, personalized fashion. Management believes that the Bank's target market segments, small to medium- sized for profit and non- profit businesses and the consumer base working or living in and near the Bank's market area, demand the convenience and personal service that an independent locally based financial institution such as the Bank can offer. It is these themes of convenience and proactive personal service that form the basis for the Bank's business development strategies.

*Acquisition of Virginia Heritage Bank.*    On October 31, 2014, the Company completed its acquisition of Virginia Heritage Bank ("Virginia Heritage"). The acquisition of Virginia Heritage was effected through the merger (the "Merger") of Virginia Heritage with and into EagleBank, in accordance with the Agreement and Plan of Reorganization (the "Merger Agreement") among the Company, EagleBank and Virginia Heritage, dated June 9, 2014. Pursuant to the Merger Agreement, each share of Virginia Heritage common stock was converted into the right to receive 0.6632 shares of Company common stock and $7.50 in cash, plus cash in lieu of fractional shares. Outstanding options to acquire Virginia Heritage common stock were converted into fully vested options to purchase an aggregate of 401,497 shares of Company common stock. In connection with the Merger, the Company paid an aggregate of $45.4 million in cash to former shareholders of Virginia Heritage and issued 4,010,261 shares of Company common stock.

Additionally, each of the 15,300 shares of Virginia Heritage's Senior Non- Cumulative Perpetual Preferred Stock, Series A, $1,000 liquidation amount per share ("Virginia Heritage Series A Preferred

3

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

EAGLE BANCORP, INC.

March 2, 2015      by:      /s/ RONALD D. PAUL

Ronald D. Paul, *Chairman, President and CEO*

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Name | Position | Date |
| --- | --- | --- |
| /s/ LESLIE M. ALPERSTEIN, PH.D. <br><br> Leslie M. Alperstein, Ph.D. | Director | March 2, 2015 |
| /s/ DUDLEY C. DWORKEN <br><br> Dudley C. Dworken | Director | March 2, 2015 |
| /s/ HARVEY M. GOODMAN <br><br> Harvey M. Goodman | Director | March 2, 2015 |
| /s/ RONALD D. PAUL <br><br> Ronald D. Paul | Chairman, President and Principal Executive Officer of the Company | March 2, 2015 |
| /s/ ROBERT P. PINCUS <br><br> Robert P. Pincus | Vice Chairman | March 2, 2015 |
| /s/ NORMAN R. POZEZ <br><br> Norman R. Pozez | Director | March 2, 2015 |
| /s/ DONALD R. ROGERS <br><br> Donald R. Rogers | Director | March 2, 2015 |
| /s/ LELAND M. WEINSTEIN <br><br> Leland M. Weinstein | Director | March 2, 2015 |
| /s/ JAMES H. LANGMEAD <br><br> James H. Langmead | Executive Vice President and Chief Financial Officer of the Company Principal Financial and Accounting Officer | March 2, 2015 |

155

Exhibit 23
CONSENT OF REGISTERED PUBLIC ACCOUNTING FIRM

QuickLinks  - - Click here to rapidly navigate through this document

**Exhibit 31.1**

**CERTIFICATION**

I, Ronald D. Paul, certify that:

1.    I have reviewed this annual report on Form 10- K of Eagle Bancorp, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a- 15(e) and 15d- 15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a- 15(f) and 15d- 15(f)) for the registrant and have:

(a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 2, 2015                                                                                    /s/ RONALD D. PAUL

                                                                                    *Chairman, President and Chief Executive*
                                                                                    *Officer of the Company*

QuickLinks

Exhibit 31.1

CERTIFICATION

QuickLinks  - - Click here to rapidly navigate through this document

**Exhibit 31.2**

**CERTIFICATION**

I, James H. Langmead, certify that:

1.    I have reviewed this annual report on Form 10- K of Eagle Bancorp, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a- 15(e) and 15d- 15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a- 15(f) and 15d- 15(f)) for the registrant and have:

(a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 2, 2015                                                                 /s/ JAMES H. LANGMEAD

*Executive Vice President and Chief Financial*
*Officer of the Company*

QuickLinks

Exhibit 31.2

CERTIFICATION

---

QuickLinks  - - Click here to rapidly navigate through this document

**Exhibit 32.1**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER**
**PURSUANT TO 18 U.S.C. SECTION 1350**

In connection with the Form 10- K of Eagle Bancorp, Inc. for the year ended December 31, 2014, I, Ronald D. Paul, Chairman, President and Chief Executive Officer of Eagle Bancorp, Inc., hereby certify pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes- Oxley Act of 2002, to the best of my knowledge and belief, that:

(1)   such Form 10- K fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)   the information contained in such Form 10- K fairly presents, in all material respects, the financial condition and results of operations of Eagle Bancorp, Inc.

/s/ RONALD D. PAUL

Ronald D. Paul

*Chairman, President and Chief Executive Officer of*
*the Company*
March 2, 2015

---

QuickLinks

Exhibit 32.1
CERTIFICATION OF CHIEF EXECUTIVE OFFICER PURSUANT TO 18 U.S.C. SECTION 1350

---

QuickLinks  - - Click here to rapidly navigate through this document

**Exhibit 32.2**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER**
**PURSUANT TO 18 U.S.C. SECTION 1350**

In connection with the Form 10- K of Eagle Bancorp, Inc. for the year ended December 31, 2014, I, James H. Langmead, Executive Vice President and Chief Financial Officer of Eagle Bancorp, Inc, hereby certify pursuant to 18 U.S.C. §1350, as adopted pursuant to §906 of the Sarbanes- Oxley Act of 2002, to the best of my knowledge and belief, that:

(1)   such Form 10- K fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)   the information contained in such Form 10- K fairly presents, in all material respects, the financial condition and results of operations of Eagle Bancorp, Inc.

/s/ JAMES H. LANGMEAD

James H. Langmead
*Executive Vice President and Chief Financial Officer of the Company*
March 2, 2015

---

QuickLinks

Exhibit 32.2
CERTIFICATION OF CHIEF FINANCIAL OFFICER PURSUANT TO 18 U.S.C. SECTION 1350