# Exhibit 7

(excerpts from Eagle's
2017 Form 10-K, filed 3/1/18)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C.  20549**

# FORM 10- K

✓ **Annual report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the fiscal year ended December 31, 2017**

❏ **Transition report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from          to**

**Commission file number: 0- 25923**

# Eagle Bancorp, Inc.
(Exact name of registrant as specified in its charter)

| **Maryland** | **52- 2061461** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**7830 Old Georgetown Road, Third Floor, Bethesda, Maryland 20814**
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: **(301) 986- 1800**

Securities registered pursuant to Section 12(b) of the Act:

| **Title of class** | **Name of each exchange on which registered** |
|---|---|
| Common Stock, $0.01 par value | The NASDAQ Capital Market |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well- known seasoned issuer, as defined in Section 405 of the Securities Act. Yes ✓ No ❏

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act Yes ❏ No ✓

Indicate by check mark whether the registrant; (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports; and (2) has been subject to such filing requirements for the past 90 days. Yes ✓ No ❏

Indicate by checkmark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S- T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes ✓ No ❏

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S- K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10- K or any amendment to this Form 10- K. ❏

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non- accelerated filer, a smaller reporting company, or an emerging growth company. See definition of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b- 2 of the Exchange Act.

Large accelerated filer ✓
Accelerated filer ❏
Non- accelerated filer ❏   (Do not mark if a smaller reporting company)
Smaller Reporting Company ❏
Emerging Growth Company ❏

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b- 2 of the Act. Yes ❏   No ✓

The aggregate market value of the outstanding Common Stock held by nonaffiliates as of June 30, 2017 was approximately $1.99 billion.

As of February 9, 2018, the number of outstanding shares of the Common Stock, $0.01 par value, of Eagle Bancorp, Inc. was 34,218,348.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Company's definitive Proxy Statement for the Annual Meeting of Shareholders to be held on May 17, 2018 are incorporated by reference in Part III hereof.

Table of Contents

**EAGLE BANCORP, INC.**
**ANNUAL REPORT ON FORM 10- K**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| **Part I** | | |
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 20 |
| Item 1B. | Unresolved Staff Comments | 32 |
| Item 2. | Properties | 33 |
| Item 3. | Legal Proceedings | 35 |
| Item 4. | Mine Safety Disclosures | 35 |
| | | |
| **Part II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 35 |
| Item 6. | Selected Financial Data | 38 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operation | 42 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 73 |
| Item 8. | Financial Statements and Supplementary Data | 81 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 144 |
| Item 9A. | Controls and Procedures | 144 |
| Item 9B. | Other Information | 146 |
| | | |
| **Part III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 146 |
| Item 11. | Executive Compensation | 146 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 146 |
| Item 13. | Certain Relationships and Related Transactions and Director Independence | 147 |
| Item 14. | Principal Accounting Fees and Services | 147 |
| | | |
| **Part IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules | 147 |
| | | |
| **SIGNATURES** | | 150 |

Table of Contents

**ITEM 6.       SELECTED FINANCIAL DATA**

The following table shows selected historical consolidated financial data for the Company. It should be read in conjunction with Management's Discussion and Analysis of Financial Condition and Results of Operations at page 42 and the Consolidated Financial Statements and Notes thereto included elsewhere in this report.

*Use of Non- GAAP Financial Measures*

The information set forth below contains certain financial information determined by methods other than in accordance with GAAP. These non- GAAP financial measures are "tangible common equity," "tangible book value per common share," "efficiency ratio (adjusted for merger expenses)," and "return on average common equity." Management uses these non- GAAP measures in its analysis of our performance because it believes these measures are material and will be used as a measure of our performance by investors.

These disclosures should not be considered in isolation or as a substitute for results determined in accordance with GAAP, and are not necessarily comparable to non- GAAP performance measures which may be presented by other bank holding companies. Management compensates for these limitations by providing detailed reconciliations between GAAP information and the non- GAAP financial measures. A reconciliation table is set forth below following the selected historical consolidated financial data.

| | Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| (dollars in thousands except per share data) | 2017 | 2016 | 2015 | 2014 | 2013 |
| **Balance Sheets - Period End** | | | | | |
| Securities | $ 589,268 | $ 538,108 | $ 504,772 | $ 404,903 | $ 389,405 |
| Loans held for sale | 25,096 | 51,629 | 47,492 | 44,317 | 42,030 |
| Loans | 6,411,528 | 5,677,893 | 4,998,368 | 4,312,399 | 2,945,158 |
| Allowance for credit losses | 64,758 | 59,074 | 52,687 | 46,075 | 40,921 |
| Intangible assets, net | 107,212 | 107,419 | 108,542 | 109,908 | 3,510 |
| Total assets | 7,479,029 | 6,890,096 | 6,075,577 | 5,246,684 | 3,771,503 |
| Deposits | 5,853,984 | 5,716,114 | 5,158,444 | 4,310,768 | 3,225,414 |
| Borrowings | 618,466 | 285,390 | 141,284 | 279,224 | 119,771 |
| Total liabilities | 6,528,591 | 6,047,297 | 5,336,976 | 4,625,925 | 3,377,640 |
| Preferred shareholders' equity | - | - | - | 71,900 | 56,600 |
| Common shareholders' equity | 950,438 | 842,799 | 738,601 | 548,859 | 337,263 |
| Total shareholders' equity | 950,438 | 842,799 | 738,601 | 620,759 | 393,863 |
| Tangible common equity (1) | 843,226 | 735,380 | 630,059 | 438,951 | 333,753 |
| | | | | | |
| **Statements of Operations** | | | | | |
| Interest income | $ 324,034 | $ 285,805 | $ 253,180 | $ 191,573 | $ 157,294 |
| Interest expense | 40,147 | 27,640 | 19,238 | 13,095 | 12,504 |
| Provision for credit losses | 8,971 | 11,331 | 14,638 | 10,879 | 9,602 |
| Noninterest income | 29,372 | 27,284 | 26,628 | 18,345 | 24,716 |
| Noninterest expense (2) | 118,552 | 115,016 | 110,716 | 99,728 | 84,579 |
| Income before taxes | 185,736 | 159,102 | 135,216 | 86,216 | 75,325 |
| Income tax expense (7) | 85,504 | 61,395 | 51,049 | 31,958 | 28,318 |
| Net income (2) (7) | 100,232 | 97,707 | 84,167 | 54,258 | 47,007 |
| Preferred dividends | - | - | 601 | 614 | 566 |
| Net income available to common shareholders (2) (7) | 100,232 | 97,707 | 83,566 | 53,644 | 46,441 |
| Total Revenue | 313,259 | 285,449 | 260,570 | 196,823 | 169,506 |

38

Table of Contents

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Years Ended December 31, | | | | | |
| (dollars in thousands except per share data) | 2017 | | 2016 | | 2015 | | 2014 | | 2013 |
| *Per Common Share Data (3)* | | | | | | | | | |
| Net income, basic (2) (7) | $ 2.94 | $ | 2.91 | $ | 2.54 | $ | 2.01 | $ | 1.81 |
| Net income, diluted (2) (7) | 2.92 | | 2.86 | | 2.50 | | 1.95 | | 1.76 |
| Book value (7) | 27.80 | | 24.77 | | 22.07 | | 18.21 | | 13.03 |
| Tangible book value (4) (7) | 24.67 | | 21.61 | | 18.83 | | 14.56 | | 12.89 |
| Common shares outstanding | 34,185,163 | | 34,023,850 | | 33,467,893 | | 30,139,396 | | 25,885,863 |
| Weighted average common shares outstanding, basic | 34,138,536 | | 33,587,254 | | 32,836,449 | | 26,683,759 | | 25,726,062 |
| Weighted average common shares outstanding, diluted | 34,320,639 | | 34,181,616 | | 33,479,592 | | 27,550,978 | | 26,358,611 |
| *Ratios* | | | | | | | | | |
| Net interest margin | 4.15% | | 4.16% | | 4.33% | | 4.44% | | 4.30% |
| Efficiency ratio (2) (5) | 37.84% | | 40.29% | | 42.49% | | 50.67% | | 49.90% |
| Return on average assets (2) (7) | 1.41% | | 1.52% | | 1.49% | | 1.31% | | 1.37% |
| Return on average common equity (2) (7) | 11.06% | | 12.27% | | 12.32% | | 13.50% | | 14.60% |
| CET1 capital (to risk weighted assets) (6) | 11.23% | | 10.80% | | 10.68% | | - | | - |
| Total capital (to risk weighted assets) | 15.02% | | 14.89% | | 12.75% | | 12.97% | | 13.01% |
| Tier 1 capital (to risk weighted assets) | 11.23% | | 10.80% | | 10.68% | | 10.39% | | 11.53% |
| Tier 1 capital (to average assets) | 11.45% | | 10.72% | | 10.90% | | 10.69% | | 10.93% |
| Tangible common equity ratio | 11.44% | | 10.84% | | 10.56% | | 8.54% | | 8.86% |
| | | | | | | | | | |
| *Asset Quality* | | | | | | | | | |
| Nonperforming assets and loans 90+ past due | $ 14,632 | $ | 20,569 | $ | 19,091 | $ | 35,667 | $ | 33,927 |
| Nonperforming assets and loans 90+ past due to total assets | 0.20% | | 0.30% | | 0.31% | | 0.68% | | 0.90% |
| Nonperforming loans to total loans | 0.21% | | 0.31% | | 0.26% | | 0.52% | | 0.84% |
| Allowance for credit losses to loans | 1.01% | | 1.04% | | 1.05% | | 1.07% | | 1.39% |
| Allowance for credit losses to nonperforming loans | 489.20% | | 330.49% | | 397.95% | | 205.30% | | 165.66% |
| Net charge-offs | $ 3,286 | $ | 4,945 | $ | 8,026 | $ | 5,724 | $ | 6,173 |
| Net charge-offs to average loans | 0.06% | | 0.09% | | 0.17% | | 0.17% | | 0.23% |

(1)  Tangible common equity, a non-GAAP financial measure, is defined as total common shareholders' equity reduced by goodwill and other intangible assets.

(2)  The reported figure includes the effect of $4.7 million of merger related expenses ($3.5 million net of tax), or $0.14 per diluted share, for the year ended December 31, 2014.

(3)  Presented giving retroactive effect to the 10% stock dividend paid on the common stock on June 14, 2013.

(4)  Tangible book value per common share, a non-GAAP financial measure, is defined as tangible common shareholders' equity divided by total common shares outstanding.

(5)  Computed by dividing noninterest expense by the sum of net interest income and noninterest income.

(6)  Not applicable to fiscal years prior to 2015.

(7)  The reported figure includes one time charges to reduce the carrying value of net deferred tax assets by $14.6 million, required as a result of the reduction in corporate income tax rates to 21% in the 2017 Tax Act. As the magnitude of the net deferred tax asset revaluation distorts the operational results of the Company, we present in the GAAP reconciliation below and in Management's Discussion and Analysis of Financial Condition and Results of Operations certain performance ratios excluding the effect of the net deferred tax asset revaluation during the year ended December 31, 2017. We believe this information is important to enable shareholders and other interested parties to assess the core operational performance of the Company.

Table of Contents

| Non- GAAP Reconciliation (Unaudited) | Years Ended December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (dollars in thousands except per share data) | | 2017 | | 2016 | | 2015 | | 2014 | | 2013 |
| Common shareholders' equity | $ | 950,438 | $ | 842,799 | $ | 738,601 | $ | 548,859 | $ | 337,263 |
| Less: Intangible assets | | (107,212) | | (107,419) | | (108,542) | | (109,908) | | (3,510) |
| **Tangible common equity** | $ | 843,226 | $ | 735,380 | $ | 630,059 | $ | 438,951 | $ | 333,753 |
| | | | | | | | | | | |
| Book value per common share | $ | 27.80 | $ | 24.77 | $ | 22.07 | $ | 18.21 | $ | 13.03 |
| Less: Intangible book value per common share | | (3.13) | | (3.16) | | (3.24) | | (3.65) | | (0.14) |
| **Tangible book value per common share** | $ | 24.67 | $ | 21.61 | $ | 18.83 | $ | 14.56 | $ | 12.89 |

| Non- GAAP Reconciliation (Unaudited) | | Year Ended December 31, 2017 | | Year Ended December 31, 2016 |
|---|---|---|---|---|
| (dollars in thousands except per share data) | | | | |
| Common shareholders' equity | $ | 950,438 | $ | 842,799 |
| Less: Intangible assets | | (107,212) | | (107,419) |
| **Tangible common equity** | $ | 843,226 | $ | 735,380 |
| | | | | |
| Book value per common share | $ | 27.80 | $ | 24.77 |
| Less: Intangible book value per common share | | (3.13) | | (3.16) |
| **Tangible book value per common share** | $ | 24.67 | $ | 21.61 |
| | | | | |
| Total assets | $ | 7,479,029 | $ | 6,890,096 |
| Less: Intangible assets | | (107,212) | | (107,419) |
| **Tangible assets** | $ | 7,371,817 | $ | 6,782,677 |
| **Tangible common equity ratio** | | 11.44% | | 10.84% |

40

Table of Contents

**Eagle Bancorp, Inc.**
**GAAP Reconciliation (Unaudited)**
(dollars in thousands except per share data)

| | Year Ended December 31, 2017 | | |
| --- | --- | --- | --- |
| | GAAP | Change | Non- GAAP |
| **Income Statements:** | | | |
| Income tax expense | 85,504 | (14,588) | 70,916 |
| Net income | $ 100,232 | (14,588) $ | 114,820 |
| | | | |
| **Earnings Per Common Share** | | | |
| Basic | $ 2.94 | $ 0.43 | $ 3.36 |
| Diluted | $ 2.92 | $ 0.42 | $ 3.35 |
| | | | |
| **Performance Ratios (annualized):** | | | |
| Return on average assets | 1.41% | | 1.62% |
| Return on average common equity | 11.06% | | 12.67% |

| | As of December 31, 2017 | | |
| --- | --- | --- | --- |
| | GAAP | Change | Non- GAAP |
| **Assets** | | | |
| Deferred income taxes | 28,770 | 14,588 | 43,358 |
| Total Assets | $ 7,479,029 | $ 14,588 | $ 7,493,617 |
| | | | |
| **Shareholders' Equity** | | | |
| Retained earnings | 431,544 | 14,588 | 446,132 |
| Total Shareholders' Equity | 950,438 | 14,588 | 965,026 |
| Total Liabilities and Shareholders' Equity | $ 7,479,029 | 14,588 | $ 7,493,617 |

41

Table of Contents

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

EAGLE BANCORP, INC.

March 1, 2018                                                         by:    /s/ Ronald D. Paul
                                                                                   Ronald D. Paul, Chairman, President and CEO

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Name | Position | Date |
| --- | --- | --- |
| /s/ Leslie M. Alperstein, Ph.D.<br>Leslie M. Alperstein, Ph.D. | Director | March 1, 2018 |
| /s/ Dudley C. Dworken<br>Dudley C. Dworken | Director | March 1, 2018 |
| /s/ Harvey M. Goodman<br>Harvey M. Goodman | Director | March 1, 2018 |
| /s/ Ronald D. Paul<br>Ronald D. Paul | Chairman, President and Principal Executive Officer of the Company | March 1, 2018 |

150

Table of Contents

| /s/ Norman R. Pozez<br>Norman R. Pozez | Director | March 1, 2018 |
| /s/ Kathy A. Raffa<br>Kathy A. Raffa | Director | March 1, 2018 |
| /s/ Susan G. Riel<br>Susan G. Riel | Director, Executive Vice President<br>of the Company | March 1, 2018 |
| /s/ Donald R. Rogers<br>Donald R. Rogers | Director | March 1, 2018 |
| /s/ Leland M. Weinstein<br>Leland M. Weinstein | Director | March 1, 2018 |
| /s/ Charles D. Levingston<br>Charles D. Levingston | Executive Vice President and<br>Chief Financial Officer of the Company<br>Principal Financial and Accounting Officer | March 1, 2018 |

151