**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, JAMES H. LANGMEAD, and LAURENCE E. BENSIGNOR, <br><br> Defendants. | Case No. 1:19-cv-06873-LGS |

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO**
**DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rule 201 of the Federal Rules of Evidence, Lead Plaintiff Anthony Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93 and Plaintiff Norfolk County Retirement System (collectively, "Plaintiffs") hereby request the Court to take judicial notice of the following documents in support of Plaintiffs' Opposition to the Motion to Dismiss filed by Defendants Eagle Bancorp Inc. ("Eagle"), Susan G. Riel, Ronald D. Paul, Charles D. Levingston, James H. Langmead, and Laurence E. Bensignor. For the reasons set forth below, judicial notice of the attached documents is appropriate.

## I.  STANDARD FOR JUDICIAL NOTICE

Rule 201(b) of the Federal Rules of Evidence provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Additionally, Rule 201(d) provides that "[a] court shall take judicial notice if requested by a party and supplied with the necessary information." The documents for which Plaintiffs seek judicial notice satisfy this standard.

## II.  PLAINTIFFS SUBMIT MATERIALS THAT ARE PROPER SUBJECTS FOR JUDICIAL NOTICE

Plaintiffs request that the Court take judicial notice of exhibits 1-2 attached hereto, which are respectively: (1) excerpts from Eagle's Form 10-K for the year ending December 31, 2019, filed with the Securities and Exchange Commission ("SEC") on March 2, 2020; and (2) excerpts from Eagle's Q1 2020 Earnings Call held on April 23, 2020.

"[A] district court may take judicial notice of the contents of relevant public disclosure documents required to be filed with the SEC as facts capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Kramer v. Time Warner*

1

*Inc.*, 937 F.2d 767, 774 (2d Cir. 1991); *see also, e.g.*, *In re Merrill Lynch & Co., Inc.*, 273 F. Supp. 2d 351, 357 (S.D.N.Y. 2003) (holding that courts can properly take judicial notice of "public disclosure documents required by law to be, and that have been, filed with the Securities and Exchange Commission"). Similarly, a court may take judicial notice of earnings call transcripts as they are "'capable of immediate determination by resort to accurate sources and not subject to reasonable dispute.'" *City of Miami Gen. Employees' & Sanitation Employees' Ret. Tr. v. RH, Inc.*, 302 F. Supp. 3d 1028, 1033 n.1 (N.D. Cal. 2018) (quoting *Primo v. Pac. Biosciences of Cal., Inc.*, 940 F. Supp. 2d 1105, 1115 n.1 (N.D. Cal. 2013).

Accordingly, judicially noting the following documents is appropriate:

1.    Eagle's 2019 Form 10-K, filed with the SEC on March 2, 2020 (excerpts attached as Ex. 1); and

2.    Eagle's Q1 2020 Earnings Call, held on April 23, 2020 (excerpts attached as Ex. 2).

## III.    CONCLUSION

For the foregoing reasons, the Court should grant Plaintiffs' request for judicial notice.

Dated:  May 15, 2020

**GLANCY PRONGAY & MURRAY LLP**

By:   *s/ Robert V. Prongay*
Robert V. Prongay
Jason L. Krajcer
Leanne H. Solish
Christopher R. Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Counsel for Lead Plaintiff and*
*Lead Counsel for the Class*

**LABATION SUCHAROW LLP**
Francis P. McConville
140 Broadway, 34th Floor
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: fmcconville@labaton.com

*Counsel for Norfolk County Retirement System*

3

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 15, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 15, 2020, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay