UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON and JAMES H. LANGMEAD,<br><br>      Defendants, | Case No. 1:19-cv-06873 (LGS)(KHP) |

## ~~PROPOSED~~ ORDER GRANTING WITHDRAWAL OF APPEARANCE OF JESSIE M. GABRIEL

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed affidavit, Jessie M. Gabriel, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendants Eagle Bancorp, Inc., Susan G. Riel, Ronald D. Paul, Charles D. Levingston and James H. Langmead.

**SO ORDERED**

 Lorna G. Schofield
_____
U.S.D.J.

Dated: October 1, 2020
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**