# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, JAMES H. LANGMEAD, and LAURENCE E. BENSIGNOR,<br><br>Defendants. | Civil Action No. 1:19-cv-06873-LGS |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiffs suggest on the record the death of Lead Plaintiff Anthony Cassinelli (Trustee of the Danilee Cassinelli Trust DTD 7-23-93) on May 29, 2020.

Dated:  November 25, 2020

**GLANCY PRONGAY & MURRAY LLP**

By: s/ *Robert V. Prongay*
Robert V. Prongay
Jason L. Krajcer
Leanne H. Solish
Christopher R. Fallon
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  rprongay@glancylaw.com
jkrajcer@glancylaw.com
lsolish@glancylaw.com
cfallon@glancylaw.com

*Counsel for Lead Plaintiff and*
*Lead Counsel for the Class*

**LABATION SUCHAROW LLP**
Francis P. McConville
140 Broadway, 34th Floor
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: fmcconville@labaton.com

*Counsel for Norfolk County Retirement System*

SUGGESTION OF DEATH
2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 25, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 25, 2020.

*s/ Robert V. Prongay*
Robert V. Prongay
