```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   SHIVA STEIN, et al.                                      :
                                  Plaintiffs                :
                                                            :     19 Civ. 6873 (LGS)
                        -against-                           :
                                                            :         ORDER
   EAGLE BANCORP, INC., et al.,                             :
                                  Defendants.               :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 25, 2020, Plaintiffs' counsel filed and served a notice of suggestion of death of Lead Plaintiff Anthony Cassinelli (Trustee of the Danilee Cassinelli Trust DTD 7-23-93 (the "Trust")) pursuant to Federal Rule of Civil Procedure ("Rule") 25(a)(1) and (3) (Dkt. No. 55);

WHEREAS, Danilee Cassinelli, Trustee of the Trust, filed a pre-motion letter requesting that she be substituted as lead plaintiff in the action pursuant to Rule 25(a)(1) (Dkt. No. 56). The letter was accompanied by a declaration in support of her motion to substitute, affirming that she is the surviving Trustee of the Trust, the financial interest of which Anthony Cassinelli formerly represented as Trustee in this action. The pre-motion letter states that Defendants take no position as to the request;

WHEREAS, Rule 25(a)(1) provides that a court may order substitution if a motion for substitution is made by the decedent's successor or representative within ninety (90) days after service of a statement noting the death. It is hereby

**ORDERED** that Danilee Cassinelli's pre-motion letter is construed as a motion for substitution, which is GRANTED. Danilee Cassinelli is substituted as lead plaintiff in this action.

The Clerk of Court is respectfully directed to replace "Anthony Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93" with "Danilee Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93" as Lead Plaintiff.

Dated: November 30, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**