**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   -against-<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, JAMES H. LANGMEAD, and LAURENCE E. BENSIGNOR,<br><br>   Defendants. | Case No.: 1:19-CV-06873-LGS |

**STIPULATION AND [PROPOSED] ORDER**
**STAYING PROCEEDINGS**

Lead Plaintiff Danilee Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93, and Defendants, by and through their respective counsel, stipulate as follows:

WHEREAS, Defendants' Motion to Dismiss (ECF No. 45) is fully briefed and pending as of June 15, 2020, without any request for oral argument;

WHEREAS, the parties believe the pendency of the Motion to Dismiss provides a productive time for settlement discussions;

WHEREAS, the parties have agreed to schedule a mediation with a neutral third-party mediator in the Spring of 2021; and

WHEREAS, the parties wish to avoid the expenditure of their and the Court's resources as they attempt to resolve the litigation,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to the Court's approval, as follows:

1. All proceedings including the pending Motion to Dismiss are stayed pending the parties' mediation;

2. The parties shall update the Court by January 25, 2021 on the mediation date.

1

DATED: December 23, 2020                    **BAKER & HOSTETLER, LLP**

    *s/ Douglas W. Greene*_____
Douglas W. Greene (admitted *pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Email: dgreene@bakerlaw.com

Genevieve York-Erwin
999 Third Avenue, Suite 3900
Seattle, WA 98104
Telephone: (206) 566-7079
Email: gyorkerwin@bakerlaw.com

*Counsel for Defendants*


DATED: December 23, 2020                    **GLANCY PRONGAY & MURRAY LLP**

    *s/ Robert V. Prongay*_____
Robert V. Prongay (admitted *pro hac vice*)
Jason L. Krajcer (admitted *pro hac vice*)
Leanne H. Solish (admitted *pro hac vice*)
Christopher R. Fallon (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
      jkrajcer@glancylaw.com
      lsolish@glancylaw.com
      cfallon@glancylaw.com

*Counsel for Lead Plaintiff and*
*Lead Counsel for the Class*

**LABATION SUCHAROW LLP**
Francis P. McConville
140 Broadway, 34th Floor
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: fmcconville@labaton.com

*Counsel for Norfolk County Retirement System*

2

Defendants' motion to dismiss at Dkt. No. 45 is DISMISSED without prejudice to renewal should the stay be lifted and the case proceed.

The Clerk of Court is respectfully directed to close Dkt. No. 45 and to stay the action.

**SO ORDERED.**

DATED:  December 24  , 2020
         New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

3