

Robert V. Prongay
rprongay@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.201.9150

April 15, 2021

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
E-Mail: SchofieldNYSDChambers@nysd.uscourts.gov

The parties' application is GRANTED. The stay of proceedings in this action is continued. The parties shall file a letter by **May 6, 2021**, providing an update on the mediation discussions.

SO ORDERED.

Dated: April 16, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:     Case No. 1:19-cv-06873-LGS, *Stein v. Eagle Bancorp, Inc. et al.*, Mediation Status Update

Dear Judge Schofield:

We represent Lead Plaintiff Danilee Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93 in the above action. We write with the consent of counsel for Defendants Eagle Bancorp, Inc., Susan G. Riel, Ronald D. Paul, Charles D. Levingston, James H. Langmead, and Laurence E. Bensignor to jointly inform the Court of the outcome of the mediation with Jed Melnick, Esq. on April 13, 2021, pursuant to this Court's Memo Endorsement filed on February 10, 2021 (Dkt. No. 63).

Although the parties did not reach an agreement to settle during the mediation, they believe the discussions were productive and have agreed to continue their discussions with the assistance of the mediator. As such, the parties request that the proceedings in this action continue to be stayed for an additional three weeks so that the parties may continue to work with Mr. Melnick to reach a potential resolution of the action.

We are available at the Court's convenience to answer any questions.

Very truly yours,

*s/ Robert V. Prongay*
Robert V. Prongay

cc:     All counsel of record