

Robert V. Prongay
rprongay@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.201.9150

May 6, 2021

**The parties' application is GRANTED. The stay of proceedings in this action is continued. The parties shall file a motion for preliminary approval of the settlement by June 21, 2021.**

**Dated: May 7, 2021**
**New York, New York**

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
E-Mail: SchofieldNYSDChambers@nysd.uscourts.gov

    Re:    *Stein v. Eagle Bancorp, Inc. et al.*, Case No. 1:19-cv-06873-LGS,
            <u>Mediation Status Update</u>

Dear Judge Schofield:

    We represent Lead Plaintiff Danilee Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93, in the above-referenced action. We write with the consent of counsel for Defendants Eagle Bancorp, Inc., Susan G. Riel, Ronald D. Paul, Charles D. Levingston, James H. Langmead, and Laurence E. Bensignor to jointly inform the Court of the outcome of the mediation with Jed Melnick, Esq. on April 13, 2021 and subsequent discussions with the mediator, pursuant to this Court's Memo Endorsement filed on April 16, 2021 (Dkt. No. 65).

    The parties have reached an agreement to settle all claims, subject to, among other items, definitive documentation reflecting customary terms, and the Court's approval. The parties are proceeding to document the settlement and anticipate filing a motion for preliminary approval in approximately 45 days. Accordingly, the parties respectfully request that the Court continue to stay this action pending the submission of that motion.

    We are available at the Court's convenience to answer any questions.

               Very truly yours,

               <u>s/ Robert V. Prongay</u>
               Robert V. Prongay

cc:    All counsel of record