

Leanne H. Solish
lsolish@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
T: (310) 201-9150

June 16, 2021

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

   Re: *Stein v. Eagle Bancorp, Inc., et al.*, Case No. 1:19-cv-06873-LGS
     <u>Joint Status Letter and Request for Extension</u>

Dear Judge Schofield:

  We represent Lead Plaintiff Danilee Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93, and additional plaintiff Norfolk County Retirement System (collectively, "Plaintiffs"), in the above-referenced litigation. We write to request an extension of the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Motion"). The deadline to file the Preliminary Approval Motion is currently Monday, June 21, 2021. ECF No. 67. Defendants consent to this request.

  The Parties are in the process of negotiating the settlement agreement and several documents related thereto, including the Preliminary Approval Order, Judgment, Long Notice, Summary Notice, and Claim Form. Having met and conferred, the Parties respectfully request the Court to order Plaintiffs to file the Preliminary Approval Motion by June 28, 2021. This is the Parties' first request for an extension.

          Respectfully submitted,

          *s/ Leanne H. Solish*
          Leanne H. Solish