UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    SHIVA STEIN,

                    Plaintiff,

              -against-                    19 Civ. 6873 (LGS)

    EAGLE BANCORP, INC., et al.,         **ORDER**

                    Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 16, 2021, Lead Plaintiff filed a letter requesting an extension of time to file a motion for preliminary approval of class action settlement. It is hereby

      **ORDERED** that Plaintiffs shall file their motion for preliminary approval of class action settlement by **June 28, 2021**.

      **ORDERED** that on **August 12, 2021, at 11:15 a.m.**, a preliminary approval hearing will be held on the following conference line: **888-363-4749, access code: 5583333**. It is further

      **ORDERED** that any opposition to the Preliminary Approval Motion shall be filed no later than **July 29, 2021**. Any opposition, objection or comment to the Preliminary Approval Motion shall not exceed fifteen (15) double-spaced pages.

Dated: June 18, 2021
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE