UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>        v.<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, JAMES H. LANGMEAD, and LAURENCE E. BENSIGNOR,<br><br>                        Defendants. | Case No. 1:19-cv-06873-LGS |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR:
(I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;
(II) CERTIFICATION OF THE SETTLEMENT CLASS; AND
(III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Lead Plaintiff Danilee Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93 ("Lead Plaintiff")[1] and additional named plaintiff Norfolk County Retirement System ("Norfolk" and together with Lead Plaintiff, "Plaintiffs"), on behalf of themselves and all others similarly situated, will respectfully move this Court on August 12, 2021, at 11:15 a.m., on the following conference line: 888-363-4749, access code: 5583333, or on such other date and time as may be designated by the Honorable Lorna G. Schofield, Courtroom 1106, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for entry of an Order: (i) granting Preliminary Approval of the proposed Settlement; (ii) certifying the putative Settlement Class for purposes of settlement only; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) setting a date for a final Settlement Hearing and deadlines for providing notice of the Settlement, the filing of Settlement Class Member objections, the submission of Settlement Class Member opt-out notices, the filing of Plaintiffs' motion for final approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and Litigation Expenses.

This motion is based upon the concurrently filed Memorandum of Law and the Solish Declaration, and other such matters and argument as the Court may consider at the hearing on this motion.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated June 28, 2021, which is attached as Exhibit 1 to the Declaration of Leanne H. Solish in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Solish Declaration"), filed concurrently herewith.

1

Defendants do not oppose this motion. Accordingly, Plaintiffs respectfully request that the Court enter the [Proposed] Order Preliminarily Approving Class Action Settlement and Providing for Notice.

Dated: June 28, 2021                               **GLANCY PRONGAY & MURRAY LLP**

By: /s/ Leanne H. Solish
Robert V. Prongay (*pro hac vice*)
Jason L. Krajcer (*pro hac vice*)
Leanne H. Solish (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
          jkrajcer@glancylaw.com
          lsolish@glancylaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Settlement Class*

LABATION SUCHAROW LLP
Francis P. McConville
140 Broadway, 34th Floor
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: fmcconville@labaton.com

*Counsel for Norfolk County Retirement System*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Leanne H. Solish*
Leanne H. Solish
