UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIVA STEIN,
                               Plaintiff,   :       19 Civ. 6873 (LGS)

          -against-            :       <u>ORDER</u>

EAGLE BANCORP, INC., et al.,
                             Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a preliminary approval hearing is scheduled for August 12, 2021, at 11:15 a.m.  It is hereby

       **ORDERED** that the preliminary approval hearing is adjourned to **August 12, 2021, at 11:45 a.m.** to accommodate the availability of a court reporter.  The hearing will be held on the following conference line: 888-363-4749, access code: 5583333.

Dated: August 10, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**