UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
SHIVA STEIN, et al.,                                          :
                                    Plaintiffs,               :
                                                              :          19 Civ. 6873 (LGS)
            -against-                                         :
                                                              :                ORDER
EAGLE BANCORP, INC., et al.,                                  :
                                    Defendants.               :
                                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a preliminary approval of class action settlement hearing was held on August 12, 2021;

WHEREAS, at the hearing, counsel for the putative class represented that they would submit certain supplemental materials in support of their motion for preliminary approval of class action settlement to the Court's e-mail inbox.  It is hereby

**ORDERED** that, by **August 19, 2021**, counsel for the putative class shall submit the following to the Court's e-mail inbox:  (1) a copy of the fee arrangement with JND Legal Administration, (2) a copy of the confidential supplemental agreement between the parties and (3) a copy of a revised proposed order of preliminary approval, with relevant attachments, in Word format.  The revisions shall correct the typographical errors in paragraph 9 of the proposed order and incorporate a reference to the Rule 23(e)(2) factors, as required by Rule 23(e)(1)(B)(i).

Dated: August 16, 2021
            New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**