

Joseph Cohen
jcohen@glancylaw.com
info@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.201.9150

December 15, 2021

Lead Counsel's application for leave to file in excess of the page
limitations set forth in Individual Rule III.B.3 is GRANTED.

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
E-Mail: SchofieldNYSDChambers@nysd.uscourts.gov

Dated: December 16, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:     *Stein v. Eagle Bancorp, Inc. et al*, Case No. 1:19-cv-06873-LGS

Dear Judge Schofield:

My firm serves as Court-appointed Lead Counsel for Plaintiffs and the Settlement Class in the above-referenced case (the "Action"). By Order dated August 16, 2021, the Court preliminarily approved the proposed settlement of the Action. ECF No. 77. The Court set the settlement hearing for January 20, 2022, and ordered that papers in support of final approval, the plan of allocation, and Lead Counsel's request for an award of attorneys' fees and reimbursement of Litigation Expenses be filed ***tomorrow, on December 16, 2021***. *Id*.

Plaintiffs respectfully request leave to file declarations and exhibits to declarations in excess of the limits set out in Rule III.B.3 of Your Honor's Individual Rules and Procedures for Civil Cases in support of: (i) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses. Specifically, Plaintiffs and Lead Counsel seek to file:

(i)     A declaration from Lead Counsel, exceeding 10 double-spaced pages. The declaration will set forth the factual basis for ***both*** motions and will assist the Court and settlement class members in evaluating the settlement and the relief requested. It will contain approximately 13 exhibits, including unreported slip opinions, a table of law firm billing rates, excerpts from empirical studies on securities class actions and attorneys' fees, and declarations from the Lead Plaintiff, the additional named plaintiff, the two Plaintiffs' Counsel, and the claims administrator;

(ii)    A declaration from Luiggy Segura who works for JND, the Court-appointed claims administrator, which includes multiple exhibits that in total exceed 15 pages. The

Hon. Lorna G. Schofield
December 15, 2021
Page 2


       declaration will attest to, among other things, the implementation of the class action notice program; and

(iii)    Exhibits to certain of the foregoing declarations, which exceed a total of 15 pages.  Lead Counsel has endeavored to provide excerpts, as opposed to full documents, wherever possible.

       I sincerely apologize for the lateness of this request and respectfully ask the Court to grant leave to file the above-listed declarations and exhibits in excess of the limits set out in Rule III.B.3.

Very truly yours,


*s/ Joseph D. Cohen*
Joseph D. Cohen


JC/JDC