# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, JAMES H. LANGMEAD, and LAURENCE E. BENSIGNOR,<br><br>Defendants. | Case No. 1:19-cv-06873-LGS |

**DECLARATION OF LUIGGY SEGURA REGARDING:**
**(A) MAILING OF THE NOTICE PACKET; (B) PUBLICATION OF THE SUMMARY**
**NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, LUIGGY SEGURA, declare as follows:

1.      I am a Senior Director at JND Legal Administration ("JND"). Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, filed August 16, 2021 (ECF No. 77) (the "Preliminary Approval Order"), JND was appointed to serve as the Claims Administrator in connection with the proposed settlement of the above-captioned action (the "Action").[1] I submit this Declaration in order to provide the Court and the parties to the Action information regarding the mailing of the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") and the Proof of Claim Form and Release (the "Claim Form," together with the Notice, the "Notice Packet"), which is to be mailed to Settlement Class Members, as well as updates concerning other aspects of the

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed in the Stipulation and Agreement of Settlement, dated June 28, 2021 (ECF No. 72-1) (the "Stipulation").

settlement administration process. The following statements are based on my personal knowledge and information provided to me by other experienced JND employees, and, if called as a witness, I could, and would testify competently thereto.

## MAILING OF THE NOTICE PACKET

2. Pursuant to the Preliminary Approval Order, JND was responsible for disseminating the Notice Packet to potential members of the Settlement Class. A sample of the Notice Packet is attached hereto as Exhibit A.

3. On September 7, 2021, JND received from Defendants' Counsel the names and addresses of persons who purchased or otherwise acquired Eagle Bancorp, Inc. ("Eagle" or the "Company") common stock ("Eagle Common Stock") and/or call options ("Eagle Call Options") and/or wrote put options ("Eagle Put Options") (collectively, "Eagle Securities") between March 2, 2015 and July 17, 2019, inclusive (the "Settlement Class Period"). This list contained a total of 1,020 unique names. Prior to mailing the Notice Packets, JND verified the mailing records through the National Change of Address ("NCOA") database to ensure the most current address was being used. As a result, 39 addresses were updated with new addresses, and on September 14, 2021, JND mailed 1,020 Notice Packets via First-Class mail to potential Settlement Class Members.

4. JND also researched filings with the U.S. Securities and Exchange Commission (the "SEC") on Form 13-F to identify additional institutions or entities who may have purchased or otherwise acquired Eagle Securities during the Settlement Class Period. As a result, on September 14, 2021, JND mailed Notice Packets via First-Class mail to the 637 institutions and/or entities identified.

5. As in most securities class actions, a large majority of Settlement Class Members are beneficial purchasers whose securities are held in "street name," *i.e.*, the securities are

purchased by brokerage firms, banks, institutions or other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. JND maintains a proprietary database with the names and addresses of the most common banks and brokerage firms, nominees and known third party filers. JND mailed Notice Packets via First-Class mail to 4,085 banks, brokerage firms, nominees and known third-party filers on September 14, 2021.

6.      The Notice requested all persons who purchased or otherwise acquired shares of Eagle Bancorp Securities during the Settlement Class Period for the benefit of another person or entity shall send the Notice Packet to all beneficial owners of such Eagle Bancorp Inc Securities within seven (7) calendar days after receipt thereof, or send a list of the names and addresses of such beneficial owners to the Settlement Administrator within seven (7) calendar days.

7.      Based on all the sources of information described above, on September 14, 2021, JND mailed a total of 5,742 Notice Packets via First-Class mail (the "Initial Mailing").

8.      JND also posted the Notice for brokers and nominees on the Depository Trust Company's ("DTC") Legal Notice System ("LENS") service. This service is made available to all brokers/nominees who use the DTC. The DTC LENS is a place for legal notices to be posted pertaining to publicly traded companies.

9.      In a further attempt to garner broker responses, JND reached out via telephone to 50 of the largest firms from the broker/nominee and third-party filer community.

10.     JND also caused reminder postcards to be mailed by First-Class mail, postage prepaid, to the nominees in the Broker Database who did not respond to the Initial Mailing. The postcard advised nominees of their obligation to facilitate notice of the Settlement to their clients who purchased or otherwise acquired Eagle Securities during the Settlement Class Period.

11.     Following the Initial Mailing, JND received an additional 14,743 unique names and

addresses of potential Settlement Class Members from individuals, brokers and/or nominees requesting Notice Packets to be mailed to such persons or entities.  JND has also received requests from brokers and other nominee holders for 14,963 Notice Packets that will be forwarded by the nominees to their customers.

12.    As a result of the efforts described above, as of December 2, 2021, JND mailed a total of 35,448 Notice Packets to potential Settlement Class Members, brokers, and/or nominee holders.

## PUBLICATION OF THE SUMMARY NOTICE

13.    Pursuant to the Preliminary Approval Order, JND is also responsible for publishing the Summary Notice.  Accordingly, JND caused the Summary Notice to be published once in *Investor's Business Daily* on September 27, 2021, and to be transmitted once over the *PR Newswire* on September 27, 2021.  Attached hereto as Exhibit B are the publications for *Investor's Business Daily* and *PR Newswire*.

## TELEPHONE HELPLINE

14.    Beginning on or about September 14, 2021, JND established and continues to maintain a toll-free telephone number (1-833-677-1091) for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form.  The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further assistance have the option to be transferred to a live operator during business hours. JND continues to maintain the telephone helpline and will update the interactive voice response system as necessary throughout the administration of the Settlement. As of December 2, 2021, JND has received approximately 257 calls.

**SETTLEMENT WEBSITE**

15.     To further assist potential Settlement Class Members, JND, in coordination with Lead Counsel, designed, implemented, and currently maintains a website dedicated to the Settlement, www.EagleSecuritiesSettlement.com (the "Settlement Website").   The Settlement Website became operational on or about September 14, 2021, and is accessible 24 hours a day, 7 days a week.   Among other things, the Settlement Website includes general information regarding the Settlement, lists the exclusion, objection, and claim filing deadlines, as well as the date and time of the Court's Settlement Hearing.  JND also posted to the Settlement Website copies of the Stipulation, Preliminary Approval Order, Notice, Claim Form, and other relevant Court documents.

16.     The Settlement Website will continue to be updated with relevant case information and Court documents.  The Settlement Website also provides potential Settlement Class Members the option to submit their Claim online via the website.  Potential Settlement Class Members can enter their Claim information via the online portal, complete the Claim Form, and upload all required documentation.

17.     As of December 2, 2021, the Settlement Website had 4,859 page views from 901 unique users.

**REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE**

18.     The Notice, Summary Notice, and Settlement Website all inform potential Settlement Class Members that requests for exclusion are to be sent to the Claims Administrator, such that they are received no later than December 30, 2021.  The Notice sets forth the information that must be included in any such requests for exclusion.

19.     As of December 2, 2021, JND has received no requests for exclusion.

20.     JND will submit a supplemental declaration after the December 30, 2021 deadline addressing any additional requests for exclusion received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 3rd, 2021, at New Hyde Park, New York.

_Luiggy Segura_
Luiggy Segura

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:19-cv-06873-LGS |
| Plaintiff, | |
| v. | |
| EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, JAMES H. LANGMEAD, and LAURENCE E. BENSIGNOR, | |
| Defendants. | |

**NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

*A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.*

**NOTICE OF PENDENCY OF CLASS ACTION:**  Please be advised that your rights may be affected by the above-captioned securities class action (the "Action")[1] pending in the United States District Court for the Southern District of New York (the "Court"), if, during the period between March 2, 2015 and July 17, 2019, inclusive (the "Settlement Class Period"), you purchased or otherwise acquired Eagle common stock ("Eagle Common Stock") and/or call options on Eagle Common Stock ("Eagle Call Options"), and/or wrote put options on Eagle Common Stock ("Eagle Put Options"), and were damaged thereby.[2]

**NOTICE OF SETTLEMENT:**  Please also be advised that the Court-appointed Lead Plaintiff Danilee Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93 ("Lead Plaintiff") and additional plaintiff Norfolk County Retirement System ("Norfolk") (together with Lead Plaintiff, "Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in ¶23 below), have reached a proposed settlement of the Action for $7,500,000 in cash that, if approved, will resolve all claims in the Action (the "Settlement").

---

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated June 28, 2021 (the "Stipulation"), which is available at www. EagleSecuritiesSettlement.com.  Eagle Bancorp, Inc. is referred to herein as "Eagle" or the "Company."

[2] Eagle Common Stock, Call Options, and Put Options are collectively referred to herein as "Eagle Securities."

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

**PLEASE READ THIS NOTICE CAREFULLY.  This Notice explains important rights you may have, including the possible receipt of cash from the Settlement.  If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact Eagle, any other Defendants in the Action, or their counsel.  All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶85 below).**

1.    **Description of the Action and the Settlement Class:**  This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendants Eagle, Ronald D. Paul ("Paul"), Susan G. Riel ("Riel"), Charles D. Levingston ("Levingston"), James H. Langmead ("Langmead"), and Laurence E. Bensignor ("Bensignor") (collectively, the "Defendants")[3] violated the federal securities laws by making false and misleading statements regarding Eagle.  A more detailed description of the Action is set forth in paragraphs 11-22 below.  The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 23 below.

2.    **Statement of the Settlement Class's Recovery:**  Subject to Court approval, Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $7,500,000 in cash (the "Settlement Amount") to be deposited into an escrow account.  The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, and (d) any attorneys' fees awarded by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class.  The proposed plan of allocation (the "Plan of Allocation") is set forth on pages 12-20 below.

3.    **Estimate of Average Amount of Recovery Per Share:**  Based on Plaintiffs' damages expert's estimates the conduct at issue in the Action affected approximately 20.2 million shares of Eagle Common Stock purchased during the Settlement Class Period.  If all eligible Settlement Class Members elect to participate in the Settlement, the estimated average recovery would be approximately $0.37 per affected share (before the deduction of any Court-approved fees, expenses and costs as described herein).  Settlement Class Members should note, however, that the foregoing average recovery per share is only an estimate.  Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased/acquired or sold their Eagle Common Stock, and the total number of valid Claim Forms submitted.  Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* pages 12-20 below) or such other plan of allocation as may be ordered by the Court.

4.    **Average Amount of Damages Per Share or Option:**  The Parties do not agree on the average amount of damages per share or option that would be recoverable if Plaintiffs were to prevail in the Action.  Among other things, Defendants do not agree with the Plaintiffs' assertion that Defendants violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of Defendants' conduct.

---

[3]  Defendants Paul, Riel, Levingston, Langmead, and Bensignor are collectively referred to herein as the "Individual Defendants."

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

2

5.    **Attorneys' Fees and Expenses Sought:**  Plaintiffs' Counsel, which have been prosecuting the Action on a wholly contingent basis since its inception in 2019, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action.  Court-appointed Lead Counsel, Glancy Prongay & Murray LLP, will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33⅓% of the Settlement Fund.  In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $105,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class. Any fees and expenses awarded by the Court will be paid from the Settlement Fund.  Settlement Class Members are not personally liable for any such fees or expenses.  If the maximum amounts are requested and the Court approves Lead Counsel's fee and expense application, the estimated average amount of fees and expenses, assuming claims are filed for all affected shares will be approximately $0.13 per affected share of Eagle Common Stock.

6.    **Identification of Attorneys' Representatives:**  Plaintiffs and the Settlement Class are represented by Leanne Heine Solish, Esq. of Glancy Prongay & Murray LLP, 1925 Century Park East, Suite 2100, Los Angeles, California, (888) 773-9224, settlements@glancylaw.com.

7.    **Reasons for the Settlement:**  Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation.  Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action and the likely appeals that would follow a trial.  This process could be expected to last several years.  Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

3

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM ONLINE OR POSTMARKED NO LATER THAN JANUARY 12, 2022.** | This is the only way to be eligible to receive a payment from the Settlement Fund.  If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in ¶32 below) that you have against Defendants and the other Defendants' Releasees (defined in ¶33 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN DECEMBER 30, 2021.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund.  This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiffs' Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN DECEMBER 30, 2021.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them.  You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING ON JANUARY 20, 2022 AT 11:45A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN DECEMBER 30, 2021.** | Filing a written objection and notice of intention to appear by December 30, 2021 allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses.  If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund.  You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

4

| WHAT THIS NOTICE CONTAINS |
|:---:|

Why Did I Get This Notice? ....................................................................................Page 5

What Is This Case About? .......................................................................................Page 6

How Do I Know If I Am Affected By The Settlement?

   Who Is Included In The Settlement Class?..............................................................Page 7

What Are Plaintiffs' Reasons For The Settlement?..................................................Page 8

What Might Happen If There Were No Settlement? ...............................................Page 9

How Are Settlement Class Members Affected By The Action

   And The Settlement?.............................................................................................Page 9

How Do I Participate In The Settlement?  What Do I Need To Do?..................................Page 11

How Much Will My Payment Be?............................................................................Page 11

What Payment Are The Attorneys For The Settlement Class Seeking?

   How Will The Lawyers Be Paid? ..........................................................................Page 20

What If I Do Not Want To Be A Member Of The Settlement Class?

   How Do I Exclude Myself? ...................................................................................Page 20

When And Where Will The Court Decide Whether To Approve The Settlement?

   Do I Have To Come To The Hearing?  May I Speak At The Hearing If I

   Don't Like The Settlement?...................................................................................Page 21

What If I Bought Shares On Someone Else's Behalf? ...........................................Page 22

Can I See The Court File?  Whom Should I Contact If I Have Questions? ........................Page 23

| WHY DID I GET THIS NOTICE? |
|:---:|

8.    The Court directed that this Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired Eagle Common Stock and/or Eagle Call Options, or wrote Eagle Put Options during the Settlement Class Period.  The Court has directed us to send you this Notice because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.  Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights.  If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the claims administrator selected by Lead Plaintiffs and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.    The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so.  It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation and the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing").  *See* paragraph 76 below for details about the Settlement Hearing, including the date and location of the hearing.

10.   The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement.  If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing.  Please be patient, as this process can take some time to complete.

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

| WHAT IS THIS CASE ABOUT? |
|---|

11.    On July 24, 2019, the instant action entitled, *Stein v. Eagle Bancorp, Inc., et al.*, Case No. 1:19-cv-06873-LGS (the "Action"), was filed by Shiva Stein in the United States District Court for Southern District of New York.

12.    By Order dated November 7, 2019, the Court appointed Anthony Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93 as lead plaintiff and approved Glancy Prongay & Murray LLP as Lead Counsel for the proposed class.

13.    On April 2, 2020, Defendants filed and served a motion to dismiss the Complaint and a request for judicial notice.  On May 15, 2020, lead plaintiff Anthony Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93 and Norfolk filed and served their papers in opposition to Defendants' motion to dismiss and a request for judicial notice.  On June 15, 2020, Defendants filed and served their reply papers.

14.    On November 30, 2020 the Court substituted Danilee Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93, as lead plaintiff in this Action (ECF No. 57), following Plaintiffs' Counsel's notice of suggestion of death and request for substitution of the lead plaintiff.

15.    On December 23, 2020, Plaintiffs and Defendants filed a stipulation requesting the Court to stay all proceedings pending the Parties participation in a mediation session overseen by Jed Melnick, Esq. of JAMS.  On December 27, 2020, the Court granted the Parties' request for a  stay of all proceedings in light of the upcoming mediation.

16.    On April 13, 2021, Lead Counsel and Defendants' Counsel participated in a full-day virtual mediation session before Mr. Melnick.  In advance of that session, the Parties exchanged, and provided to Mr. Melnick, detailed mediation statements and exhibits which addressed the issues of both liability and damages.  Although discussions were productive, the session ended without an agreement to settle the Action being reached.

17.    On April 15, 2021, counsel for Plaintiffs, with Defendants' Counsel's consent, jointly updated the Court on the results of mediation.  Lead Counsel informed the Court that while the Parties did not reach an agreement to settle during the mediation session, discussions were productive and the Parties agreed to continue their discussions with the assistance of Mr. Melnick. In light of the Parties' progress, Lead Counsel requested that the proceedings in the Action continue to be stayed for an additional three weeks.  On April 16, 2021, the Court granted the Parties' application, continued the stay of proceedings in this Action, and requested an update on the mediation discussions by May 6, 2021.

18.    Following the mediation session, the Parties continued their discussions with Mr. Melnick, which culminated in Mr. Melnick making a settlement proposal for the Parties' consideration, which both sides accepted.  The Parties thereafter memorialized the settlement in a confidential Memorandum of Understanding (the "MOU") executed on April 21, 2021.  The MOU sets forth, among other things, the Parties' agreement to settle and release all claims asserted against Defendants in the Action in return for a cash payment by or on behalf of Defendants of $7,500,000.00 for the benefit of the Settlement Class.

19.    Based on the investigation and mediation of the case and Plaintiffs' direct oversight of the prosecution of this matter and with the advice of their counsel, each of the Plaintiffs has agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things, (a) the substantial financial benefit that

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

6

Plaintiffs and the other members of the Settlement Class will receive under the proposed Settlement; and (b) the significant risks and costs of continued litigation and trial.

20.    On January 21, 2020, lead plaintiff Anthony Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93 and Norfolk filed and served their Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") asserting claims against all Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, and against the Individual Defendants under Section 20(a) of the Exchange Act.  Among other things, the Complaint alleged that Defendants made materially false and misleading statements and/or omissions about: (a) Eagle's related-party loan figures for fiscal years 2014 through 2017; (b) the terms of Eagle's related-party loans and their approval process; (c) Defendants' attestations as to the effectiveness of Eagle's internal controls and SOX Certifications; and (d) Defendants' denials of a report issued by Marcus Aurelius Value that was critical of Eagle and claimed that Eagle materially underreported its related-party loan figures. The Complaint further alleged that the prices of Eagle publicly-traded securities were artificially inflated as a result of Defendants' allegedly false and misleading statements and/or omissions, and declined when the purported truth was revealed.

21.    Defendants are entering into the Stipulation solely to eliminate the uncertainty, burden and expense of further protracted litigation.  Each of the Defendants denies any wrongdoing, and the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants, or any other of the Defendants' Releasees (defined in ¶33 below), with respect to any claim or allegation of any fault or liability or wrongdoing or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted. Similarly, the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any Plaintiff of any infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

22.    On August 16, 2021, the Court preliminarily approved the Settlement, authorized this Notice to be disseminated to potential Settlement Class Members, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

---

**HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?**
**WHO IS INCLUDED IN THE SETTLEMENT CLASS?**

---

23.    If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded.  The Settlement Class consists of:

> all persons and entities who or which purchased or otherwise acquired Eagle Common Stock and/or Eagle Call Options, and/or wrote Eagle Put Options between March 2, 2015 and July 17, 2019, inclusive (the "Settlement Class Period"), and were damaged thereby.[4]

Excluded from the Settlement Class are: (1) persons who suffered no compensable losses; and (2) (a) Defendants; (b) the legal representatives, heirs, successors, assigns, and members of the Immediate Families of the Individual Defendants; (c) the parents, subsidiaries, assigns, successors,

---

[4] Exchange-traded options are traded in units called "contracts," which entitle the holder to buy (in the case of a call) or sell (in the case of a put) 100 shares of the underlying security, which in this case is Eagle Common Stock.

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

7

predecessors, and affiliates of Eagle; (d) any persons who served as officers and/or directors of Eagle during the Settlement Class Period; (e) any entity in which any of the foregoing (a) – (d) excluded persons have or had a majority ownership interest during the Settlement Class Period; (f) any trust of which any Individual Defendants is the grantor or settlor or which is for the benefit of any Individual Defendant and/or member(s) of his or her Immediate Family; and (g) Defendants' liability insurance carriers.  Also excluded from the Settlement Class are any persons or entities who or which exclude themselves by submitting a request for exclusion in accordance with the requirements set forth in this Notice.  *See* "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself," on page 20 below.

**PLEASE NOTE:  RECEIPT OF THIS NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.  IF YOU ARE A SETTLEMENT CLASS MEMBER AND YOU WISH TO BE ELIGIBLE TO PARTICIPATE IN THE DISTRIBUTION OF PROCEEDS FROM THE SETTLEMENT, YOU ARE REQUIRED TO SUBMIT THE CLAIM FORM THAT IS BEING DISTRIBUTED WITH THIS NOTICE AND THE REQUIRED SUPPORTING DOCUMENTATION AS SET FORTH THEREIN POSTMARKED OR SUBMITTED ONLINE NO LATER THAN JANUARY 12, 2022.**

| WHAT ARE PLAINTIFFS' REASONS FOR THE SETTLEMENT? |
|---|

24.    Plaintiffs and Lead Counsel believe that the claims asserted against Defendants have merit. They recognize, however, the expense and length of continued proceedings necessary to pursue their claims against Defendants through trial and appeals, as well as the very substantial risks they would face in establishing liability and damages.  For example, Defendants assert that their statements were not materially false and misleading, but rather were true statements of opinion, and, that furthermore, the alleged false and misleading statements were not made with the requisite state of mind to support the securities fraud claims alleged.  Defendants further argued that Plaintiffs' losses were not causally connected to the alleged false and misleading statements.  Even if the hurdles to establishing liability were overcome, the amount of damages that could be attributed to the allegedly false statements would be hotly contested because other allegations and disclosures were made along with the alleged disclosures of the alleged fraud.  Plaintiffs would have to prevail at several stages – motions to dismiss, class certification, and for summary judgment, trial, and if they prevailed on those, on the appeals that were likely to follow.  Thus, there were very significant risks attendant to the continued prosecution of the Action.

25.    In light of these risks, the amount of the Settlement and the immediacy of recovery to the Settlement Class, Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable and adequate, and in the best interests of the Settlement Class.  Plaintiffs and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $7,500,000 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller, or no recovery after summary judgment, trial and appeals, possibly years in the future.

26.    Defendants have denied the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever.  Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation.  Accordingly, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

8

| WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT? |
| :---: |

27.   If there were no Settlement and Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Plaintiffs nor the other Settlement Class Members would recover anything from Defendants.  Also, if Defendants succeeded in proving any of their defenses, either at summary judgment, at trial or on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

| HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT? |
| :---: |

28.   As a Settlement Class Member, you are represented by Plaintiffs and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense.  You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," below.

29.   If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?," below.

30.   If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," below.

31.   If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court.  If the Settlement is approved, the Court will enter a judgment (the "Judgment").  The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Plaintiffs and each of the other Settlement Class Members, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, will have fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Plaintiffs' Claim (as defined in ¶32 below) against the Defendants' Releasees (as defined in ¶33 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

32.   "Released Plaintiffs' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether accrued or unaccrued, whether asserted or unasserted, whether arising under federal, state, common or foreign law, that Plaintiffs or any other member of the Settlement Class (i) asserted in the Complaint, or (ii) could have asserted in any forum that arise out of or are based upon the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth, or referred to in the Complaint and that relate to the purchase or acquisition of Eagle Common Stock and/or Eagle Call Options, and/or the writing of Eagle Put Options, during the Settlement Class Period.  Released Plaintiffs' Claims do not include (i) any claims relating to the enforcement of the Settlement, (ii) any claims asserted in the action pending in the Superior Court of the District of Columbia, Civil Division,

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

9

Case No. 2021 CA 000326 B; and (iii) any claims of any person or entity who or which submits a request for exclusion that is accepted by the Court.

33.    "Defendants' Releasees" means: (i) Defendants; (ii) for each Defendant, their respective attorneys (including Defendants' Counsel), accountants, assigns, assignees, insurers, reinsurers, consultants, agents, experts, and any entity in which any Defendant has or had a controlling interest, in their capacities as such; (iii) for Eagle, its current and former officers, directors, parents, affiliates, subsidiaries, successors, predecessors, employees, administrators,  and auditors, in their capacities as such; and (iv) for the Individual Defendants, their respective Immediate Family members, heirs, executors, beneficiaries, and any trust of which any Defendant is the grantor or settlor or which is for the benefit of any Defendant and/or member(s) of his or her Immediate Family, in their capacities as such.

34.    "Unknown Claims" means any Released Plaintiffs' Claims which any Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendants' Releasee does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her, or it, might have affected his, her or its decision(s) with respect to this Settlement.  With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Plaintiffs and Defendants shall expressly waive, and each of the other Settlement Class Members and each of the other Defendants' Releasees shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims which the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor or released party.

Plaintiffs and Defendants acknowledge, and each of the other Settlement Class Members and each of the other Defendants' Releasees shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

35.    The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, will have fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Defendants' Claim (as defined in ¶36 below) against Plaintiffs and the other Plaintiffs' Releasees (as defined in ¶37 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees.

36.    "Released Defendants' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether accrued or unaccrued, whether asserted or unasserted, whether arising under federal, state, common or foreign law, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Defendants.  Released Defendants' Claims do not include any claims relating to the enforcement of the Settlement or any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

10

37.   "Plaintiffs' Releasees" means Plaintiffs, all other plaintiffs in the Action, their respective attorneys, and all other Settlement Class Members, and their respective current and former officers, directors, agents, trusts, trustees, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, employees, and attorneys, in their capacities as such.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?  WHAT DO I NEED TO DO?

38.   To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and timely complete and return the Claim Form with adequate supporting documentation **postmarked or submitted online no later than January 12, 2022**.  A Claim Form is included with this Notice, or you may obtain one from the website maintained by the Claims Administrator for the Settlement, www.EagleSecuritiesSettlement.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll free at 833-677-1091.  Please retain all records of your ownership of and transactions in Eagle Securities, as they may be needed to document your Claim.  If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

39.   At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

40.   Pursuant to the Settlement, Defendants have agreed to pay or caused to be paid seven million five hundred thousand dollars ($7,500,000.00) in cash.  The Settlement Amount will be deposited into an escrow account.  The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund."  If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees and Litigation Expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

41.   The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

42.   Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final.  Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the plan of allocation.

43.   Approval of the Settlement is independent from approval of a plan of allocation.  Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

11

44.    Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked or submitted online on or before **January 12, 2022** shall be fully and forever barred from receiving payments pursuant to the Settlement, but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given.  This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶32 above) against the Defendants' Releasees (as defined in ¶33 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

45.    Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Eagle Securities held through the ERISA Plan in any Claim Form that they may submit in this Action.  They should include ONLY those shares that they purchased, acquired or sold outside of the ERISA Plan.  Claims based on any ERISA Plan's purchases or acquisitions of Eagle Securities during the Settlement Class Period may be made by the plan's trustees.  To the extent any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in the ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

46.    The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

47.    Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

48.    Only Settlement Class Members, *i.e.*, persons and entities who purchased or otherwise acquired Eagle Common Stock and/or Eagle Call Options, and/or wrote Eagle Put Options, during the Settlement Class Period and were damaged as a result of such purchases, acquisitions and/or sales will be eligible to share in the distribution of the Net Settlement Fund.  Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms.  The only securities that are included in the Settlement are the Eagle Securities.

## PROPOSED PLAN OF ALLOCATION

49.    The objective of the Plan of Allocation is to equitably distribute the Settlement proceeds to those Settlement Class Members who suffered economic losses as a proximate result of the alleged wrongdoing.  The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial.  Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement.  The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

50.    The Plan of Allocation generally measures the amount of loss that a Settlement Class Member can claim for purposes of making *pro rata* allocations of the cash in the Net Settlement Fund to Authorized Claimants.  The Plan of Allocation is not a formal damage analysis.  Recognized Loss Amounts are based primarily on the price declines observed over the period which Plaintiffs allege corrective information was entering the market place.  In this case, Plaintiffs

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

12

allege that Defendants made false statements and omitted material facts between March 2, 2015 through and including July 17, 2019, which had the effect of artificially inflating the prices of Eagle Securities.  The estimated alleged artificial inflation in the price of Eagle Common Stock during the Settlement Class Period is reflected in Table 1 below.  The computation of the estimated alleged artificial inflation in the price of Eagle Common Stock during the Settlement Class Period is based on certain misrepresentations alleged by Plaintiffs and the price change in the stock, net of market- and industry-wide factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by Plaintiffs.

51.    In order to have recoverable damages, disclosure of the alleged misrepresentations must be the cause of the decline in the price of the Eagle Security.  Alleged corrective disclosures that removed the artificial inflation from the prices of the Eagle Securities occurred on December 1, 2017 and July 18, 2019 (the "Corrective Disclosure Dates").  Accordingly, in order to have a Recognized Loss Amount:

(a)    Eagle Common Stock and Call Options purchased or otherwise acquired, or Eagle Put Options written, during the period March 2, 2015 through November 30, 2017, inclusive, must have been held (or open in the case of Eagle Put Options) at the opening of trading on December 1, 2017.

(b)    Eagle Common Stock and Call Options purchased or otherwise acquired, or Eagle Put Options written, during the period December 1, 2017 through July 17, 2019, inclusive, must have been held (or open in the case of Eagle Put Options) at the opening of trading on July 18, 2019.

52.    To the extent a Claimant does not satisfy one of the conditions set forth in the preceding paragraph, his, her or its Recognized Loss Amount for those transactions will be zero.

| Table 1 | | |
| Artificial Inflation in Eagle Common Stock | | |
| **From** | **To** | **Per-Share Price Inflation** |
| --- | --- | --- |
| March 2, 2015 | November 30, 2017 | $30.74 |
| December 1, 2017 | July 17, 2019 | $14.70 |
| July 18, 2019 | Thereafter | $0.00 |

53.    The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss Amount for Eagle Common Stock.  The limitations on the calculation of the Recognized Loss Amount imposed by the PSLRA are applied such that losses on Eagle Common Stock purchased during the Settlement Class Period and held as of the close of the 90-day period subsequent to the Settlement Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such stock and its average price during the 90-Day Lookback Period.  The Recognized Loss Amount on Eagle Common Stock purchased during the Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such stock and its rolling average price during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

54.    In the calculations below, all purchase and sale prices shall exclude any fees, taxes and commissions.  If a Recognized Loss Amount is calculated to be a negative number, that Recognized Loss Amount shall be set to zero.  Any transactions in Eagle Securities executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

13

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

55.   Based on the formulas set forth below, a "Recognized Loss Amount" shall be calculated for each purchase or acquisition of Eagle Common Stock and Call Options, and for each writing of Eagle Put Options, during the Settlement Class Period that is listed in the Claim Form and for which adequate documentation is provided.

### Eagle Common Stock

For each share of Eagle Common Stock purchased or otherwise acquired during the Settlement Class Period (*i.e.*, March 2, 2015 through July 17, 2019, inclusive), the Recognized Loss Amount per share shall be calculated as follows:

I.   For each share of Eagle Common Stock purchased during the period March 2, 2015 through November 30, 2017, inclusive,

   a.   that was sold prior to December 1, 2017, the Recognized Loss Amount is $0.

   b.   that was sold during the period December 1, 2017 through July 17, 2019, inclusive, the Recognized Loss Amount is the lesser of:

      i.      $16.04; or

      ii.     the purchase price *minus* the sale price.

   c.   that was sold during the period July 18, 2019 through October 15, 2019, inclusive (*i.e.*, the 90-Day Lookback Period), the Recognized Loss Amount is *the lesser of*:

      i.      $30.74; or

      ii.     the purchase price *minus* the sale price; or

      iii.    the purchase price *minus* the "90-Day Lookback Value" on the date of sale as provided in Table 2 below.

   d.   that was sold or held after October 15, 2019, the Recognized Loss Amount is *the lesser of*:

      i.      $30.74; or

      ii.     the purchase price *minus* the average closing price for Eagle Common Stock during the 90-Day Lookback Period, which is $41.35.

II.   For each share of Eagle Common Stock purchased during the period December 1, 2017 through July 17, 2019, inclusive,

   a.   that was sold prior to July 18, 2019, the Recognized Loss Amount is $0.

   b.   that was sold during the period July 18, 2019 through October 15, 2019, inclusive (*i.e.*, the 90-Day Lookback Period), the Recognized Loss Amount is *the lesser of*:

      i.      $14.70; or

      ii.     the purchase price *minus* the sale price; or

      iii.    the purchase price *minus* the "90-Day Lookback Value" on the date of sale as provided in Table 2 below.

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

14

c. that was sold or held after October 15, 2019, the Recognized Loss Amount is *the lesser of*:

    i. $14.70; or

    ii. the purchase price *minus* the average closing price for Eagle Common Stock during the 90-Day Lookback Period, which is $41.35.

III. For each share of Eagle Common Stock purchased on or after July 18, 2019, the Recognized Loss Amount is $0.

| Table 2 | | | | | |
|---|---|---|---|---|---|
| Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value |
| 7/18/2019 | $39.15 | 8/16/2019 | $39.44 | 9/17/2019 | $40.53 |
| 7/19/2019 | $39.39 | 8/19/2019 | $39.48 | 9/18/2019 | $40.63 |
| 7/22/2019 | $39.56 | 8/20/2019 | $39.51 | 9/19/2019 | $40.71 |
| 7/23/2019 | $39.69 | 8/21/2019 | $39.55 | 9/20/2019 | $40.79 |
| 7/24/2019 | $39.91 | 8/22/2019 | $39.59 | 9/23/2019 | $40.86 |
| 7/25/2019 | $39.98 | 8/23/2019 | $39.59 | 9/24/2019 | $40.91 |
| 7/26/2019 | $40.08 | 8/26/2019 | $39.60 | 9/25/2019 | $40.98 |
| 7/29/2019 | $40.03 | 8/27/2019 | $39.59 | 9/26/2019 | $41.05 |
| 7/30/2019 | $40.00 | 8/28/2019 | $39.59 | 9/27/2019 | $41.12 |
| 7/31/2019 | $40.03 | 8/29/2019 | $39.62 | 9/30/2019 | $41.19 |
| 8/1/2019 | $39.90 | 8/30/2019 | $39.65 | 10/1/2019 | $41.24 |
| 8/2/2019 | $39.82 | 9/3/2019 | $39.66 | 10/2/2019 | $41.25 |
| 8/5/2019 | $39.67 | 9/4/2019 | $39.68 | 10/3/2019 | $41.25 |
| 8/6/2019 | $39.55 | 9/5/2019 | $39.73 | 10/4/2019 | $41.26 |
| 8/7/2019 | $39.45 | 9/6/2019 | $39.78 | 10/7/2019 | $41.27 |
| 8/8/2019 | $39.42 | 9/9/2019 | $39.86 | 10/8/2019 | $41.28 |
| 8/9/2019 | $39.45 | 9/10/2019 | $39.94 | 10/9/2019 | $41.28 |
| 8/12/2019 | $39.45 | 9/11/2019 | $40.04 | 10/10/2019 | $41.29 |
| 8/13/2019 | $39.46 | 9/12/2019 | $40.17 | 10/11/2019 | $41.31 |
| 8/14/2019 | $39.45 | 9/13/2019 | $40.30 | 10/14/2019 | $41.33 |
| 8/15/2019 | $39.42 | 9/16/2019 | $40.42 | 10/15/2019 | $41.35 |

**Eagle Call Options**

For each Eagle Call Option purchased or otherwise acquired during the Settlement Class Period, the Recognized Loss Amount per option shall be calculated as follows:

I. For each Eagle Call Option not held at the opening of trading on at least one of the Corrective Disclosure Dates as defined above, the Recognized Loss Amount is $0.00.

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

15

II. For each Eagle Call Option held at the opening of trading on one or more of the Corrective Disclosure Dates as defined above,

    a. that was subsequently sold during the Settlement Class Period, the Recognized Loss Amount is the purchase price *minus* the sale price.

    b. that was subsequently exercised during the Settlement Class Period, the Recognized Loss Amount is the purchase price *minus* the intrinsic value of the Eagle Call Option on the date of exercise, where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) the closing price of Eagle Common Stock on the date of exercise *minus* the strike price of the option.

    c. that expired unexercised during the Settlement Class Period, the Recognized Loss Amount is equal to the purchase price.

    d. that was still held as of the opening of trading July 18, 2019, the Recognized Loss Amount is the purchase price *minus* the intrinsic value of the Eagle Call Option as of the close of trading on July 18, 2019, where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) $39.15[5] *minus* the strike price of the option.

No Recognized Loss Amount shall be calculated based upon purchase or acquisition of any Eagle Call Option that had been previously sold or written.

### Eagle Put Options

For each Eagle Put Option written during the Settlement Class Period, the Recognized Loss Amount per option shall be calculated as follows:

I. For each Eagle Put Option not open (*i.e.*, not outstanding) at the opening of trading on at least one of the Corrective Disclosure Dates as defined above, the Recognized Loss Amount is $0.00.

II. For each Eagle Put Option open at the opening of trading on one or more of the Corrective Disclosure Dates as defined above,

    a. that was subsequently purchased during the Settlement Class Period, the Recognized Loss Amount is the purchase price *minus* the sale price.

    b. that was subsequently exercised (*i.e.*, assigned) during the Settlement Class Period, the Recognized Loss Amount is the intrinsic value of the Eagle Put Option on the date of exercise *minus* the sale price, where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) the strike price of the option *minus* the closing price of Eagle Common Stock on the date of exercise.

    c. that expired unexercised during the Settlement Class Period, the Recognized Loss Amount $0.00.

    d. that was still open as of the opening of trading July 18, 2019, the Recognized Loss Amount is the intrinsic value of the Eagle Put Option as of the close of trading on July 18, 2019 *minus* the sale price, where the intrinsic value shall be *the greater of*: (i) $0.00 or (ii) the strike price of the option *minus* $39.15.

---

[5] $39.15 is the closing price of Eagle Common Stock on July 18, 2019.

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

16

No Recognized Loss Amount shall be calculated based upon the sale or writing of any Eagle Put Option that had been previously purchased or acquired.

## ADDITIONAL PROVISIONS

56. The Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount (defined in paragraph 59 below) is $10.00 or greater.

57. **FIFO Matching:** If a Settlement Class Member has more than one purchase/acquisition or sale of an Eagle Security, all purchases/acquisitions and sales of the like security shall be matched on a First In, First Out ("FIFO") basis. With respect to Eagle Common Stock and Call Options, Settlement Class Period sales will be matched first against any holdings at the beginning of the Settlement Class Period, and then against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the Settlement Class Period.

58. **Calculation of Claimant's "Recognized Claim":** A Claimant's "Recognized Claim" under the Plan of Allocation shall be the sum of his, her or its Recognized Loss Amounts for all of the Eagle Securities.

59. **Determination of Distribution Amount:** The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims. Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which shall be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund. If any Authorized Claimant's Distribution Amount calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to such Authorized Claimant.

60. **"Purchase/Sale" Dates:** Purchases or acquisitions and sales of Eagle Securities shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of Eagle Securities during the Settlement Class Period shall not be deemed a purchase, acquisition or sale of Eagle Securities for the calculation of an Authorized Claimant's Recognized Loss Amount, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase/acquisition of any Eagle Securities unless (i) the donor or decedent purchased or otherwise acquired such Eagle Securities during the Settlement Class Period; (ii) no Claim Form was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to such Eagle Securities; and (iii) it is specifically so provided in the instrument of gift or assignment.

61. **Short Sales:** With respect to Eagle Common Stock, the date of covering a "short sale" is deemed to be the date of purchase or acquisition of the stock. The date of a "short sale" is deemed to be the date of sale of the stock. Under the Plan of Allocation, however, the Recognized Loss Amount on "short sales" is zero. In the event that a Claimant has an opening short position in an Eagle Common Stock, the earliest Settlement Class Period purchases or acquisitions of that security shall be matched against such opening short position, and not be entitled to a recovery, until that short position is fully covered.

62. If a Settlement Class Member has "written" Eagle Call Options, thereby having a short position in Eagle Call Options, the date of covering such a written position is deemed to be the date of purchase or acquisition of the options. The date on which the Eagle Call Option was written is deemed to be the date of sale of the option. In accordance with the Plan of Allocation, however, the Recognized Loss Amount on "written" Eagle Call Options is zero. In the event that a Claimant

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

17

has an opening written position in Eagle Call Options, the earliest purchases or acquisitions of like options during the Settlement Class Period shall be matched against such opening written position, and not be entitled to a recovery, until that written position is fully covered.

63.   If a Settlement Class Member has purchased or acquired Eagle Put Options, thereby having a long position in the Eagle Put Options, the date of purchase/acquisition is deemed to be the date of purchase/acquisition of the option.  The date on which the Eagle Put Option was sold, exercised, or expired is deemed to be the date of sale of the option.  In accordance with the Plan of Allocation, however, the Recognized Loss Amount on purchased/acquired Eagle Put Options is zero.  In the event that a Claimant has an opening long position in Eagle Put Options, the earliest sales or dispositions of like options during the Settlement Class Period shall be matched against such opening position, and not be entitled to a recovery, until that long position is fully covered.

64.   **Maximum Recovery for Options:** For The Settlement proceeds available for Eagle Call Options purchased during the Settlement Class Period and Eagle Put Options written during the Settlement Class Period shall be limited to a total amount equal to 0.5% of the Net Settlement Fund.[6]  Thus, if the cumulative Recognized Loss Amounts for Eagle Call Option and Put Option claims exceeds 0.5% of all Recognized Loss Amounts, then the Recognized Loss Amount for Eagle Call and Put Option claims will be reduced proportionately until they collectively equal 0.5% of all Recognized Loss Amounts.  In the unlikely event that the Net Settlement Fund, allocated as such, is sufficient to pay 100% of the Eagle Common Stock claims, any excess amount will be used to pay the balance on the remaining Eagle Call Option and Put Option claims.  Likewise, if the Net Settlement Fund, allocated as such, is sufficient to pay 100% of the Eagle Call Option and Put Option claims, any excess amount will be used to pay the balance on the remaining Eagle Common Stock claims.

65.   **Market Gains and Losses:** To the extent a Claimant had a market gain with respect to his, her, or its overall transactions in Eagle Securities during the Settlement Class Period, the value of the Claimant's Recognized Claim shall be zero.  Such Claimants shall in any event be bound by the Settlement.  To the extent that a Claimant suffered an overall market loss with respect to his, her, or its overall transactions in Eagle Securities during the Settlement Class Period, but that market loss was less than the total Recognized Claim calculated above, then the Claimant's Recognized Claim shall be limited to the amount of the actual market loss.

66.   For purposes of determining whether a Claimant had a market gain with respect to his, her, or its overall transactions in Eagle Securities during the Settlement Class Period or suffered a market loss, with respect to Eagle Common Stock and Call Options, the Claims Administrator shall determine the difference between (i) the Total Purchase Amount[7] and (ii) the sum of the Total Sales Proceeds[8] and

---

[6] Eagle Call and Put Option trading accounted for less than 0.5% of total dollar trading volume for Eagle Securities during the Settlement Class Period.  As such, claims for Eagle Call and Put Option transactions are allotted 0.5% of the Settlement pursuant to the Plan of Allocation.

[7] The "Total Purchase Amount" is the total amount the Claimant paid (excluding commissions and other charges) for all Eagle Securities purchased or acquired during the Settlement Class Period.

[8] The Claims Administrator shall match any sales of Eagle Securities during the Settlement Class Period, first against the Claimant's opening position in the like security (the proceeds of those sales will not be considered for purposes of calculating market gains or losses).  The total amount received (excluding commissions and other charges) for the remaining sales of Eagle Securities sold during the Settlement Class Period shall be the "Total Sales Proceeds".

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

18

the Holding Value.[9]   If the Claimant's Total Purchase Amount *minus* the sum of the Total Sales Proceeds and the Holding Value is a positive number, that number will be the Claimant's market loss on such securities; if the number is a negative number or zero, that number will be the Claimant's market gain on such securities.  With respect to Eagle Put Options, the Claims Administrator shall determine the difference between (i) the sum of the Claimant's Total Purchase Amount[10] and the Holding Value;[11] and (ii) the Total Sale Proceeds.[12]   If the sum of the Claimant's Total Purchase Amount and the Holding Value *minus* the Total Sales Proceeds is a positive number, that number will be the Claimant's market loss on such securities; if the number is a negative number or zero, that number will be the Claimant's market gain on such securities.

67.   After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks.  To the extent any monies remain in the fund nine (9) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator shall conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution.  Additional re-distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective.  At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance shall be contributed to non-sectarian, not-for-profit organization(s), to be recommended by Lead Counsel and approved by the Court.

68.   Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, shall be conclusive against all Authorized Claimants.  No person shall have any claim against Plaintiffs, Plaintiffs' Counsel, Plaintiffs' damages expert, Defendants, Defendants' Counsel, or any of the other Releasees, or the Claims Administrator or other agent designated by Lead Counsel arising from distributions made substantially in accordance with the

---

[9] The Claims Administrator shall ascribe a "Holding Value" to shares of Eagle Common Stock purchased or acquired during the Settlement Class Period and still held as of the close of trading on July 17, 2019, which shall be $39.15.  For each Eagle Call Option purchased or acquired during the Settlement Class Period that was still held as of the close of trading on July 17, 2019, the Claims Administrator shall ascribe a Holding Value for that option which shall be *the greater of*: (i) $0.00 or (ii) $39.15 minus the strike price of the option.

[10] For Eagle Put Options, the Claims Administrator shall match any purchases during the Settlement Class Period to close out positions in Eagle Put Options first against the Claimant's opening position in Eagle Put Options (the total amount paid with respect to those purchases will not be considered for purposes of calculating market gains or losses).  The total amount paid for the remaining purchases during the Settlement Class Period to close out positions in Eagle Put Options is the "Total Purchase Amount."

[11] For each Eagle Put Option written during the Settlement Class Period that was still open as of the close of trading on July 17, 2019, the Claims Administrator shall ascribe a "Holding Value" for that option which shall be *the greater of*: (i) $0.00 or (ii) the strike price of the option *minus* $39.15.

[12] For Eagle Put Options, the total amount received for put options written during the Settlement Class Period is the "Total Sales Proceeds."

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

19

Stipulation, the plan of allocation approved by the Court, or further Orders of the Court.  Plaintiffs, Defendants and their respective counsel, and all other Defendants' Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund, the Net Settlement Fund, the plan of allocation, or the determination, administration, calculation, or payment of any Claim Form or nonperformance of the Claims Administrator, the payment or withholding of taxes owed by the Settlement Fund, or any losses incurred in connection therewith.

69.    The Plan of Allocation set forth herein is the plan that is being proposed to the Court for its approval by Plaintiffs after consultation with their damages expert.  The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class.  Any Orders regarding any modification of the Plan of Allocation will be posted on the settlement website, www.EagleSecuritiesSettlement.com.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

70.    Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses.  Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33⅓% of the Settlement Fund.  At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $105,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class.  Lead Counsel intends to share part of any attorneys' fees awarded by the Court with Labaton Sucharow LLP in accordance with its level of contribution to the initiation, prosecution, and resolution of the Action.  The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses.  Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

71.    Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to Eagle Bancorp, Inc. Securities Litigation, EXCLUSIONS, c/o JND Legal Administration, P.O. Box 91107, Seattle, WA 98111. The exclusion request must be *received* no later than **December 30, 2021**.  You will not be able to exclude yourself from the Settlement Class after that date.  Each Request for Exclusion must (a) state the name, address and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *Stein v. Eagle Bancorp, Inc., et al.*, Case No. 1:19-cv-06873-LGS"; (c) identify and state the number of each Eagle Common Stock, Eagle Call Options, or Eagle Put Options that the person or entity requesting exclusion purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between March 2, 2015 and July 17, 2019, inclusive), as well as the dates and prices of each such purchase/acquisition and sale; and (d) be signed by the person or entity requesting exclusion or an

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

20

authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

72. If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendants' Releasees.

73. If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

74. Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Plaintiffs and Defendants.

> **WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?**

75. **Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing**.

76. The Settlement Hearing will be held on **January 20, 2022 at 11:45a.m**., before the Honorable Lorna G. Schofield at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 1106, 40 Foley Square, New York, NY 10007. The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

77. Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the Southern District of New York at the address set forth below received **on or before December 30, 2021**. You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are *received* **on or before December 30, 2021**.

| Clerk's Office | Lead Counsel | Defendants' Counsel |
|---|---|---|
| United States District Court Southern District of New York Clerk of the Court United States Courthouse 40 Foley Square New York, NY 10007 | **Glancy Prongay & Murray LLP** Leanne Heine Solish, Esq. 1925 Century Park East, Ste. 2100 Los Angeles, CA 90067 | **Baker & Hostetler LLP** Doug Greene, Esq. 45 Rockefeller Plaza New York, NY10111 |

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

21

78.    Any objection: (a) must state the name, address and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the number of each Eagle Security that the objecting Settlement Class Member purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between March 2, 2015 and July 17, 2019, inclusive), as well as the dates and prices of each such purchase/acquisition and sale.  You may not object to the Settlement, the Plan of Allocation or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

79.    You may file a written objection without having to appear at the Settlement Hearing.  You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

80.    If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth above so that it is *received* **on or before December 30, 2021**.  Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing.  Such persons may be heard orally at the discretion of the Court.

81.    You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing.  However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶77 above so that the notice is *received* **on or December 30, 2021**.

82.    The Settlement Hearing may be adjourned by the Court, or held telephonically, without further written notice to the Settlement Class.  If you intend to attend the Settlement Hearing, you should confirm the date, time and location on the settlement website, www.EagleSecuritiesSettlement.com, and Lead Counsel, given potential changes as a result of the COVID-19 pandemic.

83.    **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.  Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

84.    If you purchased or otherwise acquired any of the Eagle Securities between March 2, 2015 and July 17, 2019, inclusive, for the beneficial interest of persons or organizations other than yourself, you must either (a) within seven (7) calendar days of receipt of this Notice, request from

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

22

the Claims Administrator sufficient copies of the Notice and Claim Form (the "Notice Packet") to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Notice Packets forward them to all such beneficial owners; (b) within seven (7) calendar days of receipt of the Notice, request a link to the Notice Packet and email the link to all such beneficial owners for whom valid email addresses are available; or (c) within seven (7) calendar days of receipt of this Notice, provide a list of the names and addresses of all such beneficial owners to *Eagle Bancorp, Inc. Securities Litigation*, c/o JND Legal Administration, P.O. Box 91107, Seattle, WA 98111. If you choose the third option, the Claims Administrator will send a copy of the Notice Packet to the beneficial owners. Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred up to a maximum of $0.10 per name and address provided to the Claims Administrator; up to $0.50 per Notice Packet actually mailed, plus postage; or up to $0.05 per link to the Notice Packet transmitted by email, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. Copies of this Notice and the Claim Form may also be obtained from the website maintained by the Claims Administrator, www.EagleSecuritiesSettlement.com, or by calling the Claims Administrator toll-free at 833-677-1091.

## CAN I SEE THE COURT FILE?
## WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?

85. This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.EagleSecuritiesSettlement.com.

All inquiries concerning this Notice and the Claim Form should be directed to:

| | | |
|---|---|---|
| *Eagle Bancorp, Inc. Securities Litigation* | and/or | Leanne Heine Solish, Esq. |
| c/o JND Legal Administration | | GLANCY PRONGAY & MURRAY LLP |
| P.O. Box 91107 | | 1925 Century Park East, Ste. 2100 |
| Seattle, WA 98111 | | Los Angeles, CA 90067 |
| 833-677-1091 | | (888) 773-9224 |
| www.EagleSecuritiesSettlement.com | | settlements@glancylaw.com |

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: August 16, 2021                                    By Order of the Court
                                                         United States District Court
                                                         Southern District of New York

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free at 833-677-1091

23

# PROOF OF CLAIM FORM AND RELEASE

**Stein v. Eagle Bancorp, Inc.**
**c/o JND Legal Administration**
**P.O. Box 91107**
**Seattle, WA 98111**
**Toll-Free Number:  1-833-677-1091**
**Email:  info@EagleSecuritiesSettlement.com**
**Website:  www.EagleSecuritiesSettlement.com**

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must be a Settlement Class Member and complete and sign this Proof of Claim and Release Form ("Claim Form") and either submit it online at www.EagleSecuritiesSettlement.com or mail it by first-class mail to the above address, **submitted online or postmarked no later than January 12, 2022.**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to recover any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the settling parties or their counsel.  Submit your Claim Form only to the Claims Administrator at the address set forth above.**

# CONTENTS

**02**   I.   **CLAIMANT INFORMATION**

**03**   II.   **GENERAL INSTRUCTIONS**

**06**   III.   **SCHEDULE OF TRANSACTIONS IN EAGLE COMMON STOCK**

**08**   IV.   **SCHEDULE OF TRANSACTIONS IN EAGLE CALL OPTIONS**

**10**   V.   **SCHEDULE OF TRANSACTIONS IN EAGLE PUT OPTIONS**

**12**   VI.   **RELEASE OF CLAIMS AND SIGNATURE**

# I. CLAIMANT INFORMATION

(Please read General Instructions below before completing this page.)

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.

Beneficial Owner's First Name

MI

Beneficial Owner's Last Name

Co-Beneficial Owner's First Name

MI

Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address1 (street name and number)

Address2 (apartment, unit or box number)

City

State

Zip Code

Foreign Country (only if not USA)

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (home)

Telephone Number (work)

Email address (E-mail address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.):

Account Number (account(s) through which the securities were traded)[1]:

Claimant Account Type (check appropriate box):

☐ Individual (includes joint owner accounts)   ☐ Pension Plan   ☐ Trust   ☐ Corporation

☐ Estate   ☐ IRA/401K   ☐ Other (please specify): _____

---

[1] If the account number is unknown, you may leave blank.  If the same legal entity traded through more than one account you may write "multiple."  Please see paragraph 12 of the General Instructions for more information on when to file separate Claim Forms for multiple accounts, *i.e.*, when you are filing on behalf of distinct legal entities.

2

# II – GENERAL INSTRUCTIONS

1.      It is important that you completely read and understand the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice.   The Settlement Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court.   The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2.      This Claim Form is directed to all persons or entities who between March 2, 2015 and July 17, 2019, inclusive (the "Settlement Class Period"), purchased or otherwise acquired (1) Eagle Bancorp, Inc. common stock ("Eagle Common Stock"), or (2) call options on Eagle Common Stock ("Eagle Call Options"), and/or (3) wrote put options on Eagle Common Stock ("Eagle Put Options") (together, the "Settlement Class"). Eagle Common Stock, Call Options, and Put Options are referred to collectively as "Eagle Securities."   All persons and entities that are members of the Settlement Class are referred to as "Settlement Class Members."

3.      Excluded from the Settlement Class are: (1) persons who suffered no compensable losses; and (2) (a) Defendants; (b) the legal representatives, heirs, successors, assigns, and members of the Immediate Families of the Individual Defendants; (c) the parents, subsidiaries, assigns, successors, predecessors, and affiliates of Eagle; (d) any persons who served as officers and/or directors of Eagle during the Settlement Class Period; (e) any entity in which any of the foregoing (a) – (d) excluded persons have or had a majority ownership interest during the Settlement Class Period; (f) any trust of which any Individual Defendants is the grantor or settlor or which is for the benefit of any Individual Defendant and/or member(s) of his or her Immediate Family; and (g) Defendants' liability insurance carriers.  Also excluded from the Settlement Class are any persons and entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court.

4.      If you are not a Settlement Class Member do not submit a Claim Form.  YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER.  THUS, IF YOU ARE EXCLUDED FROM THE CLASS (AS SET FORTH IN PARAGRAPH 3 ABOVE), ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

5.      If you are a Settlement Class Member, you will be bound by the terms of any judgments or orders entered in the Action WHETHER OR NOT YOU SUBMIT A CLAIM FORM, unless you submit a request for exclusion from the Settlement Class.  Thus, if you are a Class Member, the Judgment will release, and you will be barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal or administrative forum, asserting each and every Released Plaintiffs' Claims (including Unknown Claims) against Defendants' Releasees.

6.      You are eligible to participate in the distribution of the Net Settlement Fund only if you are a member of the Settlement Class and if you complete and return this form as specified below.  If you fail to submit a timely, properly addressed, and completed Claim Form with the required documentation, your claim may be rejected and you may be precluded from receiving any distribution from the Net Settlement Fund.

7.      Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement.  The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation approved by the Court.

8.      Use the Schedules of Transactions in Parts III–V of this Claim Form to supply all required details of your transaction(s) (including free transfers) in and holdings of the applicable Eagle Securities.  On the Schedules of Transactions, please provide all of the requested information with respect to your holdings, purchases, acquisitions and sales of the applicable Eagle Securities, whether such transactions resulted in a profit or a loss.  Failure to report all transaction and holding information during the requested time periods may result in the rejection of your claim.

9.      Please note:  Only Eagle Common Stock and Eagle Call Options purchased/acquired, and Eagle Put Options written during the Settlement Class Period (*i.e.*, from March 2, 2015 through July 17, 2019, inclusive) are eligible under the Settlement.  However, because the PSLRA provides for a "90-day look-back period" (described in the Plan of Allocation set forth in the Settlement Notice), you must provide documentation related to your purchases and sales of Eagle Common Stock during the period from July 18, 2019, through and including October 15, 2019 (*i.e.*, the 90-day look-back period) in order for the Claims Administrator to calculate your Recognized Loss Amount under the Plan of Allocation and process your claim.

10.      You are required to submit genuine and sufficient documentation for all of your transactions and holdings of the applicable Eagle Securities set forth in the Schedules of Transactions in Parts III–V of this Claim Form.  Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement.  The Parties and the Claims Administrator do not independently have information about your investments in Eagle Securities.  IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT CONTEMPORANEOUS DOCUMENTS FROM YOUR BROKER.  FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM.  DO NOT SEND ORIGINAL DOCUMENTS.  **Please keep a copy of all documents that you send to the Claims Administrator.  Also, please do not highlight any portion of the Claim Form or any supporting documents.**

11.      Eagle Call Options and Eagle Put Options are identified by strike price, expiration date and Option Class Symbols.

12.      Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions through an account that is in the name of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made through an account in the individual's name).  Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Claim Form).

13.      All joint beneficial owners must sign this Claim Form.  If you purchased or otherwise acquired Eagle Common Stock or Eagle Call Options, or wrote Eagle Put Options, during the Settlement Class Period and held the securities in your name, you are the beneficial owner as well as the record owner and you must sign this Claim Form to participate in the Settlement.  If, however, you purchased or otherwise acquired Eagle Common Stock or Eagle Call Options, or wrote Eagle Put Options, during the Settlement Class Period and the securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these securities, but the third party is the record owner.  The beneficial owner, not the record owner, must sign this Claim Form.

14.      Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

       (a)      expressly state the capacity in which they are acting;

       (b)      identify the name, account number, Social Security Number (or taxpayer identification number), address and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Eagle Securities; and

4

(c)    furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade stock in another person's accounts.)

15.    By submitting a signed Claim Form, you will be swearing that you:

(a)    own(ed) the Eagle Securities you have listed in the Claim Form; or

(b)    are expressly authorized to act on behalf of the owner thereof.

16.    By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

17.    If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after the completion of all claims processing. This could take substantial time. Please be patient.

18.    PLEASE NOTE: As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her or its pro rata share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant, however, calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

19.    If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Settlement Notice, you may contact the Claims Administrator at Eagle Securities Settlement, JND Legal Administration, P.O. Box 91107, Seattle, WA, 98111, or by email at info@EagleSecuritiesSettlement.com, or by toll-free phone at (833)-677-1091, or you may download the documents from the Settlement website, www.EagleSecuritiesSettlement.com.

20.    NOTICE REGARDING ELECTRONIC FILES: Certain Claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the mandatory electronic filing requirements and file layout, you may visit the Settlement website at www.EagleSecuritiesSettlement.com or you may email the Claims Administrator's electronic filing department at EAGSecurities@JNDLA.com. Any file not in accordance with the required electronic filing format will be subject to rejection. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email to that effect after processing your file with your claim numbers and respective account information. Do not assume that your file has been received or processed until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at EAGSecurities@JNDLA.com to inquire about your file and confirm it was received and acceptable.

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT (833) 677-1091.**

# III. SCHEDULE OF TRANSACTIONS IN EAGLE COMMON STOCK

Complete this Part III if and only if you purchased/acquired Eagle Common Stock during the period from March 2, 2015 through and including July 17, 2019. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above. Do not include information in this section regarding securities other than Eagle Common Stock.

| 1. **BEGINNING HOLDINGS** – State the total number of shares of Eagle Common Stock held as of the opening of trading on March 2, 2015. (Must be documented.) If none, write "zero" or "0." | | | |
|---|---|---|---|

2. **PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** – Separately list each and every purchase/acquisition (including free receipts) of Eagle Common Stock from after the opening of trading on March 2, 2015, through and including the close of trading on July 17, 2019. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase/ Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |

3. **PURCHASES/ACQUISITIONS DURING THE 90-DAY LOOK-BACK PERIOD THROUGH OCTOBER 15, 2019** – State the total number of shares of Eagle Common Stock purchased/acquired (including free receipts) from after the opening of trading on July 18, 2019, through and including the close of trading on October 15, 2019. If none, write "zero" or "0."[2]

---

[2] **Please note**: Information requested with respect to your purchases/acquisitions of Eagle Common Stock from after the opening of trading on July 18, 2019, through and including October 15, 2019, is needed in order to balance your claim; purchases/acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Loss pursuant to the Plan of Allocation.

| **4. SALES DURING THE SETTLEMENT CLASS PERIOD THROUGH OCTOBER 15, 2019** – Separately list each and every sale/disposition (including free deliveries) of Eagle Common Stock from after the opening of trading on March 2, 2015, through and including the close of trading on October 15, 2019. (Must be documented.) | | | **IF NONE, CHECK HERE** ☐ |
|---|---|---|---|
| **Date of Sale (List Chronologically) (Month/Day/Year)** | **Number of Shares Sold** | **Sale Price Per Share** | **Total Sale Price (excluding taxes, commissions, and fees)** |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |

**5. Ending Holdings** – State the total number of shares of Eagle Common Stock held as of the close of trading on October 15, 2019. (Must be documented.) If none, write "zero" or "0."

☐ **IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX.**
**IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL <u>NOT</u> BE REVIEWED.**

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free 1 (833) 677-1091
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

# IV. SCHEDULE OF TRANSACTIONS IN EAGLE CALL OPTIONS

Complete this Part IV if and only if you purchased/acquired Eagle Call Options during the period from March 2, 2015 through July 17, 2019, inclusive.  Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above.  Do not include information in this section regarding securities other than Eagle Call Options.

| 1. **BEGINNING HOLDINGS** – Separately list all positions in Eagle Call Option contracts in which you had an open interest as of the opening of trading on March 2, 2015.  (Must be documented.) | | | **IF NONE, CHECK HERE** ☐ |
|---|---|---|---|
| **Strike Price of Call Option Contract** | **Expiration Date of Call Option Contract (Month/Day/Year)** | **Option Class Symbol** | **Number of Call Option Contracts in Which You Had an Open Interest (including any short holdings)** |
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |

2. **PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** – Separately list each and every purchase/acquisition (including free receipts) of Eagle Call Option contracts from after the opening of trading on March 2, 2015, through and including the close of trading on July 17, 2019. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Option Class Symbol | Number of Call Option Contracts Purchased/ Acquired | Purchase/ Acquisition Price Per Call Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "A" if Assigned Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|---|
| /    / | $ | /    / | | | $ | $ | | /    / |
| /    / | $ | /    / | | | $ | $ | | /    / |
| /    / | $ | /    / | | | $ | $ | | /    / |
| /    / | $ | /    / | | | $ | $ | | /    / |
| /    / | $ | /    / | | | $ | $ | | /    / |
| /    / | $ | /    / | | | $ | $ | | /    / |
| /    / | $ | /    / | | | $ | $ | | /    / |

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free 1 (833) 677-1091
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

**3. SALES DURING THE SETTLEMENT CLASS PERIOD** – Separately list each and every sale/disposition (including free deliveries) of Eagle Call Options from after the opening of trading on March 2, 2015, through and including the close of trading on July 17, 2019. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Option Class Symbol | Number of Call Option Contracts Sold | Sale Price Per Call Option Contract | Total Sale Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "A" if Assigned Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|---|
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |
| / / | $ | / / | | | $ | $ | | / / |

**4. ENDING HOLDINGS** – Separately list all positions in Eagle Call Option contracts in which you had an open interest as of the close of trading on July 17, 2019.  (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Option Class Symbol | Number of Call Option Contracts in Which You Had an Open Interest |
|---|---|---|---|
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |

☐ **IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX.**
**IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL NOT BE REVIEWED.**

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free 1 (833) 677-1091
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

# V. SCHEDULE OF TRANSACTIONS IN EAGLE PUT OPTIONS

Complete this Part V if and only if you sold (wrote) Eagle Put Options during the period from March 2, 2015 through July 17, 2019, inclusive.  Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above.  Do not include information in this section regarding securities other than Eagle Put Options.

| 1.  BEGINNING HOLDINGS – Separately list all positions in Eagle Put Option contracts in which you had an open interest as of the opening of trading on March 2, 2015.  (Must be documented.) | | | IF NONE, CHECK HERE ☐ |
|---|---|---|---|
| **Strike Price of Put Option Contract** | **Expiration Date of Put Option Contract (Month/Day/Year)** | **Option Class Symbol** | **Number of Put Option Contracts in Which You Had an Open Interest (including any short holdings)** |
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |

| 2.  SALES (WRITING) DURING THE SETTLEMENT CLASS PERIOD – Separately list each and every sale (writing) (including free deliveries) of Eagle Put Option contracts from after the opening of trading on March 2, 2015, through and including the close of trading on July 17, 2019. (Must be documented.) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date of Sale (Writing) (List Chronologically) (Month/Day/Year)** | **Strike Price of Put Option Contract** | **Expiration Date of Put Option Contract (Month/Day/Year)** | **Option Class Symbol** | **Number of Put Option Contracts Sold (Written)** | **Sale Price Per Put Option Contract** | **Total Sale Price (excluding taxes, commissions, and fees)** | **Insert an "A" if Assigned Insert an "E" if Exercised Insert an "X" if Expired** | **Exercise Date (Month/Day/Year)** |
| /    / | $ | /    / | | | $ | $ | | /    / |
| /    / | $ | /    / | | | $ | $ | | /    / |
| /    / | $ | /    / | | | $ | $ | | /    / |
| /    / | $ | /    / | | | $ | $ | | /    / |

10

**3. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** – Separately list each and every purchase/acquisition (including free receipts) of Eagle Put Option contracts from after the opening of trading on March 2, 2015, through and including the close of trading on July 17, 2019. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Option Class Symbol | Number of Put Option Contracts Purchased/ Acquired | Purchase/ Acquisition Price Per Put Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "A" if Assigned Insert an "E" if Exercised Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|---|
| /  / | $ | /  / | | | $ | $ | | /  / |
| /  / | $ | /  / | | | $ | $ | | /  / |
| /  / | $ | /  / | | | $ | $ | | /  / |
| /  / | $ | /  / | | | $ | $ | | /  / |
| /  / | $ | /  / | | | $ | $ | | /  / |
| /  / | $ | /  / | | | $ | $ | | /  / |
| /  / | $ | /  / | | | $ | $ | | /  / |

**4. ENDING HOLDINGS** – Separately list all positions in Eagle Put Option contracts in which you had an open interest as of the close of trading on July 17, 2019.  (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Option Class Symbol | Number of Put Option Contracts in Which You Had an Open Interest |
|---|---|---|---|
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |
| $ | /    / | | |

☐ **IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX.**
**IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL <u>NOT</u> BE REVIEWED.**

# VI. RELEASE OF CLAIMS AND SIGNATURE

### *YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 13 OF THIS CLAIM FORM.*

I (we) hereby acknowledge that as of the Effective Date of the Settlement, pursuant to the terms set forth in the Stipulation, I (we), on behalf of myself (ourselves) and my (our) heirs, executors, administrators, predecessors, successors, officers, directors, agents, parents, affiliates, subsidiaries, employees, attorneys, assignees and assigns, shall be deemed to have, and by operation of law and of the Judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived, discharged and dismissed each and every Released Plaintiffs' Claim (as defined in the Stipulation and in the Settlement Notice) against Defendants' Releasees (as defined in the Stipulation and in the Settlement Notice) and shall forever be barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal or administrative forum asserting any or all of the Released Plaintiffs' Claims against any Defendants' Releasee.

## CERTIFICATION

By signing and submitting this Claim Form, the Claimant(s) or the person(s) who represent(s) the Claimant(s) certifies (certify), as follows:

1.      that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.      that the Claimant(s) is a (are) Settlement Class Member(s), as defined in the Settlement Notice and in paragraph 2 on page 3 of this Claim Form, and is (are) not excluded from the Class by definition or pursuant to request as set forth in the Settlement Notice and in paragraph 3 on page 3 of this Claim Form;

3.      that I (we) own(ed) the Eagle Common Stock and Eagle Call Options and had an interest in the Eagle Put Options identified in the Claim Form and have not assigned the claim against the Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.      that the Claimant(s) has (have) not submitted any other claim covering the same purchases/acquisitions of Eagle Common Stock or Eagle Call Options, or sales of Eagle Put Options, and knows (know) of no other person having done so on the Claimant's (Claimants') behalf;

5.      that the Claimant(s) submit(s) to the jurisdiction of the Court with respect to Claimant's (Claimants') claim and for purposes of enforcing the releases set forth herein;

6.      that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator or the Court may require;

7.      that the Claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the Court's summary disposition of the determination of the validity or amount of the claim made by this Claim Form;

8.      that I (we) acknowledge that the Claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

9.      that the Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the Claimant(s) is (are) exempt from backup withholding or (b) the Claimant(s) has (have) not been notified by the IRS that he/she/it is subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the Claimant(s) that he/she/it is no longer subject to backup withholding.  **If the IRS has notified the Claimant(s) that he, she or it is subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____          _____
Signature of Claimant                                                Date

_____
Print your name here

_____          _____
Signature of joint Claimant, if any                              Date

_____
Print your name here

*If the Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

_____          _____
Signature of person signing on behalf of Claimant        Date

_____
Print your name here

_____
CAPACITY OF PERSON SIGNING ON BEHALF OF CLAIMANT, IF OTHER THAN AN INDIVIDUAL, *E.G.*, EXECUTOR, PRESIDENT, TRUSTEE, CUSTODIAN, *ETC.* (MUST PROVIDE EVIDENCE OF AUTHORITY TO ACT ON BEHALF OF CLAIMANT – SEE PARAGRAPH 14 ON PAGE 4 OF THIS CLAIM FORM.)

Questions? Visit www.EagleSecuritiesSettlement.com or call toll-free 1 (833) 677-1091
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

# REMINDER CHECKLIST



1.  Please sign the above release and certification.  If this Claim Form is being made on behalf of joint Claimants, then both must sign.

2.  Remember to attach only **copies** of acceptable supporting documentation as these documents will not be returned to you.





3.  Please do not highlight any portion of the Claim Form or any supporting documents.

4.  Do not send original security certificates or documentation.  These items cannot be returned to you by the Claims Administrator.

5.  Keep copies of the completed Claim Form and documentation for your own records.





6.  The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days.  Your claim is not deemed filed until you receive an acknowledgement postcard.  **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at (833) 677-1091.**

7.  If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, please send the Claims Administrator written notification of your new address.  If you change your name, please inform the Claims Administrator.



8.  If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the address below, by email at info@EagleSecuritiesSettlement.com, or toll-free at (833) 677-1091 or visit www.EagleSecuritiesSettlement.com.  Please DO NOT call Eagle Bancorp, Inc. or any of the other Defendants or their counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, **POSTMARKED NO LATER THAN JANUARY 12, 2022**, ADDRESSED AS FOLLOWS:

*Stein v. Eagle Bancorp, Inc., et al.*
c/o JND Legal Administration
P.O. Box 91107
Seattle, WA 98111

**OR SUBMITTED ONLINE AT WWW.EAGLESECURITIESSETTLEMENT.COM ON OR BEFORE JANUARY 12, 2022.**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark **date on or before January 12, 2022** is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions.  In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms.  Please be patient and notify the Claims Administrator of any change of address.

# EXHIBIT B

## BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)

| | |
|---|---|
| Apple Inc (AAPL) | 12.63% |
| Microsoft Corp (MSFT) | 10.02% |
| Amazon.com Inc (AMZN) | 8.27% |
| Facebook Inc Cl A (FB) | 3.91% |
| Tesla Inc (TSLA) | 3.19% |

| | |
|---|---|
| NeoGenomics Inc (NEO) | 1.35% |
| Cleveland-Cliffs Inc (CLF) | 1.31% |
| Yeti Holdings Inc (YETI) | 1.16% |
| Omnicell Inc (OMCL) | 1.14% |
| Brooks Automation (BRKS) | 1.13% |

When the line is heading up, big cap growth funds are outperforming small cap growth funds

## GROWTH ETF (IUSG) VS VALUE ETF (IUSV)

| | |
|---|---|
| Apple Inc (AAPL) | 11.88% |
| Microsoft Corp (MSFT) | 9.42% |
| Amazon.com Inc (AMZN) | 7.78% |
| Facebook Inc Cl A (FB) | 3.68% |
| Tesla Inc (TSLA) | 3.00% |

| | |
|---|---|
| Berkshire Hathaway (BRKB) | 2.84% |
| J P Morgan Chase (JPM) | 2.43% |
| Walt Disney Company (DIS) | 2.06% |
| Johnson & Johnson (JNJ) | 1.56% |
| Verizon Communications (VZ) | 1.53% |

When the line is heading up, growth funds are outperforming value funds

# Top Growth Funds
### Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mo | Rating 36 mos | $ Net Assets |
|---|---|---|---|
| Baron Retail Partners | +8 | +A | 7.1 bil |
| ConestogaSmallCapInv | +7 | B | 4.4 bil |
| PrncplFnds GrowthInst | +6 | A | 1.2 bil |
| Delaware A GrwEquity | +6 | A | 617 mil |
| Fidelity Magellan | +6 | A | 30.8 bil |
| Touchstone MidCapA | +6 | A | 1 bil |
| Amana GrwthInvstr | +5 | +A | 3.4 bil |
| EdgeWood GrwthInstl | +5 | +A | 33.5 bil |
| MFS Funds A GrowthA | +5 | +A | 46.3 bil |
| Victory DivrsStkA | +5 | +B | 321 mil |
| Schwab LrgGrowth | +5 | A | 282 mil |
| WesMark Funds SmlCoFd | +5 | -A | 131 mil |
| Principal Investors MidCapGroJ | +5 | +A | 316 mil |
| Vanguard GrwtIndxInv | +5 | A | 84.8 bil |
| Nuveen CI I MidCapGrOpI | +5 | A | 456 mil |
| AMG Funds GrowthN | +5 | +A | 348 mil |
| BNY Mellon USEqFdZ | +4 | A | 546 mil |
| PriceFds TaxEfficEqt | +4 | +A | 920 mil |
| Gabelli AAA GrowthAAA | +4 | +A | 1.1 bil |
| PriceFds DiverMidCap | +4 | A | 2.5 bil |
| Fidelity SmallCap | +4 | +B | 2.2 bil |
| American Funds A AMCAP | +4 | -A | 70.8 bil |
| Sequoia Fund Sequoia | +4 | A | 5 bil |
| Provident Strategy | +4 | A | 276 mil |
| Sit Funds MidCapGrw | +4 | -A | 164 mil |

# Top Growth Funds
### Last 36 months (all total returns)

| Mutual Fund | % Change YTD | Rating 36 mos | $ Net Assets |
|---|---|---|---|
| Baron Retail Partners | +13 | +A | 7.1 bil |
| Amer Cent Inv FocusedInv | +14 | +A | 2.7 bil |
| FidelityMgmt Growth | +21 | +A | 68.1 bil |
| FidelityMgmt BluChpGr | +20 | +A | 59.3 bil |
| Vanguard GrowthInv | +16 | +A | 54.9 bil |
| EdgeWood GrwthInstl | +28 | +A | 33.5 bil |
| Amana GrwthInvstr | +21 | +A | 3.4 bil |
| Putnam A Sustainable | +17 | +A | 672 mil |
| Vanguard GrwtIndxInv | +20 | +A | 84.8 bil |
| Buffalo Funds SmallCap | +12 | +A | 1.2 bil |
| Franklin Mutual GrOppAdv | +19 | A | 6.4 bil |
| Principal Investors GrowthInst | +20 | +A | 14.5 bil |
| PgimInvest GrowthA | +19 | +A | 352 mil |
| Thrivent Funds A GrowthA | +20 | +A | 2.1 bil |
| AMG Funds GrowthN | +21 | +A | 348 mil |
| PriceFds TaxEfficEqt | +19 | +A | 920 mil |
| MFS Funds A GrowthA | +20 | +A | 46.3 bil |
| Gabelli AAA GrowthAAA | +17 | +A | 1.1 bil |
| Virtus Funds I LargeGrl | +19 | +A | 135 mil |
| PgimInvest JnsnMdCpGrA | +14 | -A | 3 bil |
| Principal Investors MidCapGroJ | +14 | +A | 316 mil |
| Guidestone EqInvestor | +17 | A | 2.1 bil |
| Commerce ComGrowth | +18 | A | 229 mil |
| Lord Abbett A DvlpGrowth | +6 | A | 5.1 bil |
| Wilshire Funds LrgCoGrtInv | +18 | +A | 284 mil |

## U.S. Stock Fund Cash Position    High (11/00) 6.2%    Low (12/20) 1.6%

| | | | | | |
|---|---|---|---|---|---|
| 20-Feb | 2.3% | 20-Aug | 1.9% | 21-Feb | 1.7% |
| 20-Mar | 2.7% | 20-Sep | 1.9% | 21-Mar | 1.7% |
| 20-Apr | 2.6% | 20-Oct | 1.7% | 21-Apr | 1.8% |
| 20-May | 2.4% | 20-Nov | 1.8% | 21-May | 1.7% |
| 20-Jun | 2.1% | 20-Dec | 1.6% | 21-Jun | 1.7% |
| 20-Jul | 1.9% | 21-Jan | 1.6% | 21-Jul | 1.7% |

---

This announcement is neither an offer to purchase nor a solicitation of an offer to sell Shares (as defined below). The Offer (as defined below) is made solely by the Offer to Purchase, dated September 27, 2021, and the related Letter of Transmittal, and any amendments thereto, and is being made to all holders of Shares. Purchaser (as defined below) is not aware of any state where the making of the Offer is prohibited by administrative or judicial action pursuant to any valid state statute. If Purchaser becomes aware of any valid state statute prohibiting the making of the Offer, Purchaser will make a good faith effort to comply with such statute. If, after such good faith effort, Purchaser cannot comply with such state statute, the Offer will not be made to nor will tenders be accepted from or on behalf of the holders of Shares in such state. In any jurisdiction where securities, blue sky or other laws require that the Offer be made by a licensed broker or dealer, the Offer shall be deemed to be made on behalf of Purchaser by one or more registered brokers or dealers licensed under the laws of such jurisdiction.

### Notice of Offer to Purchase for Cash
### Up to 1,000,000 Shares of Common Stock
### of
# GENERAL ELECTRIC COMPANY
### at
### $99.00 Net Per Share
### by
# TRC CAPITAL INVESTMENT CORPORATION

TRC Capital Investment Corporation, a corporation under the laws of the Province of Ontario, Canada ("Purchaser"), is offering to purchase up to 1,000,000 shares of common stock, $0.01 par value per share (the "Shares"), of General Electric Company, a New York corporation (the "Company"), at $99.00 per share, net to the seller in cash, upon the terms and subject to the conditions set forth in the Offer to Purchase, dated September 27, 2021, and in the related Letter of Transmittal (the "Offer"). The offer is not conditioned upon the tender of any minimum number of Shares.

**THE OFFER, PRORATION PERIOD AND WITHDRAWAL RIGHTS WILL EXPIRE AT 12:01 A.M., NEW YORK CITY TIME, ON OCTOBER 26, 2021, UNLESS THE OFFER IS EXTENDED OR EARLIER TERMINATED.**

Shares tendered pursuant to the Offer may be withdrawn at any time prior to 12:01 a.m., New York City time, on October 26, 2021, (the "Expiration Date") unless the Offer is extended, and, if not yet accepted for payment by the Purchaser, may also be withdrawn after November 5, 2021.

If more than 1,000,000 Shares are validly tendered prior to the Expiration Date and not properly withdrawn, the Purchaser will, upon the terms and subject to the conditions of the Offer, accept for payment and pay for only 1,000,000 Shares on a pro rata basis, with adjustments to avoid purchases of fractional Shares.

The information required to be disclosed pursuant to the Securities Exchange Act of 1934, as amended, is contained in the Offer to Purchase and is incorporated herein by reference.

The Offer to Purchase and the related Letter of Transmittal and other relevant materials will be mailed upon request to record holders of Shares and furnished to brokers, dealers, banks, trust companies and similar persons whose names, or the names of whose nominees, appear on the Company's shareholder list or, if applicable, who are listed as participants in a clearing agency's security position listing, for subsequent transmittal to beneficial owners of Shares.

**The Offer to Purchase and Letter of Transmittal contain important information which should be read before any decision is made with respect to the Offer.**

Requests for copies of the Offer to Purchase, the Letter of Transmittal and all other tender offer materials may be directed to the Information Agent, as set forth below, and copies will be furnished promptly. Questions or requests for assistance may be directed to the Information Agent.

*The Information Agent for the Offer is:*
## CNRA FINANCIAL SERVICES INC.
801 Eglinton Avenue West, Suite 400
Toronto, Canada M5N 1E3
Call: (416) 861-9446

September 27, 2021

---

# LEGAL NOTICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated, Plaintiff,

v.

EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, JAMES H. LANGMEAD, and LAURENCE E. BENSIGNOR, Defendants.

Case No. 1:19-cv-06873-LGS

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

TO:   **All persons and entities who, during the period between March 2, 2015 and July 17, 2019, inclusive, purchased or otherwise acquired Eagle Bancorp, Inc. ("Eagle") Common Stock and/or Eagle Call Options, and/or wrote Eagle Put Options, and were damaged thereby (the "Settlement Class"):**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full printed Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"). Unless otherwise defined herein, capitalized words used in this Summary Notice are defined in the Stipulation and Agreement of Settlement dated June 28, 2021 ("Stipulation"), which is available at www.EagleSecuritiesSettlement.com.

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $7,500,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on January 20, 2022 at 11:45 a.m. EST, before the Honorable Lorna G. Schofield at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 1106, 40 Foley Square, New York, NY 10007, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at Eagle Bancorp, Inc. Securities Litigation, c/o JND Legal Administration, P.O. Box 91107, Seattle, WA, 98111, 833-677-1091. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.EagleSecuritiesSettlement.com.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form postmarked or submitted online no later than **January 12, 2022**. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is received no later than **December 30, 2021**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received no later than **December 30, 2021**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Eagle, or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

*Eagle Bancorp, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91107
Seattle, WA 98111
833-677-1091
www.EagleSecuritiesSettlement.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

GLANCY PRONGAY & MURRAY LLP
Leanne Heine Solish, Esq.
1925 Century Park East, Suite 2100
Los Angeles, California 90067
(888) 773-9224
settlements@glancylaw.com

By Order of the Court

www.EagleSecuritiesSettlement.com    (833) 677-1091

*[Dense mutual fund performance tables listing fund families and families including American Funds, BlackRock, Columbia, Dreyfus, Fidelity, Federated Hermes, and others with 36 Mo Performance Rating, Fund, % Chg, YTD Chg, 12Wk Chg, 5 Yr Tax Rtn, After Tax, Asset Value, and Net NAV Chg columns are present but not individually transcribed due to illegibility.]*

# Notice of Proposed Class Action Settlement Involving all Persons and Entities that Purchased or Otherwise Acquired Eagle Bancorp, Inc. Securities

---

NEWS PROVIDED BY
**JND Legal Administration →**
Sep 27, 2021, 09:17 ET

---

SEATTLE, Sept. 27, 2021 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, JAMES H. LANGMEAD, and LAURENCE E. BENSIGNOR,<br><br>Defendants. | Case No. 1:19-cv-06873-LGS |

SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION,

CERTIFICATION OF SETTLEMENT CLASS, AND

PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING;

AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION EXPENSES

This notice is for all persons and entities who, during the period between March 2, 2015 and July 17, 2019, inclusive, purchased or otherwise acquired Eagle Bancorp, Inc. ("Eagle") Common Stock and/or Eagle Call Options, and/or wrote Eagle Put Options, and were damaged thereby (the "Settlement Class"):

**YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full printed Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").  Unless otherwise defined herein, capitalized words used in this Summary Notice are defined in the Stipulation and Agreement of Settlement dated June 28, 2021 ("Stipulation"), which is available at www.EagleSecuritiesSettlement.com.

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $7,500,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on January 20, 2022 at 11:45 a.m. EST, before the Honorable Lorna G. Schofield at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 1106, 40 Foley Square, New York, NY 10007, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at *Eagle Bancorp, Inc. Securities Litigation*, c/o JND Legal Administration, P.O. Box 91107, Seattle WA, 98111, 833-677-1091.  Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.EagleSecuritiesSettlement.com.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked or submitted online* no later than **January 12, 2022**.  If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than **December 30, 2021**, in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than **December 30, 2021**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Eagle, or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

*Eagle Bancorp, Inc. Securities Litigation*

c/o JND Legal Administration

P.O. Box 91107

Seattle, WA 98111

833-677-1091

www.EagleSecuritiesSettlement.com


Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:


GLANCY PRONGAY & MURRAY LLP

Leanne Heine Solish, Esq.

1925 Century Park East, Suite 2100

Los Angeles, California 90067

(888) 773-9224

settlements@glancylaw.com


By Order of the Court


SOURCE JND Legal Administration