# RAYMOND JAMES®

December 30, 2016 to December 29, 2017
Account # 15856025

**SAM ASPINWALL**
Raymond James & Associates, Inc.
880 CARILLON PARKWAY-32E | ST. PETERSBURG, FL. 33716
(800) 235-3898
(727) 567-6351
aspinwall.us.com
Sam.Aspinwall@RaymondJames.com

## Annual

PLEDGED ACCOUNT
TIMOTHY HAMILTON
504 TAYLOR CT
CRANBERRY TOWNSHIP PA
16066-1708041

**Raymond James Client Services**
800-647-SERV (7378)
Monday - Friday 8 a.m. to 9 p.m. ET

**Online Account Access**
raymondjames.com/investoraccess

## Timothy Hamilton Annual Summary - #15856025 - PLEDGED

| | This Statement | Year to Date |
|---|---|---|
| **Beginning Balance** | **$497,545.55** | **$497,545.55** |
| Deposits | $22,217.65 | $22,217.65 |
| Income | $0.00 | $0.00 |
| Withdrawals | $(75.00) | $(75.00) |
| Expenses | $0.00 | $0.00 |
| Change in Value | $(26,323.52) | $(26,323.52) |
| **Ending Balance** | **$493,364.68** | **$493,364.68** |

**Value This Statement**

# $493,364.68

| Last Statement | Prior Year-End |
|---|---|
| $497,545.55 | $497,545.55 |

Dollar-Weighted Performance*

| YTD | Annualized Since 01/09/2012 |
|---|---|
| (5.14)% | 20.92% |

Performance Inception: 01/09/2012
Excludes some limited partnerships, unpriced securities and annuity history prior to the annuity being linked to the account.

## Important Messages

- Your primary objective is Growth, with a medium risk tolerance and a time horizon less than 5 years.
  Your secondary objective is Growth, with a medium risk tolerance and a time horizon less than 5 years.
- Pledged collateral account for the benefit of Raymond James Bank



# RAYMOND JAMES®

December 30, 2016 to December 29, 2017

Account # 15856025

## Your Portfolio

For more information,
visit raymondjames.com/investoraccess

| | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| **Cash & Cash Alternatives** | | | | | |
| Raymond James Bank Deposit Program ⊕ 0.03% - Selected Sweep Option | | | $39.31 | | $0.01 |
| Citibank NA | | | $39.31 | | |
| **Your bank priority state: PA** | | | | | |
| **Participating banks recently added:** West Bank 10/02/2017 | | | | | |
| ⊕ Please see the Raymond James Bank Deposit Program on the Understanding Your Statement page. | | | | | |
| *Cash & Cash Alternatives Total* | | | *$39.31* | | *$0.01* |
| **Equities** | | | | | |
| EAGLE BANCORP INCORPORATED MD (EGBN) | 8,520.300 | $57.900 | **$493,325.37** | | |
| *Equities Total* | | | *$493,325.37* | | |
| **Portfolio Total** | | | **$493,364.68** | | **$0.01** |

° Please see Cost Basis on the Understanding Your Statement page.

## Your Activity

| Date | Activity Type | Description | | Quantity/ Price | Amount |
|---|---|---|---|---|---|
| **Deposits** | | | | | |
| 01/23/2017 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 68.000 $59.850 | $4,069.80 |
| 03/03/2017 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 50.000 $63.050 | $3,152.50 |
| 03/03/2017 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 51.000 $63.050 | $3,215.55 |
| 03/08/2017 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 42.000 $61.400 | $2,578.80 |
| 04/12/2017 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 47.000 $57.050 | $2,681.35 |

# RAYMOND JAMES®

December 30, 2016 to December 29, 2017

Account # 15856025

## Your Activity (continued)

| Date | Activity Type | Description | | Quantity/ Price | Amount |
|---|---|---|---|---|---|
| **Deposits (continued)** | | | | | |
| 07/18/2017 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 57.000 $61.850 | $3,525.45 |
| 10/16/2017 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 44.000 $68.050 | $2,994.20 |
| **Deposits Total** | | | | | **$22,217.65** |

| Date | Activity Type | Description | Amount |
|---|---|---|---|
| **Withdrawals** | | | |
| 08/31/2017 | Withdrawal | Cash *16-17 ANN PLEDGE FEE* | $(75.00) |
| **Withdrawals Total** | | | **$(75.00)** |

| Date | Activity Type | Description | Amount |
|---|---|---|---|
| **Cash Sweep Activity Recap** | | | |
| 08/31/2017 | Transfer From | Raymond James Bank Deposit Program | $(75.00) |

# RAYMOND JAMES®

## Understanding Your Statement

Need help navigating your statement? Visit **http://raymondjames.com/statements/eos** for a guide.

The following information is related to the investments currently held in your account at Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. Information about commissions, service fees and other charges related to your transactions is included on your transaction confirmations. All financial products you have purchased or sold through your Raymond James financial advisor should appear on a trade confirmation and your account statements. Please contact your financial advisor and Raymond James Client Services at 800-647-7378 if you do not see any such purchase or sale reported on your trade confirmation or account statements; if you have questions about the securities positions, balances and transactions in your account; or if you note any other inaccuracy on your account statement. If you have questions about the following information or would like to update your investment profile, please contact your financial advisor. Raymond James' financial statement is available for your inspection at its offices or at https://www.raymondjames.com, or a copy of it will be mailed upon your written request. Any oral communications should be reconfirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act.

Raymond James International Headquarters | 880 Carillon Parkway | St. Petersburg, FL 33716 | https://www.raymondjames.com

**Securities Investor Protection Corporation** - Raymond James & Associates, Inc. is a member of the Securities Investor Protection Corporation (SIPC), which protects securities customers of its members up to $500,000, including $250,000 for claims for cash. Money market fund shares are not considered cash for this purpose; they are securities. An explanatory brochure is available upon request by calling 202-371-8300 or visiting http://www.sipc.org. Raymond James & Associates, Inc. has purchased excess SIPC coverage through various syndicates of Lloyd's, a London-based firm. Excess SIPC coverage is fully protected by the Lloyd's trust funds and Lloyd's Central Fund. The additional protection currently provided has an aggregate firm limit of $750 million, including a sub-limit of $1.9 million per customer for cash above basic SIPC for the wrongful abstraction of customer funds. SIPC coverage is not the same as, and operates differently from, FDIC deposit insurance. Account protection applies when a SIPC-member firm fails financially and is unable to meet obligations to securities clients, but it does not protect against market fluctuations.

Raymond James & Associates, Inc. and Raymond James Financial Services, Inc. are affiliated with Raymond James Bank, National Association (N.A.), member FDIC. Unless otherwise specified, products purchased from or held at Raymond James & Associates or purchased from Raymond James Financial Services are not insured by the FDIC, are not deposits or other obligations of Raymond James Bank, N.A., are not guaranteed by Raymond James Bank, N.A., and are subject to investment risks, including possible loss of the principal invested.

**FINRA Disclosure** - For additional background information on any firm or representative registered with the Financial Industry Regulatory Authority (FINRA), please contact FINRA at 800-289-9999 or http://www.finra.org and request the public disclosure program brochure.

**MSRB Disclosure** - Raymond James & Associates, Inc. and Raymond James Financial Services, Inc. are registered with and subject to the rules and regulations of the U.S. Securities and Exchange Commission (SEC) and the Municipal Securities Rulemaking Board (MSRB). Both the SEC and the MSRB publish websites containing information and resources designed to educate investors. In addition to educational materials about the municipal securities market and municipal securities market data, the MSRB website includes an investor brochure describing protections that may be provided by MSRB rules, including how to file a complaint with the appropriate regulatory authority. For more information, visit https://www.sec.gov/ and http://www.msrb.org/.

**Availability of Free Credit, Bank Deposit Program, and Shares of the Cash Sweep Money Market Mutual Fund Balance** - You have the right to receive, in the normal course of business, any free credit balance, bank deposit program balance, the net asset value of shares of the cash sweep money market mutual fund balance, and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

**Third Party Payments Disclosure** - In addition to the fees you pay directly for the services offered by Raymond James and your advisor, Raymond James receives fees from various sources. For more information on fees and expenses, please see https://raymondjames.com/legal-disclosures/third-party-payments.

**Cost Basis** - Investment gain or loss reflects the unrealized gain or loss using adjusted cost basis. Adjusted cost basis may or may not reflect adjustments for return of principal/capital or accretion/amortization. Reinvestments of dividends or capital gain distributions are included in the adjusted cost basis calculation of the unrealized gain/loss with the exception of open end mutual funds. Cost basis for open end mutual funds does not include reinvested dividends or capital gains for calculating unrealized gain or loss on this statement. Clients who have elected the average cost reporting method will have the average cost per share of all tax lots applied to the cost basis used for calculating the unrealized gain or loss. Realized gain/loss information found under the Important Messages section includes reinvested dividend and capital gains in the calculation for all security types. Gain or loss information is displayed on this statement for your information only and should not be relied upon for tax reporting purposes.

A missing G/L calculation indicates that some or all of the tax lots for that position are missing cost basis. Please contact your financial advisor to have missing cost basis information added to your account.

For securities classified as Grantor or Royalty Trusts, Master Limited Partnerships or other widely held fixed income trusts, cost basis is not adjusted. These securities receive principal payments or distributions that are classified differently by the issuer at the end of the year. Clients should continue to rely on the issuer information for both cost basis adjustments as well as proceeds adjustments for these securities. For this reason the gain/loss displayed will be unadjusted and is not a true indicator of the investment return. Any adjustment to sales proceeds will be reflected on your 1099.

Effective January 1, 2011, Raymond James reports adjusted cost basis for securities currently covered by the Emergency Economic Stabilization Act of 2008 to the IRS on Form 1099-B. Raymond James will default to the first-in, first-out (FIFO) cost basis accounting method for trades and transfers unless a different method has been selected. Adjustments made to your cost basis throughout the year may cause the information displayed on the client statement to differ from what is reported on the 1099-B which is provided to the IRS at the end of the year.

For tax lots or securities that are not covered by the Emergency Economic Stabilization Act of 2008, cost basis information may not be available, may have been estimated by you or your financial advisor, or may have been obtained from third-party sources, and in these instances, Raymond James cannot guarantee its accuracy. Information for uncovered positions will not be reported to the IRS.



# RAYMOND JAMES®

## Understanding Your Statement (continued)

**Client Interest Program** - The Client Interest Program (CIP) is an on-demand alternative for client cash that is held for future investment. As required by the U.S. Securities and Exchange Commission Rule 15c3-3, "The Customer Protection Rule," Raymond James segregates client cash from firm cash. The client cash that is set aside is required to be held in bank accounts or in certain high-quality U.S. Government securities. CIP balances are included in the coverage provided by the Securities Investor Protection Corporation (SIPC) and excess SIPC. The CIP rate displayed in the Cash & Cash Alternatives section of your statement is the established rate for the last business day of the reported month. However, in the event that a large deposit is made on the last business day of the month, the rate for the next business day may be displayed. Estimated Annual Income is calculated using this rate and, therefore, is solely an estimated value for the month and may not reflect your actual income.

**Dollar-Weighted Performance Reporting** - The dollar-weighted performance results represented in this statement are based on performance calculations that take into account the impact of deposits and withdrawals. Because these cash flows are beyond the control of the advisor, they should not be used to evaluate his/her performance. Performance returns are calculated net of management fees, if applicable. Returns for periods greater than one year are annualized returns unless they represent entire 12-month periods. All performance figures exclude unpriced securities (including securities of indeterminate value), limited partnerships (other than limited partnerships classified as Alternative Investments and appearing in that section of your statement). Performance for Annuity and RJ Bank CD's may not be all inclusive. Considering these exclusions, overall performance may be different than the results presented in this statement. Past performance is not a guarantee of future results. Information used to calculate performance may have been obtained from third party sources and Raymond James cannot guarantee the accuracy of such information.

**Raymond James Bank Deposit Program** - The Raymond James Bank Deposit Program is a multibank cash sweep program that deposits available cash in your brokerage account into interest-bearing deposit accounts at one or more banks. Raymond James Bank Deposit Program balances are insured solely by the Federal Deposit Insurance Corporation (FDIC), subject to FDIC limitations and guidelines, which are explained at https://www.fdic.gov.

The Raymond James Bank Deposit Program rate displayed in the Cash & Cash Alternatives section of your statement is the established rate for the last business day of the reported month. However, in the event that a large deposit is made on the last business day of the month, the rate for the next business day may be displayed. Estimated Annual Income is calculated using this rate and, therefore, is solely an estimated value for the month and may not reflect your actual income.

"Your bank priority state" indicates the corresponding Bank Priority List that applies to your account. "RJBDP participating banks you declined" displays the names of the banks you have designated as ineligible to receive your funds, which results in your funds being directed to the next bank on the Bank Priority List. "Participating banks recently added" displays additional

banks that have been added to the program in the last 90 days. You have the right to designate any bank in the program as ineligible to receive your funds by contacting your financial advisor.

More information about the Bank Deposit Program, including the current Bank Priority Lists, is available at https://www.raymondjames.com/rjbdp.

**Estimated Annual Income and Estimated Income Yield** - The Estimated Annual Income (EAI) and Estimated Income Yield (EIY) provided on this statement are an estimate of the income a security will distribute during the year. These figures should not be confused with actual cash flows, investment yields or investment returns. Actual income or yield may be lower or higher than the estimated amounts. A number of factors may influence the actual income or yield that is received. The amount or frequency of an issuer's dividend may fluctuate or cease, which may cause the income and or yield of the security to fluctuate. EIY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. EAI and EIY for certain types of securities could include a return of principal or capital gains which could overstate the EAI and EIY. Information used to calculate Estimated Annual Income and or Estimated Income Yield may be obtained from third party sources and Raymond James cannot guarantee the accuracy of such information. Estimated Annual Income and or Estimated Income Yield amounts should not be used as a financial planning tool.

**Pricing** - While sources used for pricing publicly traded securities are considered reliable, the prices displayed on your statement may be based on actual trades, bid/ask information or vendor evaluations. As such, the prices displayed on your statement may or may not reflect actual trade prices you would receive in the current market. Pricing for non-publicly traded securities is obtained from a variety of sources, which may include issuer-provided information. Raymond James does not guarantee the accuracy, reliability, completeness or attainability of this information. Investment decisions should be made only after contacting your financial advisor.

**Standing Withholding Elections** - The term "standing withholding election" refers to a federal or state income tax withholding election made for a Raymond James IRA that is carried over and applied to all future distributions from that IRA unless it is changed or revoked.

If income taxes are being withheld from the IRA payments you are receiving and you do not wish to have taxes withheld, please notify your financial advisor. However, if you elect not to have withholding apply or you do not have enough federal income tax withheld from your IRA payments, you may be responsible for the payment of estimated taxes. You may incur penalties under the estimated tax rules if your withholding and estimated tax payments are not sufficient.

If income taxes are not being withheld from your IRA payments because you elected not to have withholding apply and you now wish to revoke that election and have income taxes withheld, please notify your financial advisor.

This Page Intentionally Left Blank

PLEDGED ACCOUNT - SBL
TIMOTHY HAMILTON
5611 CHESTERBROOK RD
BETHESDA MD 20816-1301116





# RAYMOND JAMES®

December 31, 2015 to December 30, 2016
Account # 15856025

**ASPINWALL, WARNOCK, CES**
Raymond James & Associates, Inc.
880 CARILLON PARKWAY-32E | ST. PETERSBURG, FL. 33716
(800) 235-3898
(727) 567-6351
aspinwall.us.com
Sam.Aspinwall@RaymondJames.com

## Annual

PLEDGED ACCOUNT - SBL
TIMOTHY HAMILTON
5611 CHESTERBROOK RD
BETHESDA MD 20816-1301116

**Raymond James Client Services**
800-647-SERV (7378)
Monday - Friday 8 a.m. to 6 p.m. ET

**Online Account Access**
raymondjames.com/investoraccess

## Timothy Hamilton Annual Summary - #15856025 - PLEDGED

| | This Statement | Year to Date |
|---|---|---|
| **Beginning Balance** | **$370,730.66** | **$370,730.66** |
| Deposits | $40,169.10 | $40,169.10 |
| Income | $0.00 | $0.00 |
| Withdrawals | $0.00 | $0.00 |
| Expenses | $0.00 | $0.00 |
| Change in Value | $86,645.79 | $86,645.79 |
| **Ending Balance** | **$497,545.55** | **$497,545.55** |
| Securities Based Line of Credit | 81,483.80 | |

**Value This Statement**

## $497,545.55

| Last Statement | Prior Year-End |
|---|---|
| $370,730.66 | $370,730.66 |

Dollar-Weighted Performance*

| YTD | Annualized Since 01/09/2012 |
|---|---|
| 22.09% | 32.12% |

Performance Inception: 01/09/2012
Excludes some limited partnerships, unpriced securities and annuity history prior to the annuity being linked to the account.

## Important Messages

- Your primary objective is Growth, with a medium risk tolerance and a time horizon less than 5 years.
  Your secondary objective is Growth, with a medium risk tolerance and a time horizon less than 5 years.
- Pledged collateral account for the benefit of Raymond James Bank
- Securities Based Line of Credit:
  - The assets of this account are currently pledged as part of a Securities Based Line of Credit. For more information, please contact your financial advisor.
  Please see Securities Based Line of Credit on the Understanding Your Statement page.



# RAYMOND JAMES®

December 31, 2015 to December 30, 2016
Account # 15856025

## Your Portfolio

For more information,
visit raymondjames.com/investoraccess

| | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| **Cash & Cash Alternatives** | | | | | |
| Raymond James Bank Deposit Program ⊕ 0.02% - Selected Sweep Option | | | **$114.31** | | $0.02 |
| Raymond James Bank N.A. | | | $114.31 | | |
| **Your bank priority state:** MD | | | | | |
| ⊕ Please see the Raymond James Bank Deposit Program on the Understanding Your Statement page. | | | | | |
| *Cash & Cash Alternatives Total* | | | *$114.31* | | *$0.02* |
| **Equities** | | | | | |
| EAGLE BANCORP INCORPORATED MD (EGBN) | 8,161.300 | $60.950 | **$497,431.24** | | |
| *Equities Total* | | | *$497,431.24* | | |
| **Portfolio Total** | | | **$497,545.55** | | **$0.02** |

° Please see Cost Basis on the Understanding Your Statement page.

## Your Activity

| Date | Activity Type | Description | | Quantity | Amount |
|---|---|---|---|---|---|
| **Deposits** | | | | | |
| 01/20/2016 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 62.000 | $2,840.84 |
| 02/25/2016 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 49.000 | $2,251.55 |
| 02/25/2016 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 65.000 | $2,986.75 |
| 02/25/2016 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 52.000 | $2,389.40 |
| 04/15/2016 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 69.000 | $3,345.12 |
| 06/06/2016 | Transfer In | EAGLE BANCORP INCORPORATED MD *T/A REC DRS 7807 HARRIS* | (EGBN) | 318.000 | $16,380.18 |

# RAYMOND JAMES®

December 31, 2015 to December 30, 2016
Account # 15856025

## Your Activity (continued)

| Date | Activity Type | Description | | Quantity | Amount |
|---|---|---|---|---|---|
| **Deposits (continued)** | | | | | |
| 06/06/2016 | Transfer In | EAGLE BANCORP INCORPORATED MD *T/A REC DRS 7807 HARRIS* | (EGBN) | 74.000 | $3,811.74 |
| 07/06/2016 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 59.000 | $2,748.22 |
| 10/26/2016 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 70.000 | $3,415.30 |
| **Deposits Total** | | | | | **$40,169.10** |

# RAYMOND JAMES®

December 31, 2015 to December 30, 2016
Account # 15856025

## Understanding Your Statement

Need help navigating your statement?  Visit **http://raymondjames.com/statements/eos** for a guide.

The following information is related to the investments currently held in your account at Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. Information about commissions, service fees and other charges related to your transactions is included on your transaction confirmations. All financial products you have purchased or sold through your Raymond James financial advisor should appear on a trade confirmation and your account statements. Please contact your financial advisor and Raymond James Client Services at 800-647-7378 if you do not see any such purchase or sale reported on your trade confirmation or account statements; if you have questions about the securities positions, balances and transactions in your account; or if you note any other inaccuracy on your account statement. If you have questions about the following information or would like to update your investment profile, please contact your financial advisor. Raymond James' financial statement is available for your inspection at its offices or at raymondjames.com, or a copy of it will be mailed upon your written request. Any oral communications should be reconfirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act.

Raymond James International Headquarters | 880 Carillon Parkway | St. Petersburg, FL 33716 | raymondjames.com

**Securities Investor Protection Corporation** - Raymond James & Associates, Inc. is a member of the Securities Investor Protection Corporation (SIPC), which protects securities customers of its members up to $500,000, including $250,000 for claims for cash. An explanatory brochure is available upon request by calling 202-371-8300 or visiting sipc.org. Raymond James & Associates, Inc. has purchased excess SIPC coverage through various syndicates of Lloyd's, a London-based firm. Excess SIPC coverage is fully protected by the Lloyd's trust funds and Lloyd's Central Fund. The additional protection currently provided has an aggregate firm limit of $750 million, including a sub-limit of $1.9 million per customer for cash above basic SIPC for the wrongful abstraction of customer funds. Account protection applies when a SIPC-member firm fails financially and is unable to meet obligations to securities clients, but it does not protect against market fluctuations.

Raymond James & Associates, Inc. and Raymond James Financial Services, Inc. are affiliated with Raymond James Bank, National Association (N.A.), member FDIC. Unless otherwise specified, products purchased from or held at Raymond James & Associates or purchased from Raymond James Financial Services are not insured by the FDIC, are not deposits or other obligations of Raymond James Bank, N.A., are not guaranteed by Raymond James Bank, N.A., and are subject to investment risks, including possible loss of the principal invested.

**FINRA Disclosure** - For additional background information on any firm or representative registered with the Financial Industry Regulatory Authority (FINRA), please contact FINRA at 800-289-9999 or finra.org and request the public disclosure program brochure.

**Availability of Free Credit, Bank Deposit Program, and Shares of the Cash Sweep Money Market Mutual Fund Balance -** You have the right to receive, in the normal course of business, any free credit balance, bank deposit program balance, the net asset value of shares of the cash sweep money market mutual fund balance, and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

**Cost Basis** - Investment gain or loss reflects the unrealized gain or loss using adjusted cost basis. Adjusted cost basis may or may not reflect adjustments for return of principal/capital or accretion/amortization. Reinvestments of dividends or capital gain distributions are included in the adjusted cost basis calculation of the unrealized gain/loss with the exception of open end mutual funds. Cost basis for open end mutual funds does not include reinvested dividends or capital gains for calculating unrealized gain or loss on this statement. Clients who have elected the average cost reporting method will have the average cost per share of all tax lots applied to the cost basis used for calculating the unrealized gain or loss. Realized gain/loss information found under the Important Messages section includes reinvested dividend and capital gains in the calculation for all security types. Gain or loss information is displayed on this statement for your information only and should not be relied upon for tax reporting purposes.

A missing G/L calculation indicates that some or all of the tax lots for that position are missing cost basis. Please contact your financial advisor to have missing cost basis information added to your account.

For securities classified as Grantor or Royalty Trusts, Master Limited Partnerships or other widely held fixed income trusts, cost basis is not adjusted. These securities receive principal payments or distributions that are classified differently by the issuer at the end of the year. Clients should continue to rely on the issuer information for both cost basis adjustments as well as proceeds adjustments for these securities. For this reason the gain/loss displayed will be unadjusted and is not a true indicator of the investment return.  Any adjustment to sales proceeds will be reflected on your 1099.

Effective January 1, 2011, Raymond James reports adjusted cost basis for securities currently covered by the Emergency Economic Stabilization Act of 2008 to the IRS on Form 1099-B.  Raymond James will default to the first-in, first-out (FIFO) cost basis accounting method for trades and transfers unless a different method has been selected. Adjustments made to your cost basis throughout the year may cause the information displayed on the client statement to differ from what is reported on the 1099-B which is provided to the IRS at the end of the year.

For tax lots or securities that are not covered by the Emergency Economic Stabilization Act of 2008, cost basis information may not be available, may have been estimated by you or your financial advisor, or may have been obtained from third-party sources, and in these instances, Raymond James cannot guarantee its accuracy. Information for uncovered positions will not be reported to the IRS.

**Client Interest Program** - The Client Interest Program (CIP) is an on-demand alternative for client cash that is held for future investment. As required by the U.S. Securities and Exchange Commission Rule 15c3-3, "The Customer Protection Rule," Raymond James segregates client cash from firm cash. The client cash that is set aside is required to be held in bank accounts or in certain high-quality U.S. Government securities. CIP balances are included in the coverage provided by the Securities Investor Protection Corporation (SIPC) and excess SIPC. The CIP rate displayed in the Cash & Cash Alternatives section of your statement is the established rate for the last business day of the reported month. Estimated Annual Income is calculated using this rate and, therefore, is solely an estimated value for the month and may not reflect your actual income.

**Dollar-Weighted Performance Reporting** - The dollar-weighted performance results represented in this statement are based on performance calculations that take into account the impact of deposits and withdrawals. Because these cash flows are beyond the control of the advisor, they should not be used to evaluate his/her performance. In addition, returns for securities purchased on margin include the effects of leverage. Performance returns are calculated net of management fees, if applicable. Returns for periods greater than one year are annualized returns unless they represent entire 12-month periods. All performance figures exclude unpriced securities (including securities of indeterminate value), limited partnerships (other than limited partnerships classified as Alternative Investments and appearing in that section of your statement). Performance for Annuity and RJ



# RAYMOND JAMES®

## Understanding Your Statement (continued)

Bank CD's may not be all inclusive. Considering these exclusions, overall performance may be different than the results presented in this statement. Past performance is not a guarantee of future results. Information used to calculate performance may have been obtained from third party sources and Raymond James cannot guarantee the accuracy of such information.

**Raymond James Bank Deposit Program** - The Raymond James Bank Deposit Program is a multibank cash sweep program that deposits available cash in your brokerage account into interest-bearing deposit accounts at one or more banks. Raymond James Bank Deposit Program balances are insured solely by the Federal Deposit Insurance Corporation (FDIC), subject to FDIC limitations and guidelines, which are explained at fdic.gov.

The Raymond James Bank Deposit Program rate displayed in the Cash & Cash Alternatives section of your statement is the established rate for the last business day of the reported month. Estimated Annual Income is calculated using this rate and, therefore, is solely an estimated value for the month and may not reflect your actual income.

"Your bank priority state" indicates the corresponding Bank Priority List that applies to your account. "RJBDP participating banks you declined" displays the names of the banks you have designated as ineligible to receive your funds, which results in your funds being directed to the next bank on the Bank Priority List. "Participating banks recently added" displays additional banks that have been added to the program in the last 90 days. You have the right to designate any bank in the program as ineligible to receive your funds by contacting your financial advisor.

More information about the Bank Deposit Program, including the current Bank Priority Lists, is available at raymondjames.com/rjbdp.

**Estimated Annual Income and Estimated Income Yield** - The Estimated Annual Income (EAI) and Estimated Income Yield (EIY) provided on this statement are an estimate of the income a security will distribute during the year. These figures should not be confused with actual cash flows, investment yields or investment returns. Actual income or yield may be lower or higher than the estimated amounts. A number of factors may influence the actual income or yield that is received. The amount or frequency of an issuer's dividend may fluctuate or cease, which may cause the income and or yield of the security to fluctuate. EIY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. EAI and EIY for certain types of securities could include a return of principal or capital gains which could overstate the EAI and EIY. Information used to calculate Estimated Annual Income and or

Estimated Income Yield may be obtained from third party sources and Raymond James cannot guarantee the accuracy of such information. Estimated Annual Income and or Estimated Income Yield amounts should not be used as a financial planning tool.

**Pricing** - While sources used for pricing publicly traded securities are considered reliable, the prices displayed on your statement may be based on actual trades, bid/ask information or vendor evaluations. As such, the prices displayed on your statement may or may not reflect actual trade prices you would receive in the current market. Pricing for non-publicly traded securities is obtained from a variety of sources, which may include issuer-provided information. Raymond James does not guarantee the accuracy, reliability, completeness or attainability of this information. Investment decisions should be made only after contacting your financial advisor.

**Standing Withholding Elections** - The term "standing withholding election" refers to a federal or state income tax withholding election made for a Raymond James IRA that is carried over and applied to all future distributions from that IRA unless it is changed or revoked.

If income taxes are being withheld from the IRA payments you are receiving and you do not wish to have taxes withheld, please notify your financial advisor. However, if you elect not to have withholding apply or you do not have enough federal income tax withheld from your IRA payments, you may be responsible for the payment of estimated taxes. You may incur penalties under the estimated tax rules if your withholding and estimated tax payments are not sufficient.

If income taxes are not being withheld from your IRA payments because you elected not to have withholding apply and you now wish to revoke that election and have income taxes withheld, please notify your financial advisor.

**Securities Based Line of Credit** – Securities Based Line of Credit may not be appropriate for all clients. Using securities as collateral for borrowings may involve a high degree of risk. Market conditions can magnify any potential for loss. A decrease in market value of pledged assets or, at our sole discretion, an increase in the percentage of equity you must maintain in your pledged account(s) may require you to deposit additional securities and/or cash in the account(s) or pay down the loan, defined as a Collateral Call. The securities in the pledged account(s) may be liquidated to meet the Collateral Call, and the firm can sell your securities without contacting you. In addition, a Collateral Call could disrupt your investment strategy. Please see your loan agreement or consult with your financial advisor for details.

# RAYMOND JAMES®

This Page Intentionally Left Blank

PLEDGED ACCOUNT - SBL
TIMOTHY HAMILTON
5611 CHESTERBROOK RD
BETHESDA MD 20816-1301116



15856025-94-1  32F/73H0






# RAYMOND JAMES®

December 31, 2014 to December 31, 2015
Account # 15856025

**ASPINWALL; WARNOCK**
Raymond James & Associates, Inc.
880 CARILLON PARKWAY-32E | ST. PETERSBURG, FL. 33716 (800) 235-3898
| (727) 567-6351
aspinwall.us.com
Sam.Aspinwall@RaymondJames.com

## Annual

PLEDGED ACCOUNT - SBL
TIMOTHY HAMILTON
5611 CHESTERBROOK RD
BETHESDA MD 20816-1301116

**Raymond James Client Services**
800-647-SERV (7378)
Monday - Friday 8 a.m. to 6 p.m. ET

**Online Account Access**
raymondjames.com/investoraccess

## Timothy Hamilton Annual Summary - #15856025 - PLEDGED

| | This Statement | Year to Date |
|---|---|---|
| **Beginning Balance** | **$186,208.49** | **$186,208.49** |
| Deposits | $97,949.19 | $97,949.19 |
| Income | $0.40 | $0.40 |
| Withdrawals | $(19,020.00) | $(19,020.00) |
| Expenses | $0.00 | $0.00 |
| Change in Value | $105,592.58 | $105,592.58 |
| **Ending Balance** | **$370,730.66** | **$370,730.66** |
| Securities Based Line of Credit | $85,000.00 | |

**Value This Statement**

## $370,730.66

| Last Statement | Prior Year-End |
|---|---|
| $186,208.49 | $186,208.49 |

Dollar-Weighted Performance*

| YTD | Annualized Since 01/09/2012 |
|---|---|
| 44.75% | 37.42% |

Performance Inception: 01/09/2012
Excludes some limited partnerships, unpriced securities and annuity history prior to the annuity being linked to the account.

## Important Messages

- Your primary objective is Growth, with a medium risk tolerance and a time horizon less than 5 years.
  Your secondary objective is Growth, with a medium risk tolerance and a time horizon less than 5 years.
- Pledged collateral account for the benefit of Raymond James Bank
- Securities Based Line of Credit:
  - The assets of this account are currently pledged as part of a Securities Based Line of Credit. For more information, please contact your financial advisor.
  Please see Securities Based Line of Credit on the Understanding Your Statement page.

# RAYMOND JAMES®

December 31, 2014 to December 31, 2015
Account # 15856025

## Your Portfolio

For more information,
visit raymondjames.com/investoraccess

| | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| **Cash & Cash Alternatives** | | | | | |
| Raymond James Bank Deposit Program ⊕ | | | **$114.31** | | $0.01 |
| 0.01% - Selected Sweep Option | | | | | |
| Raymond James Bank N.A. | | | $114.31 | | |

**Your bank priority state:** MD

**Participating banks recently added:** Bank of India 01/11/2016; Pacific Western Bank 12/29/2015

⊕ Please see the Raymond James Bank Deposit Program on the Understanding Your Statement page.

| | Quantity | Price | Value | Gain or (Loss)° | Estimated Annual Income |
|---|---|---|---|---|---|
| ***Cash & Cash Alternatives Total*** | | | **$114.31** | | **$0.01** |
| **Equities** | | | | | |
| EAGLE BANCORP INCORPORATED MD (EGBN) | 7,343.300 | $50.470 | **$370,616.35** | | |
| ***Equities Total*** | | | **$370,616.35** | | |
| **Portfolio Total** | | | **$370,730.66** | | **$0.01** |

° Please see Cost Basis on the Understanding Your Statement page.

## Your Activity

| Date | Activity Type | Description | | Quantity | Amount |
|---|---|---|---|---|---|
| **Deposits** | | | | | |
| 01/09/2015 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 87.000 | $2,897.97 |
| 02/19/2015 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 64.000 | $2,297.28 |
| 02/23/2015 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 52.000 | $1,886.56 |
| 02/26/2015 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 77.000 | $2,833.60 |
| 03/17/2015 | Deposit | Cash *CHECK DEPOSIT - THANK YOU* | | | $7,100.00 |
| 04/16/2015 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 95.000 | $3,591.00 |

# RAYMOND JAMES®

**December 31, 2014 to December 31, 2015**
Account # 15856025

## Your Activity (continued)

| Date | Activity Type | Description | | Quantity | Amount |
|---|---|---|---|---|---|
| **Deposits (continued)** | | | | | |
| 05/06/2015 | Transfer In | EAGLE BANCORP INCORPORATED MD *FROM 15756691* | (EGBN) | 1,650.000 | $61,198.50 |
| 05/06/2015 | Deposit | Cash *STK OPT CLEAR 1650 EGBN* | | | $9,510.00 |
| 07/09/2015 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 74.000 | $3,298.18 |
| 10/14/2015 | Transfer In | EAGLE BANCORP INCORPORATED MD *DWAC FROM T/A* | (EGBN) | 73.000 | $3,336.10 |
| ***Deposits Total*** | | | | | ***$97,949.19*** |
| **Income** | | | | | |
| 01/30/2015 | Interest at RJ Bank Deposit Program | Raymond James Bank Deposit Program | | | $0.02 |
| 02/27/2015 | Interest at RJ Bank Deposit Program | Raymond James Bank Deposit Program | | | $0.01 |
| 03/31/2015 | Interest at RJ Bank Deposit Program | Raymond James Bank Deposit Program | | | $0.12 |
| 04/30/2015 | Interest at RJ Bank Deposit Program | Raymond James Bank Deposit Program | | | $0.22 |
| 05/29/2015 | Interest at RJ Bank Deposit Program | Raymond James Bank Deposit Program | | | $0.03 |
| ***Income Total*** | | | | | ***$0.40*** |
| **Withdrawals** | | | | | |
| 05/06/2015 | Withdrawal | Cash *WIRE TO EAGLE BANCORP* | | | $(9,510.00) |
| 05/06/2015 | Withdrawal | Cash *STK OPT CLEAR 1650 EGBN* | | | $(9,510.00) |
| ***Withdrawals Total*** | | | | | ***$(19,020.00)*** |

# RAYMOND JAMES®

December 31, 2014 to December 31, 2015
Account # 15856025

## Your Activity (continued)

| Date | Activity Type | Description | Quantity | Amount |
|------|---------------|-------------|----------|--------|
| **Cash Sweep Transfers** | | | | |
| 03/18/2015 | Transfer To | Raymond James Bank Deposit Program | | $7,100.00 |
| 05/06/2015 | Transfer From | Raymond James Bank Deposit Program | | $(9,510.00) |

# RAYMOND JAMES®

**December 31, 2014 to December 31, 2015**
Account # 15856025

## Understanding Your Statement

Need help navigating your statement?  Visit **http://raymondjames.com/statements/eos** for a guide.

The following information is related to the investments currently held in your account at Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. Information about commissions, service fees and other charges related to your transactions is included on your transaction confirmations. All financial products you have purchased or sold through your Raymond James financial advisor should appear on a trade confirmation and your account statements. Please contact your financial advisor and Raymond James Client Services at 800-647-7378 if you do not see any such purchase or sale reported on your trade confirmation or account statements; if you have questions about the securities positions, balances and transactions in your account; or if  you note any other inaccuracy on your account statement. If you have questions about the following information or would like to update your investment profile, please contact your financial advisor. Raymond James' financial statement is available for your inspection at its offices or at raymondjames.com, or a copy of it will be mailed upon your written request. Any oral communications should be reconfirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act.

Raymond James International Headquarters | 880 Carillon Parkway | St. Petersburg, FL 33716 | raymondjames.com

**Securities Investor Protection Corporation** - Raymond James & Associates, Inc. is a member of the Securities Investor Protection Corporation (SIPC), which protects securities customers of its members up to $500,000, including $250,000 for claims for cash. An explanatory brochure is available upon request by calling 202-371-8300 or visiting sipc.org. Raymond James & Associates, Inc. has purchased excess SIPC coverage through various syndicates of Lloyd's, a London-based firm. Excess SIPC coverage is fully protected by the Lloyd's trust funds and Lloyd's Central Fund. The additional protection currently provided has an aggregate firm limit of $750 million, including a sub-limit of $1.9 million per customer for cash above basic SIPC for the wrongful abstraction of customer funds. Account protection applies when a SIPC-member firm fails financially and is unable to meet obligations to securities clients, but it does not protect against market fluctuations.

Raymond James & Associates, Inc. and Raymond James Financial Services, Inc. are affiliated with Raymond James Bank, National Association (N.A.), member FDIC. Unless otherwise specified, products purchased from or held at Raymond James & Associates or purchased from Raymond James Financial Services are not insured by the FDIC, are not deposits or other obligations of Raymond James Bank, N.A., are not guaranteed by Raymond James Bank, N.A., and are subject to investment risks, including possible loss of the principal invested.

**FINRA Disclosure** - For additional background information on any firm or representative registered with the Financial Industry Regulatory Authority (FINRA), please contact FINRA at 800-289-9999 or finra.org and request the public disclosure program brochure.

**Availability of Free Credit, Bank Deposit Program, and Shares of the Cash Sweep Money Market Mutual Fund Balance -** You have the right to receive, in the normal course of business, any free credit balance, bank deposit program balance, the net asset value of shares of the cash sweep money market mutual fund balance, and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

**Cost Basis** - Investment gain or loss reflects the unrealized gain or loss using adjusted cost basis. Adjusted cost basis may or may not reflect adjustments for return of principal/capital or accretion/amortization.  Reinvestments of dividends or capital gain distributions are included in the adjusted cost basis calculation of the unrealized gain/loss with the exception of open end mutual funds. Cost basis for open end mutual funds does not include reinvested dividends or capital gains for calculating unrealized gain or loss on this statement. Clients who have elected the average cost reporting method will have the average cost per share of all tax lots applied to the cost basis used for calculating the unrealized gain or loss. Realized gain/loss information found under the Important Messages section includes reinvested dividend and capital gains in the calculation for all security types. Gain or loss information is displayed on this statement for your information only and should not be relied upon for tax reporting purposes.

A missing G/L calculation indicates that some or all of the tax lots for that position are missing cost basis. Please contact your financial advisor to have missing cost basis information added to your account.

For securities classified as Grantor or Royalty Trusts, Master Limited Partnerships or other widely held fixed income trusts, cost basis is not adjusted. These securities receive principal payments or distributions that are classified differently by the issuer at the end of the year. Clients should continue to rely on the issuer information for both cost basis adjustments as well as proceeds adjustments for these securities. For this reason the gain/loss displayed will be unadjusted and is not a true indicator of the investment return.  Any adjustment to sales proceeds will be reflected on your 1099.

Effective January 1, 2011, Raymond James reports adjusted cost basis for  securities currently covered by the Emergency Economic Stabilization Act of 2008 to the IRS on Form 1099-B.  Raymond James will default to the first-in, first-out (FIFO) cost basis accounting method for trades and transfers unless a different method has been selected. Adjustments made to your cost basis throughout the year may cause the information displayed on the client statement to differ from what is reported on the 1099-B which is provided to the IRS at the end of the year.

For tax lots or securities that are not covered by the Emergency Economic Stabilization Act of 2008, cost basis information may not be available, may have been estimated by you or your financial advisor, or may have been obtained from third-party sources, and in these instances, Raymond James cannot guarantee its accuracy. Information for uncovered positions will not be reported to the IRS.

**Client Interest Program** - The Client Interest Program (CIP) is an on-demand alternative for client cash that is held for future investment. As required by the U.S. Securities and Exchange Commission Rule 15c3-3, "The Customer Protection Rule," Raymond James segregates client cash from firm cash. The client cash that is set aside is required to be held in bank accounts or in certain high-quality U.S. Government securities. CIP balances are included in the coverage provided by the Securities Investor Protection Corporation (SIPC) and excess SIPC. The CIP rate displayed in the Cash & Cash Alternatives section of your statement is the established rate for the last business day of the reported month. Estimated Annual Income is calculated using this rate and, therefore, is solely an estimated value for the month and may not reflect your actual income.

**Dollar-Weighted Performance Reporting** - The dollar-weighted performance results represented in this statement are based on performance calculations that take into account the impact of deposits and withdrawals. Because these cash flows are beyond the control of the advisor, they should not be used to evaluate his/her performance. In addition, returns for securities purchased on margin include the effects of leverage. Performance returns are calculated net of management fees, if applicable. Returns for periods greater than one year are annualized returns unless they represent entire 12-month periods. All performance figures exclude unpriced securities (including securities of indeterminate value), limited partnerships (other than limited partnerships classified as Alternative Investments and appearing in that section of your statement). Performance for Annuity and RJ

15856025-04-1   32F/73u0



**RAYMOND JAMES**®  December 31, 2014 to December 31, 2015
Account # 15856025

## Understanding Your Statement (continued)

Bank CD's may not be all inclusive. Considering these exclusions, overall performance may be different than the results presented in this statement. Past performance is not a guarantee of future results. Information used to calculate performance may have been obtained from third party sources and Raymond James cannot guarantee the accuracy of such information.

**Raymond James Bank Deposit Program** - The Raymond James Bank Deposit Program is a multibank cash sweep program that deposits available cash in your brokerage account into interest-bearing deposit accounts at one or more banks. Raymond James Bank Deposit Program balances are insured solely by the Federal Deposit Insurance Corporation (FDIC), subject to FDIC limitations and guidelines, which are explained at fdic.gov.

The Raymond James Bank Deposit Program rate displayed in the Cash & Cash Alternatives section of your statement is the established rate for the last business day of the reported month. Estimated Annual Income is calculated using this rate and, therefore, is solely an estimated value for the month and may not reflect your actual income.

"Your bank priority state" indicates the corresponding Bank Priority List that applies to your account. "RJBDP participating banks you declined" displays the names of the banks you have designated as ineligible to receive your funds, which results in your funds being directed to the next bank on the Bank Priority List. "Participating banks recently added" displays additional banks that have been added to the program in the last 90 days. You have the right to designate any bank in the program as ineligible to receive your funds by contacting your financial advisor.

More information about the Bank Deposit Program, including the current Bank Priority Lists, is available at raymondjames.com/rjbdp.

**Estimated Annual Income and Estimated Income Yield** - The Estimated Annual Income (EAI) and Estimated Income Yield (EIY) provided on this statement are an estimate of the income a security will distribute during the year. These figures should not be confused with actual cash flows, investment yields or investment returns. Actual income or yield may be lower or higher than the estimated amounts. A number of factors may influence the actual income or yield that is received. The amount or frequency of an issuer's dividend may fluctuate or cease, which may cause the income and or yield of the security to fluctuate. EIY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. EAI and EIY for certain types of securities could include a return of principal or capital gains which could overstate the EAI and EIY. Information used to calculate Estimated Annual Income and or

Estimated Income Yield may be obtained from third party sources and Raymond James cannot guarantee the accuracy of such information. Estimated Annual Income and or Estimated Income Yield amounts should not be used as a financial planning tool.

**Pricing** - While sources used for pricing publicly traded securities are considered reliable, the prices displayed on your statement may be based on actual trades, bid/ask information or vendor evaluations. As such, the prices displayed on your statement may or may not reflect actual trade prices you would receive in the current market. Pricing for non-publicly traded securities is obtained from a variety of sources, which may include issuer-provided information. Raymond James does not guarantee the accuracy, reliability, completeness or attainability of this information. Investment decisions should be made only after contacting your financial advisor.

**Standing Withholding Elections** - The term "standing withholding election" refers to a federal or state income tax withholding election made for a Raymond James IRA that is carried over and applied to all future distributions from that IRA unless it is changed or revoked.

If income taxes are being withheld from the IRA payments you are receiving and you do not wish to have taxes withheld, please notify your financial advisor. However, if you elect not to have withholding apply or you do not have enough federal income tax withheld from your IRA payments, you may be responsible for the payment of estimated taxes. You may incur penalties under the estimated tax rules if your withholding and estimated tax payments are not sufficient.

If income taxes are not being withheld from your IRA payments because you elected not to have withholding apply and you now wish to revoke that election and have income taxes withheld, please notify your financial advisor.

**Securities Based Line of Credit** – Securities Based Line of Credit may not be appropriate for all clients. Using securities as collateral for borrowings may involve a high degree of risk. Market conditions can magnify any potential for loss. A decrease in market value of pledged assets or, at our sole discretion, an increase in the percentage of equity you must maintain in your pledged account(s) may require you to deposit additional securities and/or cash in the account(s) or pay down the loan, defined as a Collateral Call. The securities in the pledged account(s) may be liquidated to meet the Collateral Call, and the firm can sell your securities without contacting you. In addition, a Collateral Call could disrupt your investment strategy. Please see your loan agreement or consult with your financial advisor for details.



