UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, JAMES H. LANGMEAD, and LAURENCE E. BENSIGNOR,<br><br>Defendants. | Case No. 1:19-cv-06873-LGS |

**SUPPLEMENTAL DECLARATION OF LEANNE H. SOLISH IN SUPPORT OF: (I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF <u>LITIGATION EXPENSES</u>**

I, Leanne H. Solish, declare the following pursuant to 28 U.S.C. §1746:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action. I am a partner with the law firm of Glancy Prongay & Murray LLP ("GPM"), Court-appointed Lead Counsel for Lead Plaintiff Danilee Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93 in the above-entitled action.[1]

2. I respectfully submit this supplemental declaration, together with the attached exhibits, in support of: (a) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (b) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

3. I am unaware of any requests for exclusion being received by GPM. I have reviewed the Court's docket and only one objection to the Settlement has been filed.

4. Attached hereto as Exhibit 1 is the Supplemental Declaration of Luiggy Segura Regarding: (A) Mailing of the Notice Packet; (B) Report on Requests for Exclusion and Objections Received to Date; and (C) Report On Claims Received To Date.

5. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the transcript of the final approval hearing in *Wiesberg v. Eagle Bancorp, Inc. et al.*, Case No. 2021 CA 000326 B (D.C. Super. Ct. Oct. 4, 2021).

6. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from a Form 8-K filed by Eagle Bancorp Inc. with the Securities and Exchange Commission on or about July 21, 2021. The 8-K is publicly available from the SEC on its website at http://www.sec.gov/edgar.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Stipulation and Agreement of Settlement, dated June 28, 2021. ECF No. 72-1.

7.     Attached hereto as Exhibit 4 is revised version of the [Proposed] Judgment previously submitted to the Court in conjunction with the preliminary approval motion. The Judgement has been revised to reflect that fact that there have been no requests for exclusion from the Settlement Class. Defendants have approved the revisions to the revised [Proposed] Judgment.

8.     Attached hereto as Exhibit 5 is a [Proposed] Order Approving Plan of Allocation of Net Settlement Fund; and

9.     Attached hereto as Exhibit 6 is a [Proposed] Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 13th day of January, 2022, in Los Angeles, California.

*/s/ Leanne H. Solish*
Leanne H. Solish

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Leanne H. Solish
Leanne H. Solish