# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, JAMES H. LANGMEAD, and LAURENCE E. BENSIGNOR,<br><br>Defendants. | Case No. 1:19-cv-06873-LGS |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING:**
**(A) MAILING OF THE NOTICE PACKET; (B) REPORT ON REQUESTS FOR**
**EXCLUSION AND OBJECTIONS RECEIVED TO DATE; AND (C) REPORT ON**
**CLAIMS RECEIVED TO DATE**

I, Luiggy Segura, hereby declare as follows:

1.      I am a Senior Director at JND Legal Administration ("JND").  Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, filed August 16, 2021 (ECF No. 77) (the "Preliminary Approval Order"), JND was appointed to serve as the Claims Administrator in connection with the proposed settlement of the above-captioned action (the "Action").[1]  I submit this Declaration as a supplement to my previously-filed Initial Mailing Declaration.  The following statements are based on my personal knowledge and information provided to me by other experienced JND employees, and if called as a witness, I could, and would testify competently thereto.

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed in the Stipulation and Agreement of Settlement, dated June 28, 2021 (ECF No. 72-1) (the "Stipulation") and the Declaration Luiggy Segura Regarding: (A) Mailing of the Notice Packet; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated December 3, 2021 (ECF No. 86-3) (the "Initial Mailing Declaration").

**CONTINUED DISSEMINATION OF THE NOTICE PACKET**

2.      Since the execution of the Initial Mailing Declaration, and through January 11, 2022, JND has not received any additional requests for Notice Packets (consisting of the Notice and Claim Form) from potential Settlement Class Members, brokers, or nominees.

3.      Therefore, through January 11, 2022, JND has mailed a total of 35,448 Notice Packets to potential Settlement Class Members, brokers and nominees.

**UPDATE ON CALL CENTER AND SETTLEMENT WEBSITE**

4.      On or about September 14, 2021, JND established and continues to maintain a toll-free telephone number (1-833-677-1091) for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form.  The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions.  Callers requiring further assistance have the option to be transferred to a live operator during business hours.  JND continues to maintain the telephone helpline and will update the interactive voice response system as necessary throughout the administration of the Settlement.

5.      As of January 11, 2022, JND has received 276 telephonic inquiries.

6.      JND also continues to maintain the dedicated website for the Action (www.EagleSecuritiesSettlement.com) in order to assist potential Settlement Class Members.  The Settlement Website became operational on or about September 14, 2021, and is accessible 24 hours a day, 7 days week. Among other things, the Settlement Website includes general information regarding the Settlement, lists the exclusion, objection, and claim filing deadlines, as well as the date and time of the Court's Settlement Hearing. JND also posted to the Settlement Website copies of the Stipulation, Preliminary Approval Order, Notice, Claim Form, and other relevant Court documents. At the request of Lead Counsel, shortly after their filing with the Court on December 16, 2021, JND posted downloadable copies of the following documents on the Settlement Website: (a) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; (b) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (c) the Declaration of Leanne H. Solish in Support of (I) Plaintiffs' Motion for Final

2

Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (d) documents related thereto.  The Settlement Website will continue to be updated with relevant case information and Court documents.

7.      As of January 11, 2022, the Settlement Website has received 6,866 page views.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

8.      The Notice informs potential Settlement Class Members that requests for exclusion from the Settlement Class were to be addressed to *Eagle Bancorp, Inc. Securities Litigation*, EXCLUSIONS, c/o JND Legal Administration, P.O. Box 91107, Seattle, WA 98111.  The deadline for Settlement Class Members to object and/or request exclusions from the Settlement was December 30, 2021.

9.      JND has not received any requests for exclusion.

10.     JND has not received any objections, and is only aware of the objection filed with the Court by Timothy Hamilton.

## REPORT ON CLAIMS RECEIVED TO DATE

11.     The Notice and Claim Form informed potential Class Members that if they wished to be eligible to participate in the distribution of proceeds from the Settlement, they must submit a Claim Form to JND, with supporting documentation, postmarked, if mailed, or online via the Settlement Website no later than January 12, 2022.  Through January 11, 2022, JND has received approximately 4,122 Claims.

12.     As JND is currently in the process of reviewing and analyzing the Claims received for this Settlement, the information provided herein is preliminary and subject to further review, analysis, and quality control and is intended only for informational purposes at this time. Further, some of the Claims received contain deficiencies (such as a blank claim form or no purchase within

the Settlement Class Period), which will be addressed during the normal course of the administration. In addition, Claims that do not meet the submission requirements may be rejected.[2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 13, 2022, in New Hyde Park, New York.

_____
Luiggy Segura

---

[2] Prior to rejecting a Claim in whole or in part, JND will communicate with the claimant in writing, to give the claimant the chance to remedy any curable deficiencies in their Claim.