**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

SHIVA STEIN, Individually and On Behalf     :
of All Others Similarly Situated,           : Case No.: 1:19-CV-06873-LGS
                                            :
          Plaintiff,                        :
                                            :
     -against-                              :
                                            :
EAGLE BANCORP, INC., SUSAN G. RIEL,         :
RONALD D. PAUL, CHARLES D.                  :
LEVINGSTON, JAMES H. LANGMEAD,              :
and LAURENCE E. BENSIGNOR,                  :
                                            :
          Defendants.                       :
                                            :
---------------------------------------------------------X

**DECLARATION OF DOUGLAS W. GREENE IN SUPPORT OF**
**EAGLE DEFENDANTS' REPLY TO OBJECTION TO SETTLEMENT**

I, Douglas W. Greene, hereby declare the following:

1.      I am a Partner with the law firm of Baker & Hostetler LLP, counsel to Defendants Eagle Bancorp, Inc. ("Eagle"), Susan G. Riel, Ronald D. Paul, Charles D. Levingston, James H. Langmead, and Laurence E. Bensignor in the above-captioned matter.  I submit this Declaration in support of the Eagle Defendants' Reply to Objection to Settlement ("Eagle's Reply").  I use terms as defined in Eagle's Reply.

2.      Attached hereto as Exhibit A is a true and correct copy of Timothy Hamilton's objection to the Wiesberg Settlement.

3.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the Wiesberg Settlement hearing.

4.      Attached hereto as Exhibit C is a true and correct copy of Eagle's reply brief in support of the Wiesberg Settlement.

5.      Attached hereto as Exhibit D is a true and correct copy of the demand letter Mr. Hamilton sent to Eagle's Board of Directors.

6.      Attached hereto as Exhibit E is a true and correct copy of the rejection letter, sent by Eagle's Board of Directors, in response to Mr. Hamilton's demand letter.

7.      Attached hereto as Exhibit F is a true and correct copy of Mr. Hamilton's 2021 proxy proposal.

8.      Attached hereto as Exhibit G is a true and correct copy of Mr. Hamilton's 2022 proxy proposal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 13th day of January, 2022.

_/s Douglas W. Greene_

Douglas W. Greene

2