# EXHIBIT D

**EagleBank Board of Directors**                                    September 1, 2021

**7830 Old Georgetown Road**

**Bethesda, MD 20814**

**Ladies and Gentlemen,**

**The Board of Directors of EagleBank continues to grossly ignore its fiduciary responsibility, and as a shareholder of EGBN, which is a publicly traded company, I demand that the Board of Directors immediately initiate litigation against members of the Board of Directors and members of senior management who have both committed illegal acts and violated the ethics policy as outlined below.**

**Furthermore, we demand:**

1) Immediately comply with SEC regulations regarding the filing of ethics waivers with regards to all unethical and illegal activity known by the Board of Directors and Senior Management, much of which was originally exposed by the Aurelius report. By my estimation there are dozens and dozens of instances where waivers should have been filed in order to comply with Federal Law.

2) Acknowledge to shareholders that the Board of Directors has purposely chosen to not file ethics waivers as required by the SEC, even though the Board is aware that it is required by SEC Federal Regulations.

3) Immediately comply with NASDAQ listing requirements regarding the filing of ethics waivers with regards to all unethical and illegal activity known by the Board of Directors and Senior Management, much of which was originally exposed by the Aurelius report.

4) Acknowledge to shareholders that the Board of Directors has purposely chosen to not file ethics waivers with NASDAQ, even though the Board is aware that it is a NASDAQ listing requirement.

5) Immediately enforce ethics clauses in employment agreements for Norman Pozez, Susan Riel, Janice Williams, Lindsey Rheaume, and any and all other employees or Directors known by the Board to have violated their employment agreements with respect to their ethics clauses.

6) Immediately acknowledge that the Board is and has been aware for some time of ethics policy violations and illegal activity committed by Norman Pozez, Susan Riel, Janice Williams, Lindsey Rheaume, Ronald Paul and Lawrence Bensignor.

7) Immediately demand re-payment of salary, bonuses, and all compensation paid to Board Members and members of Sr. Management who are known to have committed illegal and unethical acts and have neglected their fiduciary duties. Furthermore, these individuals will be immediately terminated from employment at EagleBank.

8) Immediately initiate claw-back ( re-payment ) litigation of executive compensation retirement packages that were paid out to Ronald Paul and Lawrence Bensignor. The Board was aware long before their retirements that they had violated their employment agreements based on illegal and unethical activity.

9) Immediately acknowledge to shareholders that at the time of the retirements of Ronald Paul and Larry Bensignor, the Board was aware that they had in fact violated their employment agreements with respect to illegal and unethical activity.

10) Immediately institute litigation for the re-payment of all legal fees spent since the Aurelius report that relate to the illegal and unethical activity that was perpetrated by Ronald Paul, Lawrence Bensignor, Susan Riel, Janice Williams, Norman Pozez, and any and all others known by the Board of Directors to have committed such acts.

11) Immediately correct public material statements that claimed that all Aurelius claims were " 100 percent false". The board has known for years that this statement is not true and this false public statement continues to mislead investors.

12) Immediately provide all regulatory agencies, law enforcement agencies with jurisdiction, and the Maryland Bar Association, all details of all known instances of illegal and unethical activity that was discovered since the publication of Aurelius, including how long the Board and Senior Management have known about these events.

13) Immediately provide shareholders with a detailed accounting of all legal fees spent since the publication of Aurelius. This detailed list will also indicate who authorized the specific spending. Public statements to date have indicated that the bank has cooperated with investigators and their requests for documentation. I believe shareholders find it hard to believe that it costs tens of millions of dollars to make photocopies.

14) Complete written explanation to shareholders as to why the Board of Directors and Sr. Management continue to condone unethical and illegal behavior. Knowing about the unethical and illegal behavior, and doing nothing, is a violation of the ethics policy.

15) The Board of Directors will acknowledge that public statements made by the current CFO that the Aurelius Report is nothing but "unproven allegations" is false and misleading. The CFO, The Board of Directors, and members of Sr, Management know and have known for years that this public statement is false and misleading.

16) Within thirty days of your receipt of this demand letter you will instruct all regulatory agencies, all law enforcement agencies with jurisdiction, NASDAQ, and the SEC to contact me directly in order for me to confirm they have all information and evidence known to me regarding illegal and unethical activities. You will provide me with proof of these contacts. Failure to do this will be a further breach of your fiduciary responsibility to shareholders.

17) Immediately initiate a review of all internal investigations performed since the publication of the Aurelius report. This review will determine that all instances of illegal and unethical activity were investigated thoroughly, including:

A) Sale of real estate by EagleBank to Potomac Investment Trust, which is self-dealing. Additionally, any and all instances of self-dealing will be investigated.

B) Unauthorized release of marketable securities collateral by Janice Williams for Potomac Investment Trust.

C) Susan Riel transfer of Potomac Investment Trust accounts shortly after the publication of Aurelius, and days after employees were forced to interview with the Bank's criminal defense attorneys.

D)  All details surrounding Regulation O violations with Potomac Investment Trust and Goodman and Company, as well as any other known Regulation O violations.

All details of the investigations and the review of these investigations will be immediately turned over to all regulatory agencies, the Maryland Bar Association, all law enforcement agencies with jurisdiction, and the SEC.

The Board and Sr. Management have known for quite some time that they have violated the ethics policy and also that illegal activity has occurred. Individuals who have committed these acts should not be allowed to continue to be employed by a Federally Insured Financial Institution. The Board has continued to promote and pay large bonuses to several of the involved individuals, as well as maintain multi-million dollar golden parachutes to be paid upon change of ownership of the bank.  It appears that these large financial rewards are being used in order to maintain their silence until a sale of the bank is consummated.

Spending millions of dollars of shareholder money defending the indefensible is a complete disregard of your fiduciary responsibility.

Failure of the Board of Directors to comply with these demands will be a further neglect of your fiduciary responsibility, and will force us to initiate litigation.

Timothy D. Hamilton