# EXHIBIT F

Jane E. Cornett

April 15. 2021

EagleBank

VP, Corporate Secretary

7830 Old Georgetown Road

Bethesda, MD 20814

Ms. Cornett,

Please find included in this Fed-x package the Shareholders Proposal I am submitting for the May 2021 Shareholders Meeting of EagleBank.

As previously communicated to you, I do meet the criteria set forth by the SEC and do qualify to submit the enclosed proposal. I hold my EGBN shares in my name, Timothy D. Hamilton. Please verify my eligibility and confirm back to me in writing that you have in fact verified my eligibility to submit the shareholder proposal.   I also intend to hold these shares through the Shareholder meeting date of May 20, 2021. Today I have also reached out the Raymond James, the custodian of my shares, for their confirmation.

I am also required to make myself available to discuss, via telephone, my proposal if you so desire. I am typically available Monday through Friday 9-1. If you wish to discuss the proposal, please email me potential dates and times that work for you at: provenallegations@gmail.com.

Timothy D. Hamilton

provenallegations@gmail.com

301-452-8644

Shareholder proposal:

Tim Hamilton

provenallegations@gmail.com

Immediately initiate a full and independent investigation that will report only to shareholders, into Sr. Management/Board of Directors for:

1) Non-compliance with Sarbanes Oxley/NASDAQ listing requirements regarding ethics policy violation waivers. Waivers are required to be timely filed for any violation of our ethics policy. Board/Sr. Management have known for years that multiple violations and illegal activity ( ethics policy violations ) have occurred. I can find no evidence of any filed waivers. SEC 406(b)

2) Failure to disclose to Federal Investigators the details surrounding the bank sale ( and loan ) of real estate it owned to PIT, a trust set up for the benefit of former Chairman's children. This felony is known as self-dealing. ( 1833,1835,1875 Brightseat Road Landover, look it up ). ( Bethesda Leasing, LLC/bank owned).

3) Failure to correct public statements made by former CEO claiming all Aurelius Report allegations of wrongdoing are "100 percent false ". Failure to correct this material statement has been misleading shareholders and investors for years.

4) Determine which members of Sr. Management/Board, have been in contact with Investigators, and what they have and have not disclosed.

5) Review of retired executives financial packages to determine if they violated their employment contracts, and if so, why they were paid out.

6) Provide complete disclosure of results of this investigation to all appropriate State and Federal agencies and law enforcement.

As a result of my employment at EGBN, I have firsthand knowledge of illegal and unethical activity that has not yet been disclosed. As an example, In August, 2020, certain information regarding this activity was not known by one of the investigating agencies. They were surprised that the bank had sold property it owned to PIT ( see above ), and had not been told about it by the Bank. How is this possible? Any employee that was interviewed by this agency was required via the ethics policy to fully cooperate with investigators.

After the Aurelius report, in December 2017, bank's attorneys questioned me about the PIT transaction ( also about other illegal and unethical activity ), 7 days after my interview, on December 27, 2017, PIT accounts were abruptly transferred out of my portfolio by Susan Riel ( email included in evidence package ). I believe this is ONE EXAMPLE how investigators were "put off" the trail to the truth.

Fellow Shareholders, we simply have not been told the truth and have spent and continue to spend millions of dollars in legal fees, and pay large salaries ( million dollar golden parachutes ) to defend individuals who have committed illegal and unethical acts. Our board chooses to tolerate these actions and individuals and ignore SEC and NASDAQ Regulations. We need to weed out the remaining bad apples, come clean with investigators, and finally move on.

Provenallegations@gmail for evidence package that includes multiple additional examples of illegal and unethical activity, supporting documentation, examples of never disclosed regulation O violations, etc. known to current/former employees.