# EXHIBIT G

Scott Bernstein
EagleBank
VP, Associate General Counsel
EagleBank
7830 Old Georgetown Road
Bethesda, MD 20814

July 27, 2021

Dear Mr. Bernstein,

In response to your letter dated July 15, 2021 regarding my shareholder proposal, I have attached a slightly revised version. The portion of my proposal that will be included in the Proxy Statement is less than the 500 word limit. The additional materials will be available on the website: provenallegations.com as allowed under SEC Staff Legal Bulletin No. 14G ( CF ).

As I sort through additional information I have and that which I am receiving from former colleagues, I may need to add to the website information.

Sincerely,

Timothy D. Hamilton

Shareholder proposal:                                                                        June 29, 2021

Timothy D. Hamilton

957 Shares of Common Stock

Provenallegations.com

Shareholders immediately initiate a full and independent review of all investigations performed by the Bank since the publication of Aurelius regarding illegal and unethical activity. This review will analyze the results of all investigations, speak to all investigating agencies, and further investigate where previous investigations fell short.  Results of the investigations, and the review, will be sent to all Regulatory agencies, all law enforcement agencies with jurisdiction, NASDAQ, and the Maryland Bar Association. This review will require our Board to immediately dismiss all individuals found to have committed illegal and unethical acts. Furthermore, this review will determine why the Board of Directors continues to fail at meeting its fiduciary responsibility regarding complying with Sarbanes Oxley and NASDAQ reporting requirements with regards to filing timely ethics policy violation waivers, continuing to employ and financially reward individuals who have committed unethical and illegal acts and those who have not fully cooperated with investigators. Additionally, the Board has failed to correct false and misleading public statements that claimed that all Aurelius Report allegations are "100 Percent false". Failure to correct this statement has been misleading investors for years. The Board has also failed to enforce ethics clauses in employment agreements for both current and past members of Sr. Management.

1) Non-compliance with Sarbanes Oxley/NASDAQ listing requirements regarding ethics policy violation waivers. Waivers are required to be timely filed for any violation of our ethics policy. Board/Sr. Management have known for years that dozens of violations and illegal activity ( ethics policy violations )  have occurred. I can find no evidence of any filed waivers.  Sarbanes Oxley 406(b)

2) Failure to disclose to Federal Investigators the details surrounding the bank sale ( and loan with very questionable underwriting )  of real estate the Bank owned to PIT, a trust set up for the benefit of former Chairman's children. The sale of property and loan were orchestrated by Jan Williams, EVP.  This felony is known as self-dealing. ( 1833,1835,1875 Brightseat Road Landover, look it up ). ( Bethesda Leasing, LLC/bank owned). Two of these units have since been sold at a profit, which is nothing less than stealing from shareholders. See Provenallegations.com for details of this theft.

3) Determine which members of Sr. Management/Board, have been in contact with Investigators, and what they have and have not disclosed.

4) Review of retired executives financial packages to determine why they were paid out by our Board of Directors after they had violated their employment agreements.

5) Review of a Susan Riel transfer of PIT accounts ahead of investigations. ( see below: Provenallegations.com ). Obstructing any investigation is a violation of our ethics policy and also a violation of Susan's employment agreement.

As a result of my employment at EGBN, I have firsthand knowledge of illegal and unethical activity that has not yet been disclosed....

Continued at: Provenallegations.com