**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

SHIVA STEIN, Individually and On Behalf :
of All Others Similarly Situated,         :   Case No.: 1:19-CV-06873-LGS

                 :

         Plaintiff,         :

                 :

    -against-         :

                 :

EAGLE BANCORP, INC., SUSAN G. RIEL, :
RONALD D. PAUL, CHARLES D.       :
LEVINGSTON, JAMES H. LANGMEAD, :
and LAURENCE E. BENSIGNOR,     :

                 :

         Defendants.      :

                 :

-------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Eagle Defendants' Reply to Objection to Settlement, Declaration of Douglas W. Greene in support of Eagle Defendants' Reply to Objection to Settlement with Exhibits A–G, Declaration of Mediator Jed Melnick, Esq. in Support of Motion for Final Approval of Class Action Settlement, and Declaration of Paul Saltzman were served upon the following by overnight delivery service (FedEx) and e-mail on January 13, 2022:

Timothy Hamilton
504 Taylor Court
Cranberry Twp., PA 16066
Hamilton16066@gmail.com

Dated:  January 13, 2022                   *s/ Douglas W. Greene*
                                       Douglas W. Greene (*pro hac vice*)
                                       BAKER & HOSTETLER LLP
                                       45 Rockefeller Plaza
                                       New York, NY 10111
                                       Telephone: 212.589.4200
                                       dgreene@bakerlaw.com

                                       *Attorneys for Defendants*