

Joseph D. Cohen
jcohen@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.201.9150

January 14, 2022

**VIA ECF**

Application GRANTED.  The settlement hearing scheduled for January 20, 2022, at 11:45 a.m. shall be held telephonically.  The parties shall call (888) 363-4749 and enter the access code 558-3333.  Counsel for Defendants shall notify Mr. Hamilton of this change via email, and Lead Counsel shall instruct the claims administrator to post a notice of the change on the settlement website.  So Ordered.

Dated: January 18, 2022
    New York, New York

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:    *Stein v. Eagle Bancorp, Inc. et al*, Case No. 1:19-cv-06873-LGS
       Joint Request to Hold January 20, 2022 Settlement Hearing Via Zoom

Dear Judge Schofield:

Our firms represent Plaintiffs and Defendants in the above-referenced action.  By Order dated August 16, 2021, the Court preliminarily approved the proposed class action settlement. ECF No. 77.  The Court set the settlement hearing for January 20, 2022, at 11:45 a.m., in Your Honor's courtroom.  *Id*.  Given recent developments involving the Omicron Covid-19 variant, we respectfully request that the Court conduct the hearing via Zoom (or some other video conferencing service) or, in the alternative, telephonically.

There have been no requests for exclusion from the settlement, and the only objection was filed by a former employee of defendant Eagle Bancorp, Inc., Timothy Hamilton ("Mr. Hamilton").  *See* ECF No. 87 (modified by No. 88).  Mr. Hamilton's objection does not affirmatively state that he is planning on attending the hearing, but does offer to "share with the court additional document evidence as well as direct testimony via telephone or teleconference during the hearing."  ECF No. 87 at 6.  If the Court grants our request, we will inform Mr. Hamilton of the change of venue via email, and Lead Counsel will instruct the claims administrator to post notice of the change on the settlement website.  The Court-approved Notice of Class Action Settlement sent to potential Settlement Class Members provides that "[i]f you intend to attend the Settlement Hearing, you should confirm the date, time and location on the settlement website, www.EagleSecuritiesSettlement.com, and Lead Counsel, given potential changes as a result of the COVID-19 pandemic."  ECF No. 86-3 at ¶ 82.

Hon. Lorna G. Schofield
January 14, 2022
Page 2

Thank you in advance for your consideration.

Very truly yours,

*s/ Joseph D. Cohen*
Joseph D. Cohen
Lead Counsel for Plaintiffs and the Settlement
Class

-and-

*s/ Genevieve G. York-Erwin*
Genevieve G. York-Erwin
BakerHostetler
Counsel for the Defendants

JC/JDC
cc: Timothy Hamilton (via email)