United States District Court
Southern District of New York
Clerk of the Court
United States Courthouse
40 Foley Square
New York, NY 10007

Case No: 1:19-cv-06873-LGS

United States District Court,

RE: Reply to Defendants objection to my objection to settlement.

I am NOT a disgruntled ex-employee, but rather a shareholder in a public company where illegal and unethical activity has occurred, and where present Sr. Management and Board of Directors continue to mislead shareholders by denying any wrongdoing. I acquired and sold EGBN stock at a loss during the class period and I am therefore permitted to make this objection to the proposed settlement.

Whether defendants believe I am a disgruntled ex-employee or not, this not the venue. I have made an OSHA complaint and I am awaiting the results of their investigation. I am happy to share with this court the details of my complaint, which will likely shed a different version of events as those made by defendants.

I am one of a very few shareholders who have direct knowledge of the wrongdoing,( 15 year employee ) and am not positioned to profit handsomely by remaining silent. Shareholders have and continue to be mis-lead by the defendants. I have been trying to do the right thing.

Derivative suit.

1) Read entire transcript. The Judge thought I had filed a lawsuit with bank. Nothing I had submitted indicated I had done so. I quite frankly was skeptical if the judge had read my submissions as anyone who would read them would certainly not conclude that I had filed a lawsuit.

2) I was NOT told I could ask questions of the defendants. I would welcome the opportunity to question the defendants here, shareholders deserve it.

3) As set forth in the Derivative Suit settlement, the Demand Committee and the Board determined to preserve certain categories of potential claims against Mr. Paul, summarized as follows: (i)claims for contribution in connection with the securities class action; (ii)claims as to Mr. Paul's compensation; (iii) claims as to the payment of Mr. Paul's attorney's fees; and (iv) claims arising out of government actions. What information do the defendants posess that would warrant the preservation of these claims?

Defendant's claim to have done nothing wrong, but

1) The SEC has issued a Wells notice to the CFO, Charles Levingston.
2) The Board of Governors of the Federal Reserve System have stated that Larry Bensignor engaged in "…Unsafe and Unsound Banking Practices….."
3) Defendants have preserved certain claims against Ron Paul ( see above ).
4) On December 23, 2021 I was interviewed by an Assistant United States Attorney and the FBI regarding additional illegal and unethical acts perpetrated by the defendants in this case. The focus of their investigation is regarding acts that were not previously disclosed in the Aurelius Report or previously reported by myself. These acts are certainly considered unsafe and unsound banking practices. I was asked by the United States Attorney to not disclose the nature of their investigation. I am happy however to provide the contact information of the FBI agent and the Assistant United States Attorney to the Presiding Judge in this case, for independent confirmation.

What I hear the loudest in their objection to my objection to settlement is what they don't say. I don't hear defendants say I am not telling the truth, I don't hear any denial of my allegations, but rather their attempt to disparage my motives and character by implying that I am a disgruntled ex - employee.

In this settlement case defendants have all stated no wrongdoing: " each of the defendants denies any wrongdoing " ( page 7 OF THE NOTICE OF (I) PENDENCY OF CLASS, AND PROPOSED SETTLEMENT ). They sent this statement to every shareholder of the Corporation. Shareholders are basing their potential objections to this settlement on this lie, and the several years of lying in public statements whereby the defendants have claimed no wrongdoing ( Riel, Levingston, Bensignor, and Paul have all made public statements asserting no wrongdoing ).

I was under the impression that attorneys had an ethical responsibility to not let their clients mis-represent any information to the court. The plaintiffs and Plaintiff's counsel accused the defendants of multiple instances of illegal and unethical activity when they filed this suit. They are now agreeing to a settlement whereby the defendants claim no wrong doing whatsoever? How is this representing the best interests of shareholders? Don't the defendant's attorneys have an ethical responsibility to sway their clients from stating untrue statements to this court? If they could not persuade them to do so, don't they have a responsibility to alert the court to these statements?

This proposed settlement was not negotiated in good faith and most importantly shareholders were not given the opportunity to make their decision with accurate truthful information, but rather information that has been tainted by the defendants continual lying.

Shareholders deserve the right to have all defendants in this case questioned under oath regarding their statements DENYING ANY WRONGDOING. I respectfully request the court require that all defendants be available for questioning during the scheduled hearing.

At the very least, any potential settlement should NOT be considered until after the multiple Federal Agencies have concluded their investigations.

Timothy D. Hamilton
504 Taylor Court
Cranberry Twp., PA 16066
Hamilton16066@gmail.com

301-452-8644