

Leanne Heine Solish
lsolish@glancylaw.com
info@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.201.9150

September 12, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
E-Mail: SchofieldNYSDChambers@nysd.uscourts.gov

  Re: *Stein v. Eagle Bancorp, Inc. et al.*, Case No. 1:19-cv-06873-LGS

Dear Judge Schofield:

  My firm serves as Court-appointed Lead Counsel for Plaintiffs and the Settlement Class in the above-referenced case (the "Action").[1] By Order dated February 10, 2022, the Court granted final approval of the class action Settlement in the Action, finding it fair, reasonable, and adequate. ECF No. 102. That same day, the Court entered an order approving the Plan of Allocation, which was detailed in the Notice, as providing a fair and equitable basis upon which to allocate the proceeds of the Net Settlement Fund. ECF No. 103. Following a robust claims administration process, Plaintiffs are now ready to request that the Court authorize the distribution of the Net Settlement Fund to Authorized Claimants, and are prepared to file unopposed papers in support of distribution.

  Plaintiffs respectfully request leave to file a declaration, and exhibits thereto, in excess of the page limits set out in Rule III.B.3 of Your Honor's Individual Rules and Procedures for Civil Cases in support of Plaintiffs' Unopposed Motion for Class Distribution Order. Specifically, Plaintiffs and Lead Counsel seek to file:

(i) A declaration from Luiggy Segura who works for JND, the Court-appointed claims administrator, totaling 19 pages. The declaration will attest to, among other things, the processing of Claims, the implementation of outreach to Claimants to cure deficient

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated June 28, 2021 (ECF No. 72-1).

Hon. Lorna G. Schofield
September 12, 2022
Page 2

Claims, and sufficient factual basis for the recommendation for approval and rejection of submitted Claims; and

(ii)    Exhibits to the foregoing declaration, which exceed 15 pages.  These exhibits include, among other things, lists of Claimants that the Claims Administrator recommends for approval and payment from the Net Settlement Fund, and a list of rejected Claims and the reasons therefore.

I respectfully ask the Court to grant leave to file the above-listed declaration and exhibits thereto in excess of the limits set out in Rule III.B.3.

Very truly yours,

*s/ Leanne Heine Solish*
Leanne Heine Solish

Application GRANTED.  Plaintiffs may file a declaration from Luiggy Segura totaling 19 pages and exhibits that exceed 15 pages as necessary.

Dated: September 13, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE