## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE BANCORP, INC., SUSAN G. RIEL, RONALD D. PAUL, CHARLES D. LEVINGSTON, JAMES H. LANGMEAD, and LAURENCE E. BENSIGNOR,<br><br>Defendants. | Case No. 1:19-cv-06873-LGS |

## PLAINTIFFS' NOTICE OF UNOPPOSED MOTION
## FOR CLASS DISTRIBUTION ORDER

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, Court-appointed lead plaintiff Danilee Cassinelli, as Trustee of the Danilee Cassinelli Trust DTD 7-23-93, ("Lead Plaintiff"), and additional plaintiff Norfolk County Retirement System (together with Lead Plaintiff, "Plaintiffs"),[1] respectfully move this Court for entry of the concurrently filed [Proposed] Class Distribution Order.

In support of this motion, Plaintiffs submit and are filing herewith: (1) a Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; (2) the Declaration of Luiggy Segura in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; and (3) the Declaration of F. Paul Bland, Jr., in Support of Plaintiffs' Unopposed Motion for Class Distribution Order.

Defendants do not oppose this motion.

Dated: September 13, 2022

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Leanne H. Solish*
Robert V. Prongay (*pro hac vice*)
Joseph D. Cohen (*pro hac vice*)
Jason L. Krajcer (*pro hac vice*)
Leanne H. Solish (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
    jcohen@glancylaw.com
    jkrajcer@glancylaw.com
    lsolish@glancylaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Settlement Class*

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated June 28, 2021, previously filed with the Court (ECF No. 72-1).

2

**LABATION SUCHAROW LLP**
Francis P. McConville
140 Broadway, 34th Floor
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: fmcconville@labaton.com

*Counsel for Norfolk County Retirement System*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: September 13, 2022                    *s/ Leanne H. Solish*
                                             Leanne H. Solish