

Joseph D. Cohen
jcohen@glancylaw.com
info@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.201.9150

November 18, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *Stein v. Eagle Bancorp, Inc. et al*, Case No. 1:19-cv-06873-LGS;
> Update Re: Status of Distribution of Net Settlement Fund and Request for
> Approval to Pay Second Half of Awarded Attorneys' Fees

Dear Judge Schofield:

My firm serves as Court-appointed Lead Counsel for Plaintiffs and the Settlement Class in the above-referenced action. On February 10, 2022, the Court issued its Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses. ECF No. 104. That Order awarded attorneys' fees in the amount of $2,250,000, reimbursement of expenses in the amount of $71,121.58, and further provided that "[h]alf of the fee award and all of the expense reimbursement are payable immediately, and the remaining half of the fee award is payable upon substantial distribution to the Settlement Class upon prior written notice to the Court." *Id*. at ¶4.

On September 15, 2022, the Court entered the Class Distribution Order. ECF No. 111. The Class Distribution Order stated, in part, that "[a]t such time as the Net Settlement Fund has substantially been distributed, Plaintiff's counsel may file a letter describing the distribution to date and seeking approval of the remaining attorneys' fee award. *Id*. at ¶11.

As set forth in the attached Declaration of Luiggy Segura Regarding Distribution of Net Settlement Fund ("Segura Declaration"; Exhibit 1 hereto), the Court-appointed claims administrator, JND Legal Administration ("JND"), has distributed "approximately 98.4% of the Net Settlement Fund … and this number will increase to 99.6% once the reissued checks and the released OFAC payment are cashed." Segura Declaration, ¶6. With respect to the remaining uncashed or returned checks, JND is following up with the recipients of those checks via email and telephone outreach to make sure all checks are cashed. *Id*.

November 18, 2022
Page 2

For the reasons set forth herein, and in the Segura Declaration, Lead Counsel respectfully request that the Court authorize payment of the remaining half of the attorneys' fee award.

Very truly yours,

Joseph D. Cohen

JC/JDC

Application GRANTED.  Payment of the remaining half of the attorneys' fee award approved by the Court in its Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 104) is approved.

After all funds from the gross settlement amount have been disbursed, Plaintiffs shall promptly file a letter setting forth to whom the funds were disbursed, including dollars and percentage to each payee or type of payee.

Dated: November 21, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE