# GPM | Glancy Prongay & Murray LLP

Leanne Heine Solish
lsolish@glancylaw.com
info@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.201.9150

Pursuant to the Class Distribution Order at Dkt. No. 111, at such time as Lead Counsel, in consultation with the Claims Administrator, determine that no additional distributions are cost-effective, Plaintiffs shall file a status letter stating how much of the Settlement Fund remains, what efforts have been made to distribute as much of the Settlement Fund as possible, and what Lead Counsel requests authorization to do with the remaining funds.

So Ordered.

Dated:  February 1, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:    *Stein v. Eagle Bancorp, Inc. et al*, Case No. 1:19-cv-06873-LGS

Dear Judge Schofield:

My firm serves as Court-appointed Lead Counsel for Plaintiffs and the Settlement Class in the above-referenced action.  On November 21, 2022, the Court issued its Order approving the second half of awarded attorneys' fees.  ECF No. 113.  That Order requested that Plaintiffs file a "letter setting forth to whom the funds from the gross settlement were disbursed, including dollars and percentage to each payee or type of payee."  *Id.*

Pursuant to your Honor's Order, the following table sets forth the disbursements from the gross settlement fund:

|  | Amount | Settlement Fund % |
|---|---|---|
| **Gross Settlement Fund** | **$7,513,198.29** | **100%** |
| Settlement Fund | $7,500,000 | 99.82% |
| Interest Earned | $13,198.29 | 0.18% |
| **Claims Administration Fees, Costs, and Expenses** | **$390,668.05** | **5.2%** |
| JND Legal Administration | $373,273.24 | 4.97% |
| Broker Fee Reimbursement | $17,394.81 | 0.23% |

January 31, 2023
Page 2

|  | Amount | Settlement Fund % |
|---|---|---|
| Attorneys' Fees | **$2,250,000** | **29.95%** |
|     Glancy Prongay & Murray LLP | $1,575,000 | 20.96% |
|     Labaton Sucharow LLP | $675,000 | 8.98% |
| Litigation Expenses | **$78,621.58** | **1.05%** |
|     Attorneys' Costs and Expenses | $71,151.58 | 0.95% |
|       Glancy Prongay & Murray LLP | $71,045.68 | 0.95% |
|       Labaton Sucharow | $75.90 | 0.001% |
|     Lead Plaintiff PSLRA Reimbursement | $7,500 | 0.1% |
| Settlement Class Members Payments[1] | **$4,790,677.69** | **63.76%** |
|     Payments Disbursed and Cashed | $4,753,299.14 | 63.26% |
|     Checks Not Yet Cashed (48 checks)[2] | $37,378.55 | 0.5% |

Very truly yours,

*s/ Leanne Heine Solish*

Leanne Heine Solish

---

[1] $3,230.97 was not included in payments to Settlement Class Members. As explained in footnote 3 to the Declaration of Luiggy Segura Regarding Distribution of Net Settlement Funds (ECF No. 112-1), $689.96 was not distributed due to rounding when calculating the *pro rata* allocation and additional accrued interest paid after the *pro rata* allocation was made. The remaining $2,541.01 was interest earned on the attorneys' fees and Litigation Expenses that were awarded by the Court and remained in the escrow account after the Net Settlement Fund was transferred to JND for distribution. Since the Court did not award interest on the attorneys' fees and Litigation Expenses, the $2,541.01 and the $689.96 (equal to $3,230.97) will be distributed to Settlement Class Members in any redistribution of the remaining funds.

[2] JND has continually made efforts to follow up with those Settlement Class Members who have not yet cashed their checks, including through email and telephone outreach. As a result of these outreach efforts, JND is currently reissuing payments totaling $30,129.69, which, if cashed, will put the Net Settlement Fund balance at under $10,500, including the $3,230.97 in funds discussed in the previous footnote.