UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIVA STEIN,
                              Plaintiff,

-against-                            19 Civ. 6873 (LGS)

                                          ORDER
EAGLE BANCORP, INC., et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on July 19, 2023, the Court authorized a *cy pres* distribution of unclaimed funds to Public Justice. It is hereby

      **ORDERED** that by **August 4, 2023**, counsel for Plaintiffs shall file a spreadsheet or other document accounting for disbursement of the entire settlement fund, including the categories described in the Court's Individual Rule III.C.5, as well as the funds allotted via the *cy pres* distribution.

Dated: July 18, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE